Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>FOREST OIL CO.; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>                              Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**NOTICE OF APPEARANCE** |

COMES NOW the law firm of Lane Powell LLC and enters its appearance as attorneys of record on behalf of defendant Union Oil Company of California d/b/a Unocal Alaska, in the above-captioned case, and requests that copies of all pleadings filed in this action be mailed or delivered to its offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 8th day of June, 2006.

LANE POWELL LLC
Attorneys for Defendant Union Oil Company
of California d/b/a UNOCAL Alaska

By   s/ Brewster H. Jamieson
     301 West Northern Lights Boulevard, Suite 301
     Anchorage, Alaska  99503-2648
     Tel:  907-277-9511
     Fax:  907-276-2631
     Email:  jamiesonb@lanepowell.com
     ASBA No. 8411122

I certify that on June 8, 2006, a copy of the
the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com

 /s/ Brewster H. Jamieson
017351.0041/155448.1

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631