Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FOREST OIL COMPANY, UNION OIL ) | |
| COMPANY OF CALIFORNIA, d/b/a ) | |
| UNOCAL ALASKA, and CHEVRON ) | **NOTICE OF DISMISSAL WITHOUT** |
| CORPORATION, ) | **PREJUDICE OF DEFENDANT** |
| ) | **CHEVRON CORPORATION** |
| Defendants. ) | |
| ) | Case No. 3:06-cv-00102 TMB |

COMES NOW plaintiff Marathon Oil Company, by and through its attorneys, Richmond & Quinn, and pursuant to Rule 41(a)(1)(i) hereby voluntarily dismisses defendant Chevron Corporation without prejudice, before answer.  This dismissal is not intended to extend to any other defendant.

DATED this 12th day of June, 2006, at Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Plaintiff
> MARATHON OIL COMPANY
>
>
> By:    s/ Daniel T. Quinn
> dquinn@richmondquinn.com
> Alaska Bar. No. 8211141
> RICHMOND & QUINN, PC
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Ph: (907) 276-5727
> Fax: (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 12th day of June, 2006 to:

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd.
Suite 301
Anchorage, AK  99503


____s/Daniel T. Quinn_____
     RICHMOND & QUINN

644\046\PLD\NOTICE OF DISMISSAL W-O PREJ RE CHEVRON

NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT CHEVRON CORPORATION

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2