Marc D. Bond
Senior Counsel
Union Oil Company of California
909 West Ninth Avenue (99501-3339)
Anchorage, Alaska  99501-3339
Tel:    907-263-7813
Fax:    907-263-8606
Email: mbond@chevron.com
Co-counsel for Union Oil Company of California

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>FOREST OIL CO.; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>                    Defendants. | Case No. 3:06-CV-00102-TMB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Marc D. Bond enters his appearance as co-counsel of record on behalf of defendant Union Oil Company of California d/b/a Unocal Alaska, in the above-captioned case, and requests that copies of all pleadings filed be served on him at 909 West Ninth Avenue, Anchorage, Alaska 99501-3339.

DATED this 14th day of June, 2006.

Co-counsel for Defendant Union Oil Company of California d/b/a UNOCAL Alaska

By   s/ Marc D. Bond
   Senior Counsel
   Union Oil Company of California
   909 West Ninth Avenue (99501-3339)
   Anchorage, Alaska  99501-3339
   Tel:  907-263-7813
   Fax:  907-263-8606
   Email:  mbond@chevron.com
   ASBA No. 7906008

I certify that on June 14, 2006, a copy of the
the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com

 /s/ Marc D. Bond
017351.0041/155519.1