JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
Email:       taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>FOREST OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>        Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br>**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT FOREST OIL CORPORATION** |

    The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this matter as counsel for defendant Forest Oil Corporation.  Please serve copies all pleadings

Entry of Appearance
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                                 Page 1 of 2

pertaining to the above captioned matter on Jeffrey M. Feldman and R. Scott Taylor, Feldman Orlansky & Sanders, 500 L Street, Fourth Floor, Anchorage, Alaska 99501.

Dated this 19th day of June, 2006.

                                                s/ R. Scott Taylor

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8507110]

Attorneys for Defendant
Forest Oil Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2006,
a copy of Entry of Appearance on Behalf of
Defendant Forest Oil Corporation was served
electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond

s/ R. Scott Taylor

Entry of Appearance
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                                 Page 2 of 2