JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
Email:       taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>FOREST OIL CORPORATION; UNION OIL CORPORATION OF CALIFORNIA, d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>        Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br><br><br>**FOREST OIL CORPORATION'S ANSWER TO COMPLAINT** |

Defendant Forest Oil Corporation, by and through its counsel, hereby answers plaintiff's Complaint as follows:

## Parties

1. Defendant Forest Oil Corporation admits the allegations in the first two sentences of paragraph 1 of plaintiff's Complaint, but lacks knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in the paragraph.

2. Defendant Forest Oil Corporation admits the allegations in paragraph 2 of plaintiff's Complaint.

3. Defendant Forest Oil Corporation admits the allegations in paragraph 3 of plaintiff's Complaint.

4. Defendant Forest Oil Corporation admits the allegations in paragraph 4 of plaintiff's Complaint.

## Jurisdiction and Venue

5. Defendant Forest Oil Corporation admits the allegations in paragraph 5 of plaintiff's Complaint.

6. Defendant Forest Oil Corporation admits the allegations in paragraph 6 of plaintiff's Complaint.

7. Defendant Forest Oil Corporation admits the allegations in paragraph 7 of plaintiff's Complaint.

## Allegations Common to All Claims

8. Defendant Forest Oil Corporation admits the allegations in paragraph 8 of plaintiff's Complaint.

9. Defendant Forest Oil Corporation admits the allegations in the first three sentences of paragraph 9 of plaintiff's Complaint, but lacks knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations in the paragraph.

10. Defendant Forest Oil Corporation admits the allegations in the first two sentences of paragraph 10 of plaintiff's Complaint, but lacks sufficient knowledge to form a belief as to the truth or falsity of the remaining allegations in the paragraph.

11. Defendant Forest Oil Corporation admits the allegations in paragraph 11 of plaintiff's Complaint.

12. Defendant Forest Oil Corporation admits the allegations in the first three sentences of paragraph 12 of plaintiff's Complaint, but lacks sufficient knowledge to form a belief as to the truth or falsity of the remaining allegations in the paragraph.

13. Defendant Forest Oil Corporation admits the allegations in paragraph 13 of plaintiff's Complaint.

14. Defendant Forest Oil Corporation admits the allegations in paragraph 14 of plaintiff's Complaint.

15. Defendant Forest Oil Corporation admits the allegations in paragraph 15 of plaintiff's Complaint with the caveat that the cost apportionment process for the WIPAs is subject to the cost adjustment provisions of Sections 11.1A and 11.2A of the Unit Operating Agreement.

16. Defendant Forest Oil Corporation admits the allegations in paragraph 16 of plaintiff's Complaint.

17. Defendant Forest Oil Corporation admits the allegations in paragraph 17 of plaintiff's Complaint.

18. Defendant Forest Oil Corporation denies the allegations contained in the first sentence of paragraph 18 of plaintiff's Complaint, admits the allegations in the second sentence of the paragraph, and lacks sufficient knowledge to form a belief as to the truth or falsity of the remaining allegations in the paragraph.

19. Defendant Forest Oil Corporation admits the allegations in paragraph 19 of plaintiff's Complaint.

20. Defendant Forest Oil Corporation admits the allegations in the first sentence of paragraph 20 of plaintiff's Complaint, but denies the remaining allegations in the paragraph.

21. Defendant Forest Oil Corporation admits the allegations in paragraph 21 of plaintiff's Complaint; however, Defendant Forest Oil Corporation maintains that the Second Supplemental Agreement, effective May 26, 1969, by its express terms, applies only to the Dolly Varden, Grayling and King Salmon platforms.

22. Defendant Forest Oil Corporation admits the allegations in paragraph 22 of plaintiff's Complaint.

23. Defendant Forest Oil Corporation admits the allegations in paragraph 23 of plaintiff's Complaint; however, Defendant Forest Oil Corporation maintains that the Steelhead Platform is not a "facility" governed by the Third Supplemental Agreement to

the Trading Bay Unit Operating Agreement, as the term "Applicable Facility" is defined in Section II of that agreement.

24.	Defendant Forest Oil Corporation admits the allegations in paragraph 24 of plaintiff's Complaint.

25.	Defendant Forest Oil Corporation denies the allegations in paragraph 25 of plaintiff's Complaint.

26.	Defendant Forest Oil Corporation lacks sufficient knowledge to form a belief as to the truth or falsity of the allegations in the first sentence of paragraph 26 of plaintiff's Complaint, but denies the remaining allegations in the paragraph.

27.	Defendant Forest Oil Corporation lacks sufficient information to admit or deny the allegations in paragraph 27 of plaintiff's Complaint.

28.	Defendant Forest Oil Corporation admits the allegations in the first sentence of paragraph 28 of plaintiff's Complaint, but denies the remaining allegations in the paragraph.

29.	Defendant Forest Oil Corporation denies the allegations in paragraph 29 of plaintiff's Complaint.

30.	Defendant Forest Oil Corporation admits the allegations contained in the first two sentences of paragraph 30 of plaintiff's Complaint, but denies the remaining allegations in the paragraph.

31. Defendant Forest Oil Corporation denies the allegations in the first sentence of paragraph 31 of plaintiff's Complaint, but admits the remaining allegations in the paragraph.

32. Defendant Forest Oil Corporation admits the allegations contained in the first two sentences of paragraph 32 of plaintiff's Complaint, but lacks knowledge sufficient to form a belief as to the truth or falsity of the remaining allegations contained in the paragraph.

33. Defendant Forest Oil Corporation denies the allegations contained in paragraph 33 of plaintiff's Complaint.

## Count I
## Claims Against Unocal/Chevron
## Breach of Contract

34. Defendant Forest Oil Corporation incorporates its response to paragraphs 1 through 33 as if completely set forth herein.

35. Defendant Forest Oil Corporation admits the allegations contained in the first two sentences of paragraph 35 of plaintiff's Complaint, but denies the remaining allegations in the paragraph.

36. Defendant Forest Oil Corporation admits the allegations contained in paragraph 36 of plaintiff's Complaint.

37. Defendant Forest Oil Corporation denies the allegations contained in paragraph 37 of plaintiff's Complaint.

38. Defendant Forest Oil Corporation denies the allegations contained in paragraph 38 of plaintiff's Complaint.

39. Defendant Forest Oil Corporation admits the allegations in the first sentence of paragraph 39, lacks knowledge sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of the paragraph, and denies the remaining allegations contained in the paragraph.

40. Defendant Forest Oil Corporation denies the allegations contained in paragraph 40 of plaintiff's Complaint.

## Count II
## Claims Against Unocal/Chevron
## Unjust Enrichment/Restitution

41. Defendant Forest Oil Corporation incorporates its response to paragraphs 1 through 40 as if completely set forth herein.

42. Defendant Forest Oil Corporation denies the allegations contained in paragraph 42 of plaintiff's Complaint.

43. Defendant Forest Oil Corporation denies the allegations contained in paragraph 43 of plaintiff's Complaint.

## Count III
## Claims Against Forest Oil
## Breach of Contract

44. Defendant Forest Oil Corporation incorporates its response to paragraphs 1 through 43 as if completely set forth herein.

45. Defendant Forest Oil Corporation admits the allegations contained in paragraph 45 of plaintiff's Complaint.

46. Defendant Forest Oil Corporation admits the allegations contained in paragraph 46 of plaintiff's Complaint.

47. Defendant Forest Oil Corporation denies the allegations contained in the last sentence of paragraph 47 of plaintiff's Complaint. Defendant Forest Oil Corporation admits the remaining allegations contained in the paragraph.

48. Defendant Forest Oil Corporation denies the allegations contained in paragraph 48 of plaintiff's Complaint.

49. Defendant Forest Oil Corporation admits the allegations contained in the first sentence of paragraph 49 of plaintiff's Complaint, but denies the remaining allegations contained in the paragraph.

50. Defendant Forest Oil Corporation denies the allegations contained in paragraph 50 of plaintiff's Complaint.

### Count IV
### Claims Against Forest Oil
### Unjust Enrichment/Restitution

51. Defendant Forest Oil Corporation incorporates its response to paragraphs 1 through 50 as if completely set forth herein.

52. Defendant Forest Oil Corporation denies the allegations contained in paragraph 52 of plaintiff's Complaint.

53.     Defendant Forest Oil Corporation denies the allegations contained in paragraph 53 of plaintiff's Complaint.

### Count V
### Claims Against All Defendants
### Accounting

54.     Defendant Forest Oil Corporation incorporates its response to paragraphs 1 through 53 as if completely set forth herein.

55.     Defendant Forest Oil Corporation denies the allegations contained in paragraph 55 of plaintiff's Complaint.

### Count VI
### Claims Against All Defendants
### Declaratory Relief

56.     Defendant Forest Oil Corporation incorporates its response to paragraphs 1 through 55 as if completely set forth herein.

57.     Defendant Forest Oil Corporation denies the allegations contained in paragraph 57 of plaintiff's Complaint.

58.     Defendant Forest Oil Corporation denies the allegations contained in paragraph 58 of plaintiff's Complaint.

59.     Defendant Forest Oil Corporation denies the allegations contained in paragraph 59 of plaintiff's Complaint.

### Affirmative Defenses

1.     Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims against Forest Oil Corporation contained in plaintiff's Complaint are barred by the doctrines of waiver and/or estoppel.

3. Plaintiff has failed to satisfy certain conditions precedent with respect to the audit exception process specified in the Unit Operating Agreement.

4. Forest Oil Corporation is not liable to plaintiff because it complied with all applicable terms, conditions and requirements of the Unit Operating Agreement.

5. Defendant Forest Oil Corporation reserves the right to add affirmative defenses as may be discovered through future discovery.

## **Prayer for Relief**

WHEREFORE, having answered plaintiff's Complaint, and having set forth its affirmative defenses, defendant prays for relief as follows:

1. That plaintiff's Complaint be dismissed, with prejudice;

2. That defendant Forest Oil Corporation be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action;

3. That judgment be entered against Marathon Oil Company; and

4. For such further relief as this court deems equitable and just.

/

/

/

/

/

Dated this 19th day of June, 2006.

s/ R. Scott Taylor

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com
[Alaska Bar No. 7605029]
[Alaska Bar No. 8507110]

Attorneys for Defendant
Forest Oil Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2006,
a copy of Forest Oil Corporation's Answer to
Complaint was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond

s/ R. Scott Taylor