JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
Email:       taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>FOREST OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>              Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br>**ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT FOREST OIL CORPORATION** |

The law firm of Feldman Orlansky & Sanders hereby enters its appearance in this

matter as counsel for defendant Forest Oil Corporation.  Please serve copies all pleadings

Entry of Appearance
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                                                Page 1 of 2

pertaining to the above captioned matter on Jeffrey M. Feldman and R. Scott Taylor, Feldman Orlansky & Sanders, 500 L Street, Fourth Floor, Anchorage, Alaska 99501.

    Dated this 20th day of June, 2006.

                      s/ Jeffrey M. Feldman

                      Jeffrey M. Feldman
                      R. Scott Taylor
                      FELDMAN ORLANSKY & SANDERS
                      500 L Street, Suite 400
                      Anchorage, Alaska 99501
                      Telephone:  (907) 272-3538
                      Facsimile:  (907) 274-0819
                      Email:  feldman@frozenlaw.com
                      Email:  taylor@frozenlaw.com
                      [Alaska Bar No. 7605029]
                      [Alaska Bar No. 8507110]

                      Attorneys for Defendant
                      Forest Oil Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2006,
a copy of Entry of Appearance on Behalf of
Defendant Forest Oil Corporation was served
electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond

s/ Jeffrey M. Feldman

Entry of Appearance
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB    Page 2 of 2