Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, | ) |
| | ) |
|                Plaintiff, | ) |
| | ) |
|    v. | ) |
| | ) |
| FOREST OIL COMPANY, UNION OIL | ) |
| COMPANY OF CALIFORNIA, d/b/a | ) |
| UNOCAL ALASKA, and CHEVRON | ) |
| CORPORATION, | ) |
| | ) |
|                Defendants. | ) |
| ———————————————————— | ) Case No. 3:06-cv-00102 TMB |


**SCHEDULING AND PLANNING CONFERENCE REPORT**


1.  **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting

was held on **July 18, 2006** and was attended by:

Daniel T. Quinn        Attorneys for Plaintiff,
Marc G. Wilhelm      Marathon Oil Company

Scott Taylor           Attorney for Defendant, Forest
Oil Company

Brewster Jamieson     Attorney for Defendant Union Oil
Co. of California, d/b/a Unocal
Alaska

The parties recommend the following:

2.  **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P.26(a)(1):

☐ have been exchanged by the parties.

**_X_** will be exchanged by the parties by **10/6/06** .

Proposed changes to disclosure requirements:  _____.

Preliminary witness lists:

☐ have been exchanged by the parties.

**_X_** will be exchanged by the parties by **11/19/06**.

3.  **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:  **Liability and Damages – All issues contested.**

4.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

A.  Discovery will be needed on the following issues: **contractual provisions related to platform costs; platform costs and expenses; prior communications and transactions related to platform cost allocation; liability and damages.**

B.  All discovery commenced in time to be completed by **9/4/07** ("discovery close date").

C.  Limitations on Discovery:

1.  Interrogatories:

**_X_** No change from F.R.Civ.P.33(a).

SCHEDULING AND PLANNING CONFERENCE REPORT

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

    ☐ Maximum of _____ by each party to any other party.

    Responses due in _____ days.

  2.  Requests for Admissions:

    **X** No change from F.R.Civ.P.36(a).

    ☐ Maximum of _____ requests.

    Responses due in _____ days.

  3.  Depositions:

    **X** No change from F.R.Civ.P.36(a),(d).

    ☐ Maximum of _____ depositions by each party.

Depositions not to exceed ____ hours unless agreed to by all parties.

  D.  Reports from retained experts:

    **X** Not later than 90 days before the close of

    discovery subject to F.R.Civ.P.26(a)(2)(C).

  E.  Supplementation of disclosures and discovery responses are to be made:

    ☐ Periodically at 60-day intervals from the entry of scheduling and planning order.

    **X** As new information is acquired, but not later than 60 days before the close of discovery.

     F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

       **_X_** 45 days prior to the close of discovery.

       ☐ Not later than _____.

5. **Pretrial Motions.**

     **_X_** No change from D.Ak. LR 16.1(c).

     The following changes to D.Ak. LR 16.1(c) [Check and complete all that apply]:

       ☐ Motions to amend pleadings or add parties to be filed not later than _____.

       ☐ Motions in limine and Dispositive motions must be filed not later than _____.

6. **Other Provisions:**

     A.   **_X_** The parties do not request a conference with the court before the entry of the scheduling order.

       ☐ The parties request a scheduling conference with the court on the following issue(s): _____.

     B.   Alternative Dispute Resolution [D.Ak. LR 16.2]:

       ☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.

**X** The parties will file a request for alternative dispute resolution not later than **close of discovery – 9/4/07**.

☐ Mediation

☐ Early Neutral Evaluation

C.   The parties ☐ do **X** not consent to trial before a magistrate judge.

D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1:

**X** All parties have complied.  **All parties will comply by 8/19/06**.

☐ Compliance not required by any party.

7.   **Trial.**

A.   The matter will be ready for trial:

**X** **60** days after the discovery close date **(11/5/07).**

☐ not later than _____.

B.   This matter is expected to take  **10**  days to try.

C.   Jury Demanded **X** Yes      ☐ No

Right to jury trial disputed? ☐ Yes    **X** No

```
                              RICHMOND & QUINN
                              Attorneys for Plaintiff
                              MARATHON OIL COMPANY


DATED: _____        By:  ____s/ Marc G. Wilhelm____
                                    mwilhelm@richmondquinn.com
                                    Alaska Bar No. 8406054

                                    RICHMOND & QUINN, PC
                                    360 "K" Street, Suite 200
                                    Anchorage, Alaska 99501
                                    Ph:  (907) 276-5727
                                    Fax: (907) 276-2953



                              FELDMAN ORLANSKY & SANDERS
                              Attorneys for Defendant
                              FOREST OIL COMPANY


DATED: _____        By:  ____R. Scott Taylor_____
                                    taylor@frozenlaw.com
                                    Alaska Bar No. 8507110

                                    FELDMAN ORLANSKY & SANDERS
                                    500 L Street, Suite 400
                                    Anchorage, AK  99501
                                    Ph:  (907) 272-3538
                                    Fax: (907) 274-0819
```

```
                              LANE POWELL
                              Attorneys for Defendant
                              UNION OIL CO. OF CALIFORNIA


DATED: _____       By:   ____Brewster H. Jamieson____
                                    jamiesonb@lanepowell.com
                                    Alaska Bar No. 8411122

                                    LANE POWELL
                                    301 W. Northern Lights Blvd.
                                    Suite 301
                                    Anchorage, AK  99503
                                    Ph:  (907) 264-3325
                                    Fax: (907) 276-2631
```

644\046\pld\Scheduling & Planning Conf. Rpt.

SCHEDULING AND PLANNING CONFERENCE REPORT

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 7