```
Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
```

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOREST OIL COMPANY, UNION OIL ) <br> COMPANY OF CALIFORNIA, d/b/a ) <br> UNOCAL ALASKA, and CHEVRON ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Case No. 3:06-cv-00102 TMB <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

COMES NOW defendant Marathon Oil Company, by and through its attorneys, Richmond & Quinn, and hereby submits its Rule 7.1 Disclosure Statement. Marathon Oil Company is a wholly-owned subsidiary of Marathon Oil Corporation. No

publicly held corporation owns 10% or more of Marathon Oil Corporation.

DATED this 24th day of August, 2006, at Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Plaintiff
>MARATHON OIL COMPANY
>
>By:   s/ Marc G. Wilhelm
>RICHMOND & QUINN
>360 K Street, Suite 200
>Anchorage, AK  99501
>Ph:  907-276-5727
>Fax: 907-276-2953
>mwilhelm@richmondquinn.com
>ABA #8406054

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 24th day of August, 2006 to:

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Ste. 301
Anchorage, AK  99503


_____s/Marc G. Wilhelm_____
         RICHMOND & QUINN

644\046\pld\7.1 DISCLOSURE










RULE 7.1 DISCLOSURE STATEMENT

<u>MARATHON v. FOREST OIL, ET AL.</u>, CASE NO. 3:06-cv-00102 TMB
PAGE 3