JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>FOREST OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>            Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br>**RULE 7.1<br>DISCLOSURE STATEMENT** |

COMES NOW, defendant FOREST OIL CORPORATION, by and through its attorneys of record, Feldman Orlansky & Sanders, and hereby submits its Rule 7.1

Rule 7.1 Disclosure Statement for Forest Oil Corp.
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                           Page 1 of 2

Disclosure Statement.  Forest Oil Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

   Dated this 24th day of August, 2006.

         s/ R. Scott Taylor

         Jeffrey M. Feldman
         R. Scott Taylor
         FELDMAN ORLANSKY & SANDERS
         500 L Street, Suite 400
         Anchorage, Alaska 99501
         Telephone: (907) 272-3538
         Facsimile: (907) 274-0819
         Email: feldman@frozenlaw.com
         Email: taylor@frozenlaw.com
         [Alaska Bar No. 7605029]
         [Alaska Bar No. 8507110]

         Attorneys for Defendant
         Forest Oil Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2006,
a copy of the Rule 7.1 Disclosure Statement was
served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond

s/ R. Scott Taylor

Rule 7.1 Disclosure Statement for Forest Oil Corp.
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB    Page 2 of 2