Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) Case No. 3:06-cv-00102 TMB |

**STIPULATION TO MOVE EXPERT REPORT DATE**

The parties have conferred and hereby stipulate and agree that they wish to move the deadline for disclosure of experts with expert reports from June 6, 2007 to August 15, 2007.

DATED this 9th day of May, 2007, at Anchorage, Alaska.

                                        RICHMOND & QUINN
                                        Attorneys for Plaintiff
                                        MARATHON OIL COMPANY

By:     s/Daniel T. Quinn
     RICHMOND & QUINN
     360 K Street, Suite 200
     Anchorage, AK 99501
     Ph: 907-276-5727
     Fax: 907-276-2953
     dquinn@richmondquinn.com
     ABA #8211141

By:     s/ Marc G. Wilhelm
     RICHMOND & QUINN
     360 K Street, Suite 200
     Anchorage, AK 99501
     Ph: 907-276-5727
     Fax: 907-276-2953
     mwilhelm@richmondquinn.com
     ABA #8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**STIPULATION TO MOVE EXPERT REPORT DATE**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2 OF 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 9th day of May, 2007 to:

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

    s/ Marc G. Wilhelm
      RICHMOND & QUINN

644\046\PLD\STIPULATION (EXPERT REPORTS)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

STIPULATION TO MOVE EXPERT REPORT DATE
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3 OF 3