# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "FOREST ALASKA OPERATING LLC", FILED IN THIS OFFICE ON THE FIRST DAY OF SEPTEMBER, A.D. 2006, AT 8:52 O'CLOCK A.M.



Harriet Smith Windsor, Secretary of State

4213787  8100

060815065

AUTHENTICATION: 5015131

DATE: 09-01-06

EXHIBIT __A__
PAGE __1__ OF __6__

FOC 000486

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:13 AM 09/01/2006
FILED 08:52 AM 09/01/2006
SRV 060815065 - 4213787 FILE

# CERTIFICATE OF FORMATION
# OF
# LIMITED LIABILITY COMPANY

FIRST. The name of the limited liability company is Forest Alaska Operating LLC.

SECOND. The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. The name of its Registered Agent at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of Forest Alaska Operating LLC this 1st day of September, 2006.

By: _____
Lizbeth J. Stenmark
Authorized Person

062356v01

FOC 000487

EXHIBIT __A__
PAGE __2__ OF __6__

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "FOREST ALASKA LLC", FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF JUNE, A.D. 2006, AT 1:16 O'CLOCK P.M.



4181942  8100

060615957

Harriet Smith Windsor, Secretary of State
AUTHENTICATION: 4859302

DATE: 06-27-06

EXHIBIT __A__
PAGE __3__ OF __6__

FOC 000429

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:21 PM 06/27/2006
FILED 01:16 PM 06/27/2006
SRV 060615957 - 4181942 FILE

# CERTIFICATE OF FORMATION
# OF
# LIMITED LIABILITY COMPANY

**FIRST.** The name of the limited liability company is Forest Alaska LLC.

**SECOND.** The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. The name of its Registered Agent at such address is Corporation Service Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation of Forest Alaska LLC this 27th day of June, 2006.

BY: _____
Lizbeth J. Stenmark
Authorized Person

# Delaware
## The First State

PAGE 1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "FOREST ALASKA LLC", CHANGING ITS NAME FROM "FOREST ALASKA LLC" TO "FOREST ALASKA HOLDING LLC", FILED IN THIS OFFICE ON THE FIRST DAY OF SEPTEMBER, A.D. 2006, AT 8:51 O'CLOCK A.M.




Harriet Smith Windsor, Secretary of State

4181942   8100

060815062

AUTHENTICATION: 5015141

DATE: 09-01-06

EXHIBIT __A__
PAGE __5__ OF __6__

FOC 000431

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: __Forest Alaska LLC__

2. The Certificate of Formation of the limited liability company is hereby amended as follows: __The name of the limited liability company is changed:__

   __FIRST. The name of the limited liability company is__

   __Forest Alaska Holding LLC__

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the ___1st___ day of ___September___, A.D. __2006__.

By: _____
   Authorized Person(s)

Name: __Lizbeth J. Stenmark__
              Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:13 AM 09/01/2006
FILED 08:51 AM 09/01/2006
SRV 060815062 - 4181942 FILE

EXHIBIT __A__
PAGE __6__ OF __6__

FOC 000432