A
L
A
S
K
A

**2006-083965-0**

Recording Dist: 301 - Anchorage
12/13/2006  3:19 PM  Pages: 1 of 4



DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18777_____    _Cc_
EFFECTIVE DATE
OF LEASE __9-01-1962_____
Is this lease producing? __X__ yes _____no

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit A**),

does hereby assign to ____Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ____50.00000_____ percent working interest;

2. ____zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__13 W__, __Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT    _C_
PAGE __1__ OF _92_

FOC 000753

_(signature)_

Assignor's Signature                                    Date  10/31/06

__Glen J. Mizenko, Vice President__            __Forest Oil Corporation__
Assignor's Name (Print or Type) & Title          Company Name

THE UNITED STATES OF AMERICA          )          Qualification File # ____1641____
                                                              )SS.
STATE OF __COLORADO__                          )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

            Deborah S. Pottenger              _Deborah S. Pottenger_
            Notary Public                         Notary Public
            State of Colorado                   My Commission expires 5-11-08
            My Commission Expires:
            May 11, 2008

_(signature)_                                         __10/31/06__
Assignee's Signature                                 Date

__Cyrus D. Marter IV, Vice President and Secretary__    __Forest Alaska Holding LLC__
Assignee's Name (Print or Type) & Title              Company Name

THE UNITED STATES OF AMERICA          )          Qualification File # ____2308____
                                                              )SS.
STATE OF __COLORADO__                          )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

            Deborah S. Pottenger              _Deborah S. Pottenger_
            Notary Public                         Notary Public
            State of Colorado                   My Commission expires 5-11-08
            My Commission Expires:
            May 11, 2008
                    APPROVAL

EXHIBIT
PAGE _2_ OF _92_

2 of 4
2006-083965-0

FOC 000754

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____    NOV 0 1 2006
William D. Van Dyke, Acting Director              Effective Date of Assignment
Division of Oil and Gas, DNR, State of Alaska

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18777**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:  FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 17

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:  As to a 50.00000% working interest in 1,106.00 acres, more or less, and described as follows:

Section 7:      All 9.a1
                SE4, 632.00 acres;
Section 18:     N2, SW4, 474.00 acres;

Pertains to all depths.

<u>Segment 2</u>:  As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:

Section 18:     SE4, 160.00 acres;
Section 19:     All, 636.00 acres;

Pertains to all land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment A</u>:  As to a 50.00000% working interest in 796.00 acres, more or less, and described as follows:

Section 18:     SE4, 160.00 acres;
Section 19:     All, 636.00 acres;

Pertains to the Grayling Gas Sands defined as the interval in the Trading Bay Unit K-2 well between the measured depths of 1,780 feet and 10,128 feet or its stratigraphic equivalent.

<u>Segment B</u>:  As to a 46.80000% working interest in 796.00 acres, more or less, and described as follows:

EXHIBIT ___C___
PAGE _3_ OF _92_

3 of 4
2006-083965-0

FOC 000755

Section 18:    SE4, 160.00 acres;
Section 19:    All, 636.00 acres;


Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.


**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
*Lease not yet recorded*

4 of 4
2006-083965-0

EXHIBIT _____C_____
PAGE _4_ OF _92_

FOC 000756

A
L
A
S
K
A

**2006-083988-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:32 PM Pages: 1 of 4

|||||||||||||||||||||||||||||||||||

DO&G 25-84                                      LEASE ADL __21068_____
(LEASE ASSIGNMENT)                             EFFECTIVE DATE
Revised 12/01                                       OF LEASE __07-01-1963_____   *CC*
DNR #10-113                                     Is this lease producing? __X__ yes _____no

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__14 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 160 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____  Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT ___C___
PAGE __5__ OF _92_                                         FOC 000749

_(signature)_

Assignor's Signature

October 31, 2006
Date

___Cyrus D. Marter IV, Vice President and Secretary___
Assignor's Name (Print or Type) & Title

___Forest Alaska Holding LLC___
Company Name

THE UNITED STATES OF AMERICA    )
                        )SS.
STATE OF___COLORADO___     )

Qualification File # ___2308___

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of ___Colorado___, duly commissioned and sworn, personally appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_(notary seal: STATE OF COLORADO)_

_(signature)_
Notary Public
My Commission expires ___2/29/07___

_(signature)_

Assignee's Signature

_10/31/06_
Date

___Leonard C. Gurule, President___
Assignee's Name (Print or Type) & Title

___Forest Alaska Operating LLC___
Company Name

THE UNITED STATES OF AMERICA    )
                        )SS.
STATE OF___ALASKA___     )

Qualification File # ___2307___

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of ___Alaska___, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_(notary seal:_
Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010_)_

_(signature)_
Notary Public
My Commission expires ___3/9/2010___

2 of 4
2006-083988-0

FOC 000750

EXHIBIT ___C___
PAGE ___6___ OF ___92___

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____          _____
William D. Van Dyke, Acting Director      Effective Date of Assignment
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006

3 of 4
2006-083988-0

EXHIBIT _C_
PAGE _7_ OF _92_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-21068
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 18

<u>T. 9 N., R. 14 W., Seward Meridian, Alaska</u>


Section 24:      SE4 160.00 acres;

Segment 1:

Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at
Book _68_ / Page _151_

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083988-0

EXHIBIT _C_
PAGE _8_ OF _12_

FOC 000752

A
L
A
S
K
A

**2006-083966-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:20 PM Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __21068__
EFFECTIVE DATE
  OF LEASE __07-01-1963__
Is this lease producing? __X__ yes ____no

*CC*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation____ ,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202____ ,

as owner of ___46.80000___ percent of the lease's working interest

does hereby assign to ___Forest Alaska Holding LLC___ , the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202____ ,

1. ___46.80000___ percent working interest;

2. ___zero___ percent overriding royalty interest.

3. The assignor is retaining ___zero___ percent of the lease's working interest.

4. The assignor is retaining ___zero___ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N___, R___14 W___, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 160 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration__     Address __707 Seventeenth Street, Suite 3600__
_____ City, State, Zip __Denver, Colorado 80202__

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT ___C___
PAGE ___9___ OF ___92___

FOC 000746

_____    _____
Assignor's Signature                                                    Date

  Glen J. Mizenko, Vice President                        Forest Oil Corporation
_____    _____
Assignor's Name (Print or Type) & Title                Company Name

THE UNITED STATES OF AMERICA          )          Qualification File # _____1641_____
                                      )SS.
STATE OF___COLORADO_____         )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                    Deborah S. Pottenger
                    Notary Public
                    State of Colorado          _____
                    My Commission Expires:        Notary Public
                    May 11, 2008                   My Commission expires _5-11-08_

_____    _____
Assignee's Signature                                                    Date

  Cyrus D. Marter IV, Vice President and Secretary        Forest Alaska Holding LLC
_____    _____
Assignee's Name (Print or Type) & Title                Company Name

THE UNITED STATES OF AMERICA          )          Qualification File # _____2308_____
                                      )SS.
STATE OF__COLORADO_____          )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written. Deborah S. Pottenger
                    Notary Public
                    State of Colorado          _____
                    My Commission Expires:        Notary Public
                    May 11, 2008                   My Commission expires _5-11-08_

                    **APPROVAL**

EXHIBIT ___C___
PAGE _10_ OF _92_

FOC 000747

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 0 1 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-21068
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:   FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 18

T. 9 N., R. 14 W., Seward Meridian, Alaska

Section 24:     SE4 160.00 acres;

Segment 1:

Pertains to land from the surface to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:

Pertains to all depths below the Grayling Gas Sands or below 10,125 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _68_ / Page _151_

EXHIBIT _C_
PAGE _11_ OF _92_

3 of 3
2006-083966-0

FOC 000748

**2006-083979-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4



DO&G 25-84                                    LEASE ADL __17597__              *CC*
(LEASE ASSIGNMENT)                    EFFECTIVE DATE
Revised 12/01                                OF LEASE __03-01-1962__
DNR #10-113                            Is this lease producing? __X__ yes _____ no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____ Forest Alaska Holding LLC _____,

whose address is _____ 707 Seventeenth Street, Suite 3600, Denver, Colorado 80202 _____,

as owner of ___ 50.00000 _____ percent of the lease's working interest,

does hereby assign to ___ Forest Alaska Operating LLC _____, the assignee,

whose address is _____ 707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202 _____

1. ___ 50.00000 _____ percent working interest;

2. ___ zero _____ percent overriding royalty interest.

3. The assignor is retaining ___ zero _____ percent of the lease's working interest.

4. The assignor is retaining ___ zero _____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __10 N__, R __13 W__, ___ Seward ____ Meridian
   (See attached Exhibit "A" for complete description.)
containing approximately 4,560 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____ Forest Alaska Operating LLC _____
Attn: __ Land Administration _____ Address __ 707 Seventeenth Street, Suite 3600 _____
_____ City, State, Zip __ Denver, Colorado 80202 _____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT _C_
PAGE _12_ OF _92_

FOC 000672

_____     October 31, 2006 _____
Assignor's Signature                Date

___Cyrus D. Marter IV, Vice President and Secretary___     ___Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title                   Company Name

THE UNITED STATES OF AMERICA        )                     Qualification File # ____2308_____
                                    )SS.
STATE OF__COLORADO_____        )

This certifies that on the ___31st____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared__Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

_____
Notary Public
My Commission expires _2/29/07_

_____     ___10/31/06_____
Assignee's Signature                Date

___Leonard C. Gurule, President___        ___Forest Alaska Operating LLC___
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA        )                     Qualification File # ____2307_____
                                    )SS.
STATE OF__ALASKA_____        )

This certifies that on the ___31st____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_____
Notary Public
My Commission expires _3/9/2010_

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT
PAGE _13_ OF _92_

2 of 4
2006-083979-0

FOC 000673

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____  for
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 01 2006
_____
Effective Date of Assignment

3 of 4
2006-083979-0

EXHIBIT _C_
PAGE _14_ OF _92_

FOC 000674

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17597
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit

T. 10 N., R. 13 W., Seward Meridian, Alaska

Segment 1:  2,560.00 acres, more or less, and described as follows:

Section 14:    All, 640 acres;
Section 15:    All, 640 acres;
Section 22:    All, 640 acres;
Section 23:    All, 640 acres;

Segment 2:  2,000.00 acres, more or less, and described as follows:

Section 27:    N2NE4, W1/2, 400.00 acres;
Section 28:    All, 640.00 acres;
Section 33:    All, 640.00 acres;
Section 34:    W1/2, 320.00 acres;

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _43_ / Page _32_


4 of 4
2006-083979-0

EXHIBIT ___C___
PAGE _15_ OF _92_

FOC 000675



DO&G 25-84                                    LEASE ADL __17597_____        CC
(LEASE ASSIGNMENT)                            EFFECTIVE DATE
Revised 12/01                                 OF LEASE __03-01-1962_____
DNR #10-113                                   Is this lease producing? _X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202___

as owner of ___50.00000_____ percent of the lease's working interest,

does hereby assign to ____Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202___

1. ___50.00000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ____zero_____ percent of the lease's working interest.

4. The assignor is retaining ____zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __10 N__, R __13 W__, ___Seward____ Meridian
**(See attached Exhibit "A" for complete description.)**
containing approximately 4,560 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address _707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT ___C___
PAGE _16_ OF _92_

FOC 000669

_____          10/31/06 _____
Assignor's Signature                     Date

_ Glen J. Mizenko, Vice President _       _ Forest Oil Corporation _____
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA      )       Qualification File # _____ 1641 _____
                                  )SS.
STATE OF__COLORADO _____         )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

          Deborah S. Pottenger
            Notary Public
          State of Colorado              _Deborah S Pottenger_
       My Commission Expires:            Notary Public
            May 11, 2008                 My Commission expires 5-11-06

_____          10/31/06 _____
Assignee's Signature                     Date

_ Cyrus D. Marter IV, Vice President and Secretary _   _ Forest Alaska Holding LLC ____
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA      )       Qualification File # _____ 2308 _____
                                  )SS.
STATE OF__COLORADO _____    )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

       Deborah S. Pottenger
         Notary Public
        State of Colorado              _Deborah S Pottenger_
      My Commission Expires:           Notary Public
          May 11, 2008                 My Commission expires  5-11-08

                        **APPROVAL**

                        [barcode]
                        2 of 3
                        2006-083957-0

    EXHIBIT  ___C___
    PAGE _17_ OF _92_

FOC 000670

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17597
ASSIGNOR: FOREST OIL CORPORATION
ASSIGNEE: FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit

<u>T. 10 N., R. 13 W., Seward Meridian, Alaska</u>

Segment 1:    2,560.00 acres, more or less, and described as follows:

Section 14:    All, 640 acres;
Section 15:    All, 640 acres;
Section 22:    All, 640 acres;
Section 23:    All, 640 acres;

Segment 2:    2,000.00 acres, more or less, and described as follows:

Section 27:    N2NE4, W1/2, 400.00 acres;
Section 28:    All, 640.00 acres;
Section 33:    All, 640.00 acres;
Section 34:    W1/2, 320.00 acres;

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book  43  / Page  32

EXHIBIT    C
PAGE  18  OF  92



3 of 3
2006-083957-0

FOC 000671



Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

DO&G 25-84                                          LEASE ADL __17602_____
(LEASE ASSIGNMENT)                        EFFECTIVE DATE
Revised 12/01                                      OF LEASE _02-01-1962_____
DNR #10-113                                    Is this lease producing? _X_ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of _____70.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to _____Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1.    ____70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2.    ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__14 W__, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,920 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _19_ OF _92_

FOC 000665

_____ _[signature]_ _____          October 31, 2006
Assignor's Signature                                     Date

  Cyrus D. Marter IV, Vice President and Secretary          Forest Alaska Holding LLC
Assignor's Name (Print or Type) & Title                  Company Name

THE UNITED STATES OF AMERICA     )                       Qualification File # _____2308_____
                                 )SS.
STATE OF___COLORADO_____   )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                                         _[signature]_
                                                         Notary Public
                                                         My Commission expires __2/29/07__

_[signature]_ _____                            _10/31/06_____
Assignee's Signature                                     Date

  Leonard C. Gurule, President                             Forest Alaska Operating LLC_____
Assignee's Name (Print or Type) & Title                  Company Name

THE UNITED STATES OF AMERICA     )                       Qualification File # _____2307_____
                                 )SS.
STATE OF__ALASKA_____   )

This certifies that on the ___31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ____Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

                                                         _[signature]_
                                                         Notary Public
                                                         My Commission expires _3/9/2010_

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT __C__
PAGE _20_ OF _92_

2 of 4
2006-083980-0

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

3 of 4
2006-083980-0

**EXHIBIT** _C_
PAGE _21_ OF _92_

FOC 000667

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17602
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 6

T. 8 N., R. 14 W., Seward Meridian, Alaska

Segment 1:   As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:

Section 2:      All, 640.00 acres;
Section 11:     All, 640.00 acres;

Pertains to all depths.

Segment 3:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.

Segment B:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:     E2, 320.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well of the stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 273

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration



**EXHIBIT** _C_
**PAGE** _22_ **OF** _97_



4 of 4
2006-083980-0

FOC 000668

2006-083958-0

DO&G 25-84                          LEASE ADL __17602_____        *cc*
(LEASE ASSIGNMENT)                  EFFECTIVE DATE
Revised 12/01                         OF LEASE _02-01-1962_____
DNR #10-113                         Is this lease producing? __X__ yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of _____70.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to _____Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__14 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,920 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

EXHIBIT ___C___
PAGE _23_ OF _92_                                    FOC 000661

_____          10/31/06 _____
Assignor's Signature                       Date

  Glen J. Mizenko, Vice President_____      Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )          Qualification File # _____1641_____
                                )SS.
STATE OF__COLORADO_____   )

This certifies that on the ___31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

        Deborah S. Pottenger
          Notary Public
         State of Colorado             _Deborah S Pottenger_
      My Commission Expires:              Notary Public
          May 11, 2008                    My Commission expires _5-11-08_

_____          _10/31/06_____
Assignee's Signature                       Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC_____
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )          Qualification File # _____2308_____
                                )SS.
STATE OF__COLORADO_____   )

This certifies that on the ___31st_____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

        Deborah S. Pottenger
          Notary Public                _Deborah S Pottenger_
         State of Colorado                Notary Public
      My Commission Expires:              My Commission expires _5-11-08_
          May 11, 2008

                                APPROVAL

EXHIBIT ____C____                         2 of 4
PAGE _24_ OF _92_          2006-083958-0           FOC 000662

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 01 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17602
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:   FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 6

T. 8 N., R. 14 W., Seward Meridian, Alaska

Segment 1:  As to a 70.00000% working interest in 1,280.00 acres, more or less, and described as follows:

Section 2:      All, 640.00 acres;
Section 11:    All, 640.00 acres;

Pertains to all depths.

Segment 3:  As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:    E2, 320.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or the stratigraphic equivalent.

Segment B:  As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 1:      E2, 320.00 acres;
Section 12:    E2, 320.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well of the stratigraphic equivalent.

EXHIBIT  C
PAGE 25 OF 92

3 of 4
2006-083958-0

FOC 000663

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 273

4 of 4
2006-083958-0

EXHIBIT _C_
PAGE _26_ OF _92_



2006-083981-0

Recording Dist: 301 - Anchorage
12/13/2006 3:28 PM Pages: 1 of 4

A
L
A
S
K
A

DO&G 25-84                                          LEASE ADL __18716_____        *cc*
(LEASE ASSIGNMENT)                          EFFECTIVE DATE
Revised 12/01                                        OF LEASE __09-01-1962_____
DNR #10-113                                         Is this lease producing? _X__ yes ____ no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ___707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____.

1.  ___46.80000_____ percent working interest;

2.  ___zero_____ percent overriding royalty interest.

3.  The assignor is retaining ___zero_____ percent of the lease's working interest.

4.  The assignor is retaining ___zero_____ percent of overriding royalty interest.

5.  **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__13 W__, ___Seward____ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 462.50 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *27* **OF** *92*                                    FOC 000657

_____    October 31, 2006
Assignor's Signature         Date

  Cyrus D. Marter IV, Vice President and Secretary        Forest Alaska Holding LLC
Assignor's Name (Print or Type) & Title              Company Name

THE UNITED STATES OF AMERICA    )            Qualification File # ____2308____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                                _____
                                Notary Public
                                My Commission expires _2/27/09_

_____    10/31/06_____
Assignee's Signature         Date

  Leonard C. Gurule, President               Forest Alaska Operating LLC
Assignee's Name (Print or Type) & Title           Company Name

THE UNITED STATES OF AMERICA    )            Qualification File # ____2307____
                                )SS.
STATE OF__ALASKA_____    )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

                                _____
                                Notary Public
                                My Commission expires 3/9/2010

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

2 of 4
2006-083981-0

EXHIBIT _C_
PAGE _28_ OF _92_

FOC 000658

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

3 of 4
2006-083981-0

EXHIBIT _C_
PAGE _29_ OF _72_

FOC 000659

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18716
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 9

T. 8 N., R. 13 W., Seward Meridian, Alaska

Section 19:     N2, SE4 462.50 acres;

Segment 3:

Pertaining to land from the surface to a depth of 1,780 feet MD or its stratigraphic equivalent in the Trading Bay Unit K-2 well .

Segment C:

Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

*Record in Anchorage RD*
*Lease Recorded at*
*Book _____ / Page _____*
*Lease not yet recorded*

4 of 4
2006-083981-0

EXHIBIT    C
PAGE 30 OF 72

FOC 000660



**2006-083959-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:15 PM Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18716_____
EFFECTIVE DATE
OF LEASE __09-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____46.80000_____ percent of the lease's working interest

does hereby assign to ____Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ____46.80000_____ percent working interest;

2. ____zero_____ percent overriding royalty interest.

3. The assignor is retaining ____zero_____ percent of the lease's working interest.

4. The assignor is retaining ____zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__13 W__, ____Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 462.50 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** 31 **OF** 72

FOC 000654

_____          10/31/06
Assignor's Signature                     _____
                                         Date

  Glen J. Mizenko, Vice President          Forest Oil Corporation
_____          _____
Assignor's Name (Print or Type) & Title  Company Name

THE UNITED STATES OF AMERICA    )        Qualification File #    1641
                                )SS.
STATE OF   COLORADO             )

This certifies that on the   31st    day of   October            , 2006, before me, a notary public in and for
the State of              Colorado                      , duly commissioned and sworn, personally
appeared   Glen J. Mizenko, Vice President of Forest Oil Corporation    , to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

         Deborah S. Pottenger              Deborah S. Pottenger
           Notary Public                 _____
         State of Colorado               Notary Public
       My Commission Expires:            My Commission expires  5-11-08
           May 11, 2008

_____          10/31/06
Assignee's Signature                     _____
                                         Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
_____          _____
Assignee's Name (Print or Type) & Title  Company Name

THE UNITED STATES OF AMERICA    )        Qualification File #    2308
                                )SS.
STATE OF  COLORADO              )

This certifies that on the   31st    day of   October            , 2006, before me, a notary public in and for
the State of              Colorado                      , duly commissioned and sworn, personally
appeared    Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC          , to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

         Deborah S. Pottenger              Deborah S. Pottenger
           Notary Public                 _____
         State of Colorado               Notary Public
       My Commission Expires:            My Commission expires  5-11-08
           May 11, 2008
                                 APPROVAL

EXHIBIT         C              2 of 3
PAGE  32  OF  72          2006-083959-0

                         FOC 000655

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____          NOV 01 2006

William D. Van Dyke, Acting Director          _____
Division of Oil and Gas, DNR, State of Alaska          Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18716
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 9

T. 8 N., R. 13 W., Seward Meridian, Alaska

Section 19:    N2, SE4 462.50 acres;

Segment 3:

Pertaining to land from the surface to a depth of 1,780 feet MD or its stratigraphic equivalent in the Trading Bay Unit K-2 well .

Segment C:

Pertaining to land below 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _____ / Page _____
Lease not yet recorded

3 of 3
2006-083959-0

EXHIBIT    C
PAGE 33 OF 92

FOC 000656



2006-083982-0

Recording Dist: 301 - Anchorage
12/13/2006  3:29 PM  Pages: 1 of 5

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL ___18729_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? _X_ yes ____no

*CC*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__, R__13 W__, ___Seward____ Meridian

(See attached Exhibit "A" for complete description.)
containing 1,365 acres more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT ___C___
PAGE _34_ OF _92_

FOC 000649

_____          October 31, 2006_____
Assignor's Signature                      Date

___Cyrus D. Marter IV, Vice President and Secretary_____          ___Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title          Company Name

THE UNITED STATES OF AMERICA          )          Qualification File # _____2308_____
                                       )SS.
STATE OF__COLORADO_____          )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                       _____
                                       Notary Public
                                       My Commission expires _____

_____          __10/31/06_____
Assignee's Signature                      Date

___Leonard C. Gurule, President_____          ___Forest Alaska Operating LLC_____
Assignee's Name (Print or Type) & Title          Company Name

THE UNITED STATES OF AMERICA          )          Qualification File # _____2307_____
                                       )SS.
STATE OF__ALASKA_____          )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of_____Alaska_____, duly commissioned and sworn, personally
appeared____Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

                                       _____
                                       Notary Public
                                       My Commission expires 3/9/2010

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT ___C___
PAGE __35__ OF __92__

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

EXHIBIT _C_
PAGE _36_ OF _92_

3 of 5
2006-083982-0

FOC 000651

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18729
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 10

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to a 46.80000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4, 442.00 acres;
Section 8:      S2, 320.00 acres;
Section 18:     All, 603.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.

Segment A:   As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:

Section 5:      All;
Section 6:      All;
Section 7:      All;
Section 8:      All;
Section 18:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4 442.00 acres;
Section 8:      S2 320.00 acres;
Section 18:     All, 603.00 acres;

containing 1,365 acres more or less. Pertains the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay unit K-2 well or its stratigraphic equivalent.

4 of 5
2006-083982-0

EXHIBIT   C
PAGE 37 OF 92

FOC 000652

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 229

EXHIBIT ___C___
PAGE 38 OF 92



5 of 5
2006-083982-0

FOC 000653



Recording Dist: 301 - Anchorage
12/13/2006 3:16 PM Pages: 1 of 4

A
L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18729_____
EFFECTIVE DATE
   OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1.   __46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2.   __zero_____ percent overriding royalty interest.

3.   The assignor is retaining ___zero_____ percent of the lease's working interest.

4.   The assignor is retaining ___zero_____ percent of overriding royalty interest.

5.   **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __8 N__, R __13 W__, ___Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 1,365 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT _B_
PAGE _39_ OF _92_

FOC 000645