_____

Assignor's Signature

Date __10/31/06_____

Glen J. Mizenko, Vice President

Assignor's Name (Print or Type) & Title

Forest Oil Corporation

Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF __COLORADO_____   )

Qualification File # ___1641___

This certifies that on the __31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public

My Commission expires 5-11-08

_____

Assignee's Signature

Date __10/31/06_____

Cyrus D. Marter IV, Vice President and Secretary

Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC

Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF __COLORADO_____   )

Qualification File # ___2308___

This certifies that on the __31st___ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public

My Commission expires 5-11-08

APPROVAL

EXHIBIT __C__
PAGE __40__ OF __92__

2 of 4
2006-083960-0

FOC 000646

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

NOV 0 1 2006

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

Effective Date of Assignment

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18729**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:   FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 10

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 2:   As to a 46.80000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4, 442.00 acres;
Section 8:      S2, 320.00 acres;
Section 18:     All, 603.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 Well or its stratigraphic equivalent.

Segment A:   As to a 46.80000% working interest in 3,085.00 acres, more or less, and described as follows:

Section 5:      All;
Section 6:      All;
Section 7:      All;
Section 8:      All;
Section 18:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,365.00 acres, more or less, and described as follows:

Section 7:      W2, SE4 442.00 acres;
Section 8:      S2 320.00 acres;
Section 18:     All, 603.00 acres;

EXHIBIT
PAGE 41 OF 72


3 of 4
2006-083960-0

FOC 000647

containing 1,365 acres more or less. Pertains the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay unit K-2 well or its stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 111 / Page 229

4 of 4
2006-083960-0

EXHIBIT C
PAGE 42 OF 92

FOC 000648

2006-083983-0

ALASKA

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18730_____
EFFECTIVE DATE
    OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____.

1.  ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2.  ___zero_____ percent overriding royalty interest.

3.  The assignor is retaining ___zero_____ percent of the lease's working interest.

4.  The assignor is retaining ___zero_____ percent of overriding royalty interest.


5.  **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __13 W__, ___Seward_____ Meridian
(See attached **Exhibit "A" for complete description**)
containing approximately 2,880 acres, more or less.

___

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

___

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *43* **OF** *92*

FOC 000640

_____    October 31, 2006 _____
Assignor's Signature                                     Date

___Cyrus D. Marter IV, Vice President and Secretary____    ___Forest Alaska Holding LLC_____
Assignor's Name (Print or Type) & Title                        Company Name

THE UNITED STATES OF AMERICA    )                    Qualification File # ___2308___
                                )SS.
STATE OF __COLORADO_____   )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

                                        _____
                                        Notary Public
                                        My Commission expires __8/29/07__

_____    __10/31/0 6_____
Assignee's Signature                                     Date

___Leonard C. Gurule, President_____    ___Forest Alaska Operating LLC_____
Assignee's Name (Print or Type) & Title                    Company Name

THE UNITED STATES OF AMERICA    )                    Qualification File # ___2307___
                                )SS.
STATE OF __ALASKA_____   )

This certifies that on the ___31st_____ day of ___October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

┌─────────────────────────┐
│      Notary Public       │        _____
│    REBEKAH J. HAYNES     │        Notary Public
│     State of Alaska      │        My Commission expires __3/9/2010__
│ My Commission Expires Mar. 9, 2010 │
└─────────────────────────┘

2 of 5
2006-083983-0

EXHIBIT ___C____
PAGE __44__ OF __72__

FOC 000641

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

EXHIBIT __C__
PAGE _45_ OF _92_



FOC 000642

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18730
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 11

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment A</u>:  As to a 46.80000% working interest in 2,8*80*.00 acres, more or less, and described as follows:

Section 26:    W1/2;
Section 27:    All;
Section 28:    All;
Section 33:    All;
Section 34:    All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

<u>Segment B</u>:  As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:    W2, 320.00 acres;
Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment 2</u>:  As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:    W2, 320.00 acres;
Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment 3</u>:  As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:

EXHIBIT _C_
PAGE _46_ OF _92_

4 of 5
2006-083983-0



FOC 000643

Section 26:    E2, 320.00 acres;
Section 35:    All, 640.00 Acres

Pertains to all depths.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _III_ / Page _220_

**EXHIBIT** C
**PAGE** 47 **OF** 72



5 of 5
2006-083983-0

FOC 000644

2006-083961-0

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18730__
EFFECTIVE DATE
OF LEASE __10-01-1962__
Is this lease producing? __X__ yes _____ no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Oil Corporation_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of __46.80000 & 50.00000__ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. __46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining __zero_____ percent of the lease's working interest.

4. The assignor is retaining __zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__13 W__, __Seward__ Meridian
**(See attached Exhibit "A" for complete description.)**
containing approximately 2,880 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE __48__ OF __92__

FOC 000636

_____          10/31/06
Assignor's Signature                      Date

  Glen J. Mizenko, Vice President          Forest Oil Corporation
Assignor's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # ____1641____
                                )SS.
STATE OF___COLORADO_____   )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

          Deborah S. Pottenger
             Notary Public
          State of Colorado              _____
        My Commission Expires:          Notary Public
            May 11, 2008                 My Commission expires 5-11-08

_____          10/31/06
Assignee's Signature                      Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
Assignee's Name (Print or Type) & Title   Company Name

THE UNITED STATES OF AMERICA    )         Qualification File # ____2308____
                                )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of_____Colorado_____, duly commissioned and sworn, personally
appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

          Deborah S. Pottenger
             Notary Public
          State of Colorado              _____
        My Commission Expires:          Notary Public
            May 11, 2008                 My Commission expires 5-11-08

                    APPROVAL

EXHIBIT ___C___                2 of 4
PAGE _49_ OF _72_           2006-083961-0           FOC 000637

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

_Effective Date of Assignment_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18730
ASSIGNOR:   FOREST OIL CORPORATION
ASSIGNEE:   FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 11

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment A:   As to a 46.80000% working interest in 2,880.00 acres, more or less, and described as follows:

Section 26:   W1/2;
Section 27:   All;
Section 28:   All;
Section 33:   All;
Section 34:   All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:   W2, 320.00 acres;
Section 27:   E2, 320.00 acres;
Section 34:   E2, SW4, 480.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 2:   As to a 46.80000% working interest in 1,120.00 acres, more or less, and described as follows:

Section 26:   W2, 320.00 acres;

3 of 4
2006-083961-0

EXHIBIT _C_
PAGE _50_ OF _92_

FOC 000638

Section 27:    E2, 320.00 acres;
Section 34:    E2, SW4, 480.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:    As to a 50.00000% working interest in 960.00 acres, more or less, and described as follows:

Section 26:    E2, 320.00 acres;
Section 35:    All, 640.00 Acres

Pertains to all depths.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _III_ / Page _220_

4 of 4
2006-083961-0

EXHIBIT _C_
PAGE _51_ OF _92_

FOC 000639



**2006-083984-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:30 PM Pages: 1 of 5

A
L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18731_____
EFFECTIVE DATE
OF LEASE __10-01-1962_____
Is this lease producing? __X__ yes _____no

*Cc*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____50.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ____50.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N___, R___13 W___, ___Seward_____ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 3,840 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____    Address __707 Seventeenth Street, Suite 3600_____
_____    City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** _C_
**PAGE** _52_ OF _92_

FOC 000631

_[signature]_

Assignor's Signature

_____October 31, 2006_____
Date

___Cyrus D. Marter IV, Vice President and Secretary___
Assignor's Name (Print or Type) & Title

___Forest Alaska Holding LLC___
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF___COLORADO___          )

Qualification File # _____2308_____

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_[signature]_
Notary Public
My Commission expires _2/27/07_

_[notary seal: STATE OF COLORADO]_

_[signature]_
Assignee's Signature

___10/31/06___
Date

___Leonard C. Gurule, President___
Assignee's Name (Print or Type) & Title

___Forest Alaska Operating LLC___
Company Name

THE UNITED STATES OF AMERICA    )
                                )SS.
STATE OF___ALASKA___            )

Qualification File # _____2307_____

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of _____Alaska_____, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_[notary stamp:_
Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010_]_

_[signature]_
Notary Public
My Commission expires _3/9/2010_

EXHIBIT ___C___
PAGE___53___OF___72___

2 of 5
2006-083984-0

FOC 000632

## APPROVAL

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____          _____
William D. Van Dyke, Acting Director        Effective Date of Assignment
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

3 of 5
2006-083984-0

EXHIBIT _C_
PAGE _54_ OF _92_                                          FOC 000633

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18731
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

## EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 12

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:      All 640.00 acres;
Section 4:      All 640.00 acres;
Section 5:      All 640.00 acres;
Section 8:      All 640.00 acres;
Section 9:      All 640.00 acres;
Section 10:    All 640.00 acres;

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment A:   As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:      All 640.00 acres;
Section 4:      All 640.00 acres;
Section 5:      All 640.00 acres;
Section 8:      All 640.00 acres;
Section 9:      All 640.00 acres;
Section 10:    All 640.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:   As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:

Section 3:      All 640.00 acres;
Section 4:      All 640.00 acres;
Section 5:      All 640.00 acres;
Section 8:      All 640.00 acres;
Section 9:      All 640.00 acres;
Section 10:    All 640.00 acres;



Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 109 / Page 10

5 of 5
2006-083984-0

EXHIBIT _C_
PAGE 56 OF 92

FOC 000635

A
L
A
S
K
A

**2006-083962-0**



DO&G 25-84                                          LEASE ADL  18731
 (LEASE ASSIGNMENT)                      EFFECTIVE DATE
Revised 12/01                                     OF LEASE  10-01-1962            *Cc*
DNR #10-113                               Is this lease producing?  X  yes ____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____50.00000 & 46.80000____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____.

1. ___50.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N__, R__13 W__, __Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 3,840 acres, more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: _Land Administration_____ Address _707 Seventeenth Street, Suite 3600____
_____ City, State, Zip _Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT**  *C*
**PAGE** *57* **OF** *92*

FOC 000627

_____

Assignor's Signature

Date: 10/31/06

Glen J. Mizenko, Vice President
Assignor's Name (Print or Type) & Title

Forest Oil Corporation
Company Name

THE UNITED STATES OF AMERICA     )
                                 )SS.
STATE OF  COLORADO               )

Qualification File # ____1641____

This certifies that on the __31st__ day of __October__, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation_, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

_____

Assignee's Signature

Date: 10/31/06

Cyrus D. Marter IV, Vice President and Secretary
Assignee's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA     )
                                 )SS.
STATE OF  COLORADO               )

Qualification File # ____2308____

This certifies that on the __31st__ day of __October__, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires 5-11-08

APPROVAL

2 of 4
2006-083962-0

EXHIBIT  C
PAGE 58 OF 92

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18731
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 12

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:  As to a 46.8000% working interest in 3,840.00 acres, more or less, and described as follows:

| Section 3: | All 640.00 acres; |
|---|---|
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |

Pertains to land from the surface to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment A:  As to a 50.00000% working interest in 3,840.00 acres, more or less, and described as follows:

| Section 3: | All 640.00 acres; |
|---|---|
| Section 4: | All 640.00 acres; |
| Section 5: | All 640.00 acres; |
| Section 8: | All 640.00 acres; |
| Section 9: | All 640.00 acres; |
| Section 10: | All 640.00 acres; |

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:  As to a 46.80000% working interest in 3,840.00 acres, more or less, and described as follows:

EXHIBIT    C
PAGE 59 OF 92



3 of 4
2006-083962-0

FOC 000629

Section 3:      All 640.00 acres;
Section 4:      All 640.00 acres;
Section 5:      All 640.00 acres;
Section 8:      All 640.00 acres;
Section 9:      All 640.00 acres;
Section 10:     All 640.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 109 / Page 10

4 of 4
2006-083962-0

EXHIBIT ___C___
PAGE _60_ OF _92_

FOC 000630



A
L
A
S
K
A

**2006-083985-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:31 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18758_____
EFFECTIVE DATE
  OF LEASE __09-01-1962_____
Is this lease producing? __X__ yes _____no

*Cc*

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

#### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____70.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ____Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ____70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ____zero_____ percent overriding royalty interest.

3. The assignor is retaining ____zero_____ percent of the lease's working interest.

4. The assignor is retaining ____zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)
T__9 N__ , R__14 W__ , __Seward____ Meridian

__(See attached Exhibit "A" for complete description.)__
containing 880 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *101* **OF** *92*

FOC 000623

_____     October 31, 2006 _____
Assignor's Signature                                  Date

___Cyrus D. Marter IV, Vice President and Secretary___     ___Forest Alaska Holding LLC___
Assignor's Name (Print or Type) & Title          Company Name

THE UNITED STATES OF AMERICA      )          Qualification File # _____2308_____
                                  )SS.
STATE OF__COLORADO_____        )

This certifies that on the ___31st___ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared _Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

                            _____
                            Notary Public
                            My Commission expires _2/29/09___

_____     _10/31/06_____
Assignee's Signature                                  Date

___Leonard C. Gurule, President___          ___Forest Alaska Operating LLC___
Assignee's Name (Print or Type) & Title        Company Name

THE UNITED STATES OF AMERICA      )          Qualification File # ____2307____
                                  )SS.
STATE OF__ALASKA_____     )

This certifies that on the ___31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC_____, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

                            _____
                            Notary Public
                            My Commission expires _3/9/2010___

EXHIBIT ___C___
PAGE _62_ OF _92_


2 of 4
2006-083985-0

FOC 000624

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

3 of 4
2006-083985-0

EXHIBIT _C_
PAGE _63_ OF _92_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18758
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 13

T. 9 N., R. 14 W., Seward Meridian, Alaska

Segment 1:  As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:

Section 35:    SE4SE4, 40.00 acres;
Section 36:    S2, SE4NW4, 360.00 acres;

Pertains to all depths.

Segment 3:  As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:
*480.00 g·a·*

Section 25:    E2, 320.00 acres;
Section 36:    NE4, 160.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

Segment B:  As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:
*480.00 g·a·*

Section 25:    E2, 320.00 acres;
Section 36:    NE4, 160.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 3441 / Page 384

EXHIBIT    C
PAGE 64 OF 92

4 of 4
2006-083985-0

FOC 000626



2006-083963-0

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
12/13/2006 3:17 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18758_____
EFFECTIVE DATE
OF LEASE __09-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ____70.00000 & 46.80000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ____Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___70.00000 & 46.80000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__14 W__, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 880 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address ___707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE _65_ OF _92_

FOC 000619

_____        _10/31/06_____

Assignor's Signature                     Date

_Glen J. Mizenko, Vice President_____    _Forest Oil Corporation_____

Assignor's Name (Print or Type) & Title       Company Name

THE UNITED STATES OF AMERICA    )       Qualification File # ____1641_____

STATE OF __COLORADO_____    )SS.
                           )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared _Glen J. Mizenko, Vice President of Forest Oil Corporation____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires _5-11-08_

_____        _10/31/06_____

Assignee's Signature                     Date

_Cyrus D. Marter IV, Vice President and Secretary_    _Forest Alaska Holding LLC_____

Assignee's Name (Print or Type) & Title       Company Name

THE UNITED STATES OF AMERICA    )       Qualification File # ____2308_____

STATE OF __COLORADO_____    )SS.
                           )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for the State of _____Colorado_____, duly commissioned and sworn, personally appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

Notary Public
My Commission expires _5-11-08_

APPROVAL

2 of 4
2006-083963-0

EXHIBIT _C_
PAGE _66_ OF _92_

FOC 000620

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0   2006

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18758
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Field, Tract 13

T. 9 N., R. 14 W., Seward Meridian, Alaska

Segment 1:   As to a 70.00000% working interest in 400.00 acres, more or less, and described as follows:

Section 35:     SE4SE4, 40.00 acres;
Section 36:     S2, SE4NW4, 360.00 acres;

Pertains to all depths.

480.00 $\mathcal{Q.a.}$

Segment 3:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 25:     E2, 320.00 acres;
Section 36:     NE4, 160.00 acres;

Pertains to land from the surface down to the top of the Grayling Gas Sands or to a depth of 1,780 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

480.00 $\mathcal{Q.a.}$

Segment B:   As to a 46.80000% working interest in 640.00 acres, more or less, and described as follows:

Section 25:     E2, 320.00 acres;
Section 36:     NE4, 160.00 acres;

Pertains to land below the Grayling Gas Sands or below 10,128 feet MD in the Trading Bay unit K-2 well or the stratigraphic equivalent.

EXHIBIT   C
PAGE 67 OF 92

3 of 4
2006-083963-0

FOC 000621

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 3441 / Page 384

4 of 4
2006-083963-0



**2006-083986-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:31 PM Pages: 1 of 4

A
L
A
S
K
A

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL ___18772_____
EFFECTIVE DATE
OF LEASE _9-01-1962_____
Is this lease producing? _X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest,

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000_____ percent working interest;

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__9 N__, R__13 W__, __Seward_____ Meridian

(See attached Exhibit "A" for complete description.)
Containing 1,600 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT _C_
PAGE _69_ OF _72_

FOC 000615

_(signature)_

Assignor's Signature

October 31, 2006
Date

___Cyrus D. Marter IV, Vice President and Secretary___
Assignor's Name (Print or Type) & Title

___Forest Alaska Holding LLC___
Company Name

THE UNITED STATES OF AMERICA          )
                                                                   )SS.
STATE OF ___COLORADO___                      )

Qualification File # ____2308____

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of ___Colorado___, duly commissioned and sworn, personally appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_(signature)_
Notary Public
My Commission expires ___1/29/09___

_(signature)_
Assignee's Signature

___10/31/06___
Date

___Leonard C. Gurule, President___
Assignee's Name (Print or Type) & Title

___Forest Alaska Operating LLC___
Company Name

THE UNITED STATES OF AMERICA          )
                                                                   )SS.
STATE OF ___ALASKA___                            )

Qualification File # ____2307____

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of ___Alaska___, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

_(signature)_
Notary Public
My Commission expires ___3/9/2010___

**APPROVAL**

**EXHIBIT** ___C___
**PAGE** ___70___ **OF** ___92___

2006-083986-0



FOC 000616

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____          NOV 0 1 2006
William D. Van Dyke, Acting Director      _____
Division of Oil and Gas, DNR, State of Alaska     Effective Date of Assignment

3 of 4
2006-083986-0

EXHIBIT   C
PAGE 71 OF 72

FOC 000617

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18772
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 14

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 2:    As to 1,600.00 acres, more or less, and described as follows:

Section 15:    All;
Section 22:    All;
Section 23:    W1/2;

Pertaining to land from the surface to the top of the Grayling Gas Sands.

Segment B:    As to 1,600.00 acres, more or less, and described as follows:

Section 15:    All;
Section 22:    All;
Section 23:    W1/2;

Pertaining to land below the Grayling Gas Sands.

Record in Anchorage RD
Lease Recorded at
MISC Book  54  / Page  63

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

4 of 4
2006-083986-0

EXHIBIT  C
PAGE  72  OF  92

FOC 000618



2006-083964-0

Recording Dist: 301 - Anchorage
12/13/2006 3:18 PM Pages: 1 of 3

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __18772_____
EFFECTIVE DATE
OF LEASE __9-01-1962_____
Is this lease producing? __X__ yes _____no

*cc*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of _____46.80000_____ percent of the lease's working interest,

does hereby assign to _____Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. __46.80000_____ percent working interest;

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining __zero_____ percent of the lease's working interest.

4. The assignor is retaining __zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__ , R __13 W__ , __Seward__ Meridian

__(See attached Exhibit "A" for complete description.)__
Containing 1,600 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *73* **OF** *72*

FOC 000612

_____          10/31/06
Assignor's Signature                     Date

  Glen J. Mizenko, Vice President        Forest Oil Corporation
Assignor's Name (Print or Type) & Title  Company Name

THE UNITED STATES OF AMERICA    )        Qualification File #      1641
                                )SS.
STATE OF   COLORADO             )

This certifies that on the   31st   day of   October   , 2006, before me, a notary public in and for
the State of _____ Colorado _____ , duly commissioned and sworn, personally
appeared  Glen J. Mizenko, Vice President of Forest Oil Corporation   , to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

          Deborah S. Pottenger
            Notary Public
          State of Colorado          _Deborah S Pottenger_
        My Commission Expires:       Notary Public
            May 11, 2008             My Commission expires  5-11-08

_____          10/31/06
Assignee's Signature                     Date

  Cyrus D. Marter IV, Vice President and Secretary    Forest Alaska Holding LLC
Assignee's Name (Print or Type) & Title  Company Name

THE UNITED STATES OF AMERICA    )        Qualification File #      2308
                                )SS.
STATE OF  COLORADO             )

This certifies that on the   31st   day of   October   , 2006, before me, a notary public in and for
the State of _____ Colorado _____ , duly commissioned and sworn, personally
appeared   Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC   , to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

          Deborah S. Pottenger
            Notary Public
          State of Colorado          _Deborah S Pottenger_
        My Commission Expires:       Notary Public
            May 11, 2008             My Commission expires  5-11-08
                        APPROVAL

EXHIBIT      C
PAGE   74   OF   92

2 of 3
2006-083964-0

FOC 000613

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-18772
ASSIGNOR:  FOREST OIL CORPORATION
ASSIGNEE:  FOREST ALASKA HOLDING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 14

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 2:    As to 1,600.00 acres, more or less, and described as follows:

Section 15:    All;
Section 22:    All;
Section 23:    W1/2;

Pertaining to land from the surface to the top of the Grayling Gas Sands.

Segment B:    As to 1,600.00 acres, more or less, and described as follows:

Section 15:    All;
Section 22:    All;
Section 23:    W1/2;

Pertaining to land below the Grayling Gas Sands.

AFTER RECORDING, RETURN TO:

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Misc Book  54  / Page  63

3 of 3
2006-083964-0

EXHIBIT    C
PAGE  25  OF  92

FOC 000614



**2006-083978-0**

Recording Dist: 301 - Anchorage
12/13/2006 3:27 PM Pages: 1 of 5

A
L
A
S
K
A

DO&G 25-84                              LEASE ADL __17594_____
(LEASE ASSIGNMENT)                   EFFECTIVE DATE
Revised 12/01                            OF LEASE __03-01-1962_____    *cc*
DNR #10-113                          Is this lease producing? __X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor ____Forest Alaska Holding LLC_____,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is ____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____.

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T___9 N___, R___13 W___, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**

containing 2,396 acres more or less.

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** *C*
**PAGE** *76* **OF** *92*

FOC 000607

_[signature]_

Assignor's Signature

October 31, 2006
Date

Cyrus D. Marter IV, Vice President and Secretary
Assignor's Name (Print or Type) & Title

Forest Alaska Holding LLC
Company Name

THE UNITED STATES OF AMERICA )
                              )SS.
STATE OF___COLORADO___        )

Qualification File #____2308____

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC__, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

_[notary seal: STATE OF COLORADO]_

_[signature]_
Notary Public
My Commission expires _[handwritten]_

_[signature]_

Assignee's Signature

_10/31/06_
Date

Leonard C. Gurule, President
Assignee's Name (Print or Type) & Title

Forest Alaska Operating LLC
Company Name

THE UNITED STATES OF AMERICA )
                              )SS.
STATE OF___ALASKA___         )

Qualification File #____2307____

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for
the State of _____Alaska_____, duly commissioned and sworn, personally
appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC___, to me known and known to me to
be the person described in, and who executed the foregoing assignment, who then after being duly sworn according
to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes
therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_[signature]_
Notary Public
My Commission expires _3/9/2010_

_[notary seal]_
Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

EXHIBIT ___C___
PAGE ___77___ OF ___92___

_[barcode]_
2 of 5
2006-083978-0

FOC 000608

## APPROVAL

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006

Effective Date of Assignment

3 of 5
2006-083978-0

EXHIBIT _C_
PAGE _78_ OF _92_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17594
ASSIGNOR:  FOREST ALASKA HOLDING LLC
ASSIGNEE:  FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 3

<u>T. 9 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:   As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16:     W2, NE4, 480.00 acres;
Section 17:     S2, NE4, 480.00 acres;
Section 20:     W2, NE4 480.00 acres;
Section 30:     All, 637.00 acres;
Section 31:     W2, 319.00 acres;

Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment 3</u>:   As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows:

Section 17:     NW4, 160.00 acres;

Pertains to all depths.

<u>Segment A</u>:   As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:

Section 16:     All;
Section 17:     S1/2, NE1/4;
Section 20:     All;
Section 21:     All;
Section 29:     All;
Section 30:     All;
Section 31:     All;
Section 32:     All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

4 of 5
2006-083978-0

EXHIBIT _C_
PAGE _79_ OF _92_

FOC 000610

<u>Segment B</u>:   As to a 50.00000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16:    W2, NE4, 480.00 acres;
Section 17:    S2, NE4, 480.00 acres;
Section 20:    W2, NE4 480.00 acres;
Section 30:    All 637.00 acres;
Section 31:    W2 319.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2, or its stratigraphic equivalent. Contains 2,396 acres, more or less.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book _111_ / Page _237_

5 of 5
2006-083978-0

EXHIBIT _C_
PAGE _80_ OF _92_

FOC 000611

2006-083965-0

Recording Dist: 301 - Anchorage
12/13/2006 3:13 PM Pages: 1 of 4

DO&G 25-84                                    LEASE ADL __17594_____        *cc*
(LEASE ASSIGNMENT)                        EFFECTIVE DATE
Revised 12/01                                    OF LEASE __03-01-1962_____
DNR #10-113                                 Is this lease producing? _X__ yes _____no

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000 & 50.00000_____ percent of the lease's working interest (See attached **Exhibit "A"**),

does hereby assign to ___Forest Alaska Holding LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. ___46.80000 & 50.00000_____ percent working interest (See attached **Exhibit "A"**);

2. ___zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T __9 N__, R __13 W__, ___Seward___ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,396 acres more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

**EXHIBIT** _C_
PAGE _81_ OF _92_

FOC 000603

_____    _____10/31/06_____
Assignor's Signature                Date

__Glen J. Mizenko, Vice President__    __Forest Oil Corporation_____
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # _____1641_____
                                                    )SS.
STATE OF __COLORADO_____    )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Glen J. Mizenko, Vice President of Forest Oil Corporation_____, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned.  WITNESS my hand and official seal the day and year in this certificate first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

                                                    _____
                                                    Notary Public
                                                    My Commission expires  5-11-08

_____    _____10/31/06_____
Assignee's Signature                Date

__Cyrus D. Marter IV, Vice President and Secretary__    __Forest Alaska Holding LLC_____
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # _____2308_____
                                                    )SS.
STATE OF__COLORADO_____    )

This certifies that on the __31st____ day of __October_____, 2006, before me, a notary public in and for
the State of _____Colorado_____, duly commissioned and sworn, personally
appeared __Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC_____, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned.  WITNESS my hand and official seal the day and year in this certificate
first above written.

Deborah S. Pottenger
Notary Public
State of Colorado
My Commission Expires:
May 11, 2008

                                                    _____
                                                    Notary Public
                                                    My Commission expires  5-11-06

APPROVAL

EXHIBIT ___C___
PAGE _82_ OF _92_

2 of 4
2006-083956-0

FOC 000604

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_William D. Van Dyke, Acting Director_
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
Effective Date of Assignment

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17594**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:   FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 3

T. 9 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to a 46.80000% working interest in 2,396.00 acres, more or less, and described as follows:

| | |
|---|---|
| Section 16: | W2, NE4, 480.00 acres; |
| Section 17: | S2, NE4, 480.00 acres; |
| Section 20: | W2, NE4 480.00 acres; |
| Section 30: | All, 637.00 acres; |
| Section 31: | W2, 319.00 acres; |

Pertains to land within the Trading Bay Unit Tract 3 and from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment 3:   As to a 50.00000% working interest in 160.00 acres, more or less, and described as follows:

Section 17:   NW4, 160.00 acres;

Pertains to all depths.

Segment A:   As to a 46.80000% working interest in 4,956.00 acres, more or less, and described as follows:

| | |
|---|---|
| Section 16: | All; |
| Section 17: | S1/2, NE1/4; |
| Section 20: | All; |
| Section 21: | All; |

EXHIBIT     C
PAGE  83  OF  92

3 of 4
2006-083956-0

FOC 000605

Section 29:      All;
Section 30:      All;
Section 31:      All;
Section 32:      All;

Pertains to land below 10,600 feet, below the Grayling Gas Sands.

Segment B:   As to a 50.00000% working interest in 2,396.00 acres, more or less, and described as follows:

Section 16:      W2, NE4, 480.00 acres;
Section 17:      S2, NE4, 480.00 acres;
Section 20:      W2, NE4 480.00 acres;
Section 30:      All 637.00 acres;
Section 31:      W2 319.00 acres;

Pertains to the interval known as the Grayling Gas Sands located between 1,780 feet MD and 10,128 feet MD in the Trading Bay Unit K-2, or its stratigraphic equivalent. Contains 2,396 acres, more or less.

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book  III  / Page 237

4 of 4
2006-083956-0

**EXHIBIT** C
**PAGE** 84 **OF** 92

FOC 000606



ALASKA

Recording Dist: 301 - Anchorage
12/13/2006 3:27 PM Pages: 1 of 4

DO&G 25-84                                    LEASE ADL __17579_____         *Cc*
(LEASE ASSIGNMENT)                        EFFECTIVE DATE
Revised 12/01                                OF LEASE __02-01-1962_____
DNR #10-113                               Is this lease producing? __X__ yes _____no

### STATE OF ALASKA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

## ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Alaska Holding LLC_____,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____,

as owner of ___46.80000_____ percent of the lease's working interest

does hereby assign to ___Forest Alaska Operating LLC_____, the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____,

1. __46.80000_____ percent working interest;

2. __zero_____ percent overriding royalty interest.

3. The assignor is retaining ___zero_____ percent of the lease's working interest.

4. The assignor is retaining ___zero_____ percent of overriding royalty interest.

5. **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N___, R__13 W__, ___Seward_____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,240 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with
the lease will be:
Name _____Forest Alaska Operating LLC_____
Attn: __Land Administration_____ Address __707 Seventeenth Street, Suite 3600_____
_____ City, State, Zip __Denver, Colorado 80202_____

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all
parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We
further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases
pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be
bound by the provisions of said lease.

**EXHIBIT** ___C___
**PAGE** _85_ OF _92_

FOC 000599

_[signature]_

Assignor's Signature

_October 31, 2006_

Date

___Cyrus D. Marter IV, Vice President and Secretary___

Assignor's Name (Print or Type) & Title

___Forest Alaska Holding LLC___

Company Name

THE UNITED STATES OF AMERICA )

)SS.

STATE OF___COLORADO___ )

Qualification File # ___2308___

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of ___Colorado___, duly commissioned and sworn, personally appeared ___Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_[notary seal: STATE OF COLORADO]_

_[signature]_

Notary Public

My Commission expires _2/29/09_

_[signature]_

Assignee's Signature

___10/31/06___

Date

___Leonard C. Gurule, President___

Assignee's Name (Print or Type) & Title

___Forest Alaska Operating LLC___

Company Name

THE UNITED STATES OF AMERICA )

)SS.

STATE OF___ALASKA___ )

Qualification File # ___2307___

This certifies that on the ___31st___ day of ___October___, 2006, before me, a notary public in and for the State of ___Alaska___, duly commissioned and sworn, personally appeared ___Leonard C. Gurule, President of Forest Alaska Operating LLC___, to me known and known to me to be the person described in, and who executed the foregoing assignment, who then after being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

_[notary stamp]_
Notary Public
REBEKAH J. HAYNES
State of Alaska
My Commission Expires Mar. 9, 2010

_[signature]_

Notary Public

My Commission expires _3/9/2010_

EXHIBIT ___C___

PAGE ___86___ OF ___92___

_[barcode]_
2 of 4
2006-083977-0

FOC 000600

**APPROVAL**

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
Effective Date of Assignment

3 of 4
2006-083977-0

EXHIBIT _C_
PAGE _81_ OF _92_

STATE OF ALASKA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF OIL AND GAS

ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17579
ASSIGNOR:   FOREST ALASKA HOLDING LLC
ASSIGNEE:   FOREST ALASKA OPERATING LLC

EXHIBIT "A"

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 2

T. 8 N., R. 13 W., Seward Meridian, Alaska

Segment 1:   As to 2,240.00 acres, more or less, and described as follows:

Section 4:       All;
Section 9:       W1/2;
Section 16:      NW1/4;
Section 17:      All;
Section 20:      N1/2, SW1/4;

Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Segment B:   As to 2,240.00 acres, more or less, and described as follows:

Section 4:       All;
Section 9:       W1/2;
Section 16:      NW1/4;
Section 17:      All;
Section 20:      N1/2, SW1/4;

Pertains to land below the Grayling Gas Sands or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

Record in Anchorage RD
Lease Recorded at
Book  42  / Page  323

AFTER RECORDING, RETURN TO:

Forest Alaska Operating LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

EXHIBIT    C
PAGE  88  OF  92



4 of 4
2006-083977-0

FOC 000602

A
L
A
S
K
A

Recording Dist: 301 - Anchorage
12/13/2006 3:12 PM Pages: 1 of 4

DO&G 25-84
(LEASE ASSIGNMENT)
Revised 12/01
DNR #10-113

LEASE ADL __17579__
EFFECTIVE DATE
OF LEASE __02-01-1962__
Is this lease producing? __X__ yes ____no

*C.C*

## STATE OF ALASKA
## DEPARTMENT OF NATURAL RESOURCES
## DIVISION OF OIL AND GAS

### ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE

The undersigned assignor _____Forest Oil Corporation_____ ,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado 80202_____ ,

as owner of _____46.80000_____ percent of the lease's working interest

does hereby assign to _____Forest Alaska Holding LLC_____ , the assignee,

whose address is _____707 Seventeenth Street, Suite 3600, Denver, Colorado, 80202_____ ,

1.   __46.80000_____ percent working interest;

2.   __zero_____ percent overriding royalty interest.

3.   The assignor is retaining ____zero_____ percent of the lease's working interest.

4.   The assignor is retaining ____zero_____ percent of overriding royalty interest.

5.   **LANDS AFFECTED** by this assignment of interest (Attach Exhibit A if necessary)

T__8 N__ , R __13 W__ , ____Seward____ Meridian

**(See attached Exhibit "A" for complete description.)**
containing 2,240 acres, more or less.

---

The **Notification Lessee** for the purpose of receiving any and all notices from the State of Alaska in connection with the lease will be:
Name _____Forest Alaska Holding LLC_____
Attn: __Land Administration_____ Address ___707 Seventeenth Street, Suite 3600__
_____ City, State, Zip __Denver, Colorado 80202__

---

We, the undersigned, request the approval of this assignment application. We attest that this application discloses all parties receiving an interest in the lease and that it is filed pursuant to 11 AAC 82.605 and 11 AAC 82.615. We further attest that all parties to this agreement are qualified to transfer or hold an interest in oil and gas leases pursuant to 11 AAC 82.200 and 11 AAC 82.205. Whether approved in whole or in part, the assignee agrees to be bound by the provisions of said lease.

EXHIBIT __C__
PAGE __89__ OF __92__

FOC 000595

_____    _____ 10/31/06 _____

Assignor's Signature            Date

__ Glen J. Mizenko, Vice President __    __ Forest Oil Corporation __
Assignor's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # ____ 1641 ____
                                )SS.
STATE OF __ COLORADO __         )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____ Colorado _____, duly commissioned and sworn, personally
appeared __ Glen J. Mizenko, Vice President of Forest Oil Corporation __, to me known and known to me to be
the person described in, and who executed the foregoing assignment, who then after being duly sworn according to
law, acknowledged to me under oath that he executed same freely and voluntarily for the uses and purposes therein
mentioned. WITNESS my hand and official seal the day and year in this certificate first above written.

              Deborah S. Pottenger
                 Notary Public
                State of Colorado          _____
             My Commission Expires:         Notary Public
                 May 11, 2008               My Commission expires 5-11-08

_____    _____ 10/31/06 _____

Assignee's Signature            Date

__ Cyrus D. Marter IV, Vice President and Secretary __    __ Forest Alaska Holding LLC __
Assignee's Name (Print or Type) & Title    Company Name

THE UNITED STATES OF AMERICA    )    Qualification File # ____ 2308 ____
                                )SS.
STATE OF __ COLORADO __         )

This certifies that on the __31st__ day of __October_____, 2006, before me, a notary public in and for
the State of _____ Colorado _____, duly commissioned and sworn, personally
appeared __ Cyrus D. Marter IV, Vice President and Secretary of Forest Alaska Holding LLC __, to me
known and known to me to be the person described in, and who executed the foregoing assignment, who then after
being duly sworn according to law, acknowledged to me under oath that he executed same freely and voluntarily for
the uses and purposes therein mentioned. WITNESS my hand and official seal the day and year in this certificate
first above written.

              Deborah S. Pottenger
                 Notary Public
                State of Colorado          _____
             My Commission Expires:         Notary Public
                 May 11, 2008               My Commission expires 5-11-08
                        APPROVAL

EXHIBIT __C__    2 of 4
PAGE __90__ OF __92__    2006-083955-0

FOC 000596

The foregoing assignment is approved as to the lands described in item 5 thereof, effective as of the date set forth below.

_____
William D. Van Dyke, Acting Director
Division of Oil and Gas, DNR, State of Alaska

NOV 0 1 2006
_____
Effective Date of Assignment

**STATE OF ALASKA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

**ASSIGNMENT OF INTEREST IN OIL AND GAS LEASE ADL-17579**
**ASSIGNOR:  FOREST OIL CORPORATION**
**ASSIGNEE:  FOREST ALASKA HOLDING LLC**

**EXHIBIT "A"**

LANDS AFFECTED by this assignment of interest:

Trading Bay Unit, Tract 2

<u>T. 8 N., R. 13 W., Seward Meridian, Alaska</u>

<u>Segment 1</u>:    As to 2,240.00 acres, more or less, and described as follows:

Section 4:      All;
Section 9:      W1/2;
Section 16:     NW1/4;
Section 17:     All;
Section 20:     N1/2, SW1/4;

Pertains to land from the surface down to a depth of 1,780 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

<u>Segment B</u>:    As to 2,240.00 acres, more or less, and described as follows:

Section 4:      All;
Section 9:      W1/2;
Section 16:     NW1/4;
Section 17:     All;
Section 20:     N1/2, SW1/4;

Pertains to land below the Grayling Gas Sands or 10,128 feet MD in the Trading Bay Unit K-2 well or its stratigraphic equivalent.

EXHIBIT    C
PAGE 91 OF 92

FOC 000597

**AFTER RECORDING, RETURN TO:**

Forest Alaska Holding LLC
707 Seventeenth Street, Suite 3600
Denver, Colorado 80202
Attention: Land Administration

Record in Anchorage RD
Lease Recorded at
Book 42 / Page 323



4 of 4
2006-083955-0

**EXHIBIT** _C_
PAGE _92_ OF _92_

FOC 000598