Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         jamiesonb@lanepowell.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>FOREST OIL CO.; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>                              Defendants. | Case No. 3:06-cv-00102-TMB |

**Proposed**
**ORDER TO JOIN PARTY DEFENDANT**

THIS COURT, having considered defendant Union Oil Company of California's (UOCC) Motion to Join Forest Alaska Operating LLC as a Party Defendant, all responses thereto, as well as applicable law;

IT IS HEREBY ORDERED that UOCC's motion is GRANTED.  Forest Alaska Operating LLC is joined in this matter as a party defendant.  All allegations in the complaint against Forest Oil Corporation shall be deemed to have also been alleged against Forest Alaska Operating LLC.

DATED this _____ day of _____, 2007June, 2007.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on June 7, 2007, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
Jeffrey M. Feldman  feldman@frozenlaw.com

  /s/ Brewster H. Jamieson
017351.0041/161056.1