Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOREST OIL COMPANY, UNION OIL )<br>COMPANY OF CALIFORNIA, d/b/a )<br>UNOCAL ALASKA, and CHEVRON )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-cv-00102 TMB |

**PLAINTIFF'S JOINDER IN**
**MOTION TO JOIN FOREST ALASKA OPERATING LLC**

Plaintiff, MARATHON OIL COMPANY, by and through counsel, Richmond & Quinn, hereby joins Union Company of California's Motion to Join Forest Alaska Operating LLC As A Party Defendant.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 29th day of June, 2007, at Anchorage, Alaska.

By:    s/ Marc G. Wilhelm
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph: 907-276-5727
Fax: 907-276-2953
mwilhelm@richmondquinn.com
ABA #8406054

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 29th day of June, 2007 to:

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

   s/ Marc G. Wilhelm
   RICHMOND & QUINN

644\046\PLD\JOINDER

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**PLAINTIFF'S JOINDER TO MOTION TO JOIN FOREST ALASKA OPERATING**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2 OF 2