JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
Email:         taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOREST OIL CORPORATION; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>　　　　　Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO JOIN FOREST ALASKA OPERATING LLC** |

　　　　Defendant Forest Oil Corporation**,** by and through its counsel, hereby moves that

the time for its opposition to Union Oil Company of California d/b/a Unocal Alaska's

Motion to Join Forest Alaska Operating LLC as Party Defendant be extended by ten

Unopposed Motion for Extension of Time
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

days, until July 23, 2007. The undersigned counsel has spoken with counsel for both defendant Unocal Alaska and plaintiff Marathon Oil Company, who joined in the motion, and is authorized to represent that they do not oppose this Motion for Extension of Time.

Dated this 13th day of July, 2007.

By:    s/ R. Scott Taylor
     Jeffrey M. Feldman (ABA 7605029)
     R. Scott Taylor (ABA 8507110)
     FELDMAN ORLANSKY & SANDERS
     500 L Street, Suite 400
     Anchorage, Alaska 99501
     Telephone: (907) 272-3538
     Facsimile: (907) 274-0819
     Email: feldman@frozenlaw.com
     Email: taylor@frozenlaw.com

Attorneys for Defendant,
Forest Oil Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007,
a copy of the foregoing **Unopposed Motion
for Extension of Time to File Opposition
to Motion to Join Forest Alaska Operating LLC**
was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond.

s/ R. Scott Taylor

Unopposed Motion for Extension of Time
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB      Page 2 of 2