JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                Plaintiff,<br><br>        v.<br><br>FOREST OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>                Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br><br>***(PROPOSED)***<br>**ORDER GRANTING**<br>**EXTENSION OF TIME** |

IT IS ORDERED that defendant Forest Oil Company may have until July 23, 2007, in which to file its opposition to Union Oil Company of California d/b/a/ Unocal Alaska's Motion to Join Forest Alaska Operating LLC as Party Defendant.

ENTERED this day of _____, 2007.

_____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2007,
a copy of **(proposed) Order Granting Extension
of Time** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond

s/ R. Scott Taylor