Jeffrey M. Feldman
Alaska Bar No. 7605029
R. Scott Taylor
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        feldman@frozenlaw.com
Email:        taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>           Plaintiff,<br><br>       v.<br><br>FOREST OIL CORPORATION; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>           Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br>**NON-OPPOSITION TO MOTION TO JOIN FOREST ALASKA OPERATING LLC <u>AS A PARTY DEFENDANT</u>** |

Forest Oil Corporation, by and through their attorneys, Feldman Orlansky & Sanders, hereby provide notice of their non-opposition to Defendant Union Oil Company of California's d/b/a UNOCAL Alaska, Motion to Join Forest Alaska Operating LLC as a Party Defendant.

Dated this 19th day of July, 2007.

                    FELDMAN ORLANSKY & SANDERS

                    By:    s/ R. Scott Taylor

                    Jeffrey M. Feldman
                    Alaska Bar No. 7605029
                    R. Scott Taylor
                    Alaska Bar No. 8507110

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2007, a copy of the **Non-Opposition to Motion to Join Forest Alaska Operating LLC as a Party Defendant** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond.

s/ R. Scott Taylor