Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,                              )<br>                                                    )<br>              Plaintiff,                            )<br>                                                    )<br>     v.                                             )<br>                                                    )<br> FOREST OIL COMPANY, UNION OIL                      )<br> COMPANY OF CALIFORNIA, d/b/a                       )<br> UNOCAL ALASKA, and CHEVRON                         )<br> CORPORATION,                                       )<br>                                                    )<br>              Defendants.                           )<br>_____)  | **<u>JOINT MOTION TO<br>EXTEND CERTAIN<br>PRETRIAL DEADLINES</u>**<br><br>Case No. 3:06-cv-00102 TMB |

COMES NOW plaintiff, Marathon Oil Company, and defendants, Forest Oil Company, Forest Alaska Operating LLC, Union Oil Company of California, d/b/a Unocal, and Chevron Corporation, by and through the undersigned counsel, jointly request an extension of certain pretrial deadlines in this matter because they have been in settlement discussions and are attempting to schedule mediation. This extension will allow the parties to determine whether settlement is possible prior to incurring the substantial additional cost that will

be required to complete discovery. The original deadlines and proposed time extensions are listed in the table below:

| Documents | Original Deadline | Extended To |
|---|---|---|
| Final witness List | 7/23/07 | 12/4/07 |
| Expert Disclosures & expert reports | 8/15/07 | 1/4/08 |
| Close discovery | 9/4/07 | 2/4/08 |
| Discovery motions & Dispositive motions | 10/4/07 | 3/4/08 |

DATED this 9th day of October, 2007, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Plaintiff
        MARATHON OIL COMPANY

By:  s/ Marc G. Wilhelm
    RICHMOND & QUINN
    360 K Street, Suite 200
    Anchorage, AK 99501
    Ph: 907-276-5727
    Fax: 907-276-2953
    mwilhelm@richmondquinn.com
    ABA #8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this ___9th___ day of October, 2007 to:

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

  s/ Marc G. Wilhelm
   RICHMOND & QUINN

644\046\pld\joint mtn to extend certain PT deadlines

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953