Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>        Defendants. | **PROPOSED ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES**<br><br>Case No. 3:06-cv-00102 TMB |

Upon the parties' Joint Motion to Extend Certain Pretrial Deadlines, and good cause appearing therefore,

IT IS ORDERED that an extension of certain pretrial deadlines in this matter is granted. The time extensions are allowed as to the following deadlines:

| Documents | Original Deadline | Extended To |
|---|---|---|
| Final witness List | 7/23/07 | 12/4/07 |
| Expert Disclosures & expert reports | 8/15/07 | 1/4/08 |
| Close discovery | 9/4/07 | 2/4/08 |
| Discovery motions & Dispositive motions | 10/4/07 | 3/4/08 |

DATED this _____ day of _____, 2007, at Anchorage, Alaska.

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this __15TH__ day of October, 2007 to:

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

  s/ Marc G. Wilhelm
  RICHMOND & QUINN

644\046\pld\joint mtn to extend certain PT deadlines (order)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953