UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,                )<br>                                                                   )<br>                            Plaintiff,                  )<br>                                                                   )<br>             v.                                                 )<br>                                                                   )<br> FOREST OIL COMPANY, UNION OIL )<br> COMPANY OF CALIFORNIA, d/b/a     )<br> UNOCAL ALASKA, and CHEVRON     )<br> CORPORATION,                                      )<br>                                                                   )<br>                            Defendants.              )<br>                                                                   )<br>                                                                   ) | **ORDER<br>GRANTING THE PARTIES'<br>JOINT MOTION TO<br>EXTEND CERTAIN<br>PRETRIAL DEADLINES**<br><br><br>Case No. 3:06-cv-00102 TMB |

      Upon the parties' Joint Motion to Extend Certain Pretrial Deadlines, and good cause appearing therefore,

      IT IS ORDERED that an extension of certain pretrial deadlines in this matter is granted. The time extensions are allowed as to the following deadlines:

| Documents | Original Deadline | Extended To |
|---|---|---|
| Final witness List | 7/23/07 | 12/4/07 |
| Expert Disclosures & expert reports | 8/15/07 | 1/4/08 |
| Close discovery | 9/4/07 | 2/4/08 |
| Discovery motions & Dispositive motions | 10/4/07 | 3/4/08 |

DATED this 16th day of October, 2007, at Anchorage, Alaska.

/S/ TIMOTHY M. BURGESS
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE