Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>    Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br>PROPOSED ORDER GRANTING SUBSTITUTION OF COUNSEL |

Attorney Robert K. Stewart, Jr. and the law firm of Davis Wright Tremaine LLP, 701 W 8th Avenue, Suite 800, Anchorage, Alaska 99501, are hereby substituted for Jeffrey M. Feldman and the law firm of Lane Powell LLC as counsel of record for Defendant Pacific Energy Alaska Operating LLC in the above captioned case.

Dated this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess

Certificate of Service

I certify that on 17th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com

_____/s/ Kris Hamann_____

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PROPOSED ORDER
166378v1 88-88