Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating Company LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br>                Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br><br>NOTICE OF APPEARANCE |

Davis Wright Tremaine LLP hereby enters its appearance as attorneys of record for Pacific Energy Alaska Operating LLC and requests that copies of all pleadings filed in this action be mailed to this office at 701 W. 8th Avenue, Suite 800, Anchorage, Alaska 99501.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this 17th day of January, 2008.

Davis Wright Tremaine LLP
Attorneys for Pacific Energy Alaska
Operating LLC


By: _____/s/Robert K Stewart, Jr._____
                701 W 8th Avenue, Suite 800
                Anchorage, Alaska 99501
                Phone: (907) 257-5300
                Fax: (907) 257-5399
                bobstewart@dwt.com
                ABA: 8506082

Certificate of Service

I certify that on 17th day of January, 2008, a true
and correct copy of the foregoing document was served
electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com


____/s/ Kris Hamann_____

NOTICE OF APPEARANCE
166379v1 88-88

2