Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>        Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br>NOTICE OF CHANGE OF NAME |

      Please take notice that Forest Alaska Operating LLC has changed its name to Pacific Energy Alaska Operating LLC effective August 27, 2007. In all further pleadings please refer to its current name.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this 17th day of January, 2008.

Davis Wright Tremaine LLP
Attorneys for Pacific Energy Alaska
Operating LLC

By: ___/s/Robert K Stewart, Jr.___
701 W 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
bobstewart@dwt.com
ABA: 8506082

Certificate of Service

I certify that on 17th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

dquinn@richmondquinn.com
mwilhelm@richmondquinn.com
feldman@frozenlaw.com
taylor@frozenlaw.com
jamiesonb@lanepowell.com
mBond@chevron.com

___/s/ Kris Hamann___

NOTICE OF CHANGE OF NAME
166379v1 88-88

2