Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>    Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br>ERRATA |

Defendant Pacific Energy Alaska Operating LLC filed a Substitution of Counsel with Proposed Order on January 17, 2008, stating that Davis Wright Tremaine LLP was substituting as counsel of record for Jeffrey M. Feldman and the law firm of Lane Powell LLC.

The Substitution of Counsel should have read that Davis Wright Tremaine LLP was substituting as counsel for Jeffrey M. Feldman, R. Scott Taylor and the law firm of Feldman Orlansky & Sanders.

We regret any inconvenience this may have caused.

Dated this 17th day of January, 2008.

        Davis Wright Tremaine LLP
        Attorneys for Pacific Energy Alaska
        Operating LLC

By: ____/s/Robert K Stewart, Jr._____
       701 W 8th Avenue, Suite 800
       Anchorage, Alaska 99501
       Phone: (907) 257-5300
       Fax: (907) 257-5399
       bobstewart@dwt.com
       ABA: 8506082

Certificate of Service

I certify that on 17th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com

    /s/ Kris Hamann

ERRATA
166392v1 88-88