Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARATHON OIL COMPANY,                )
                                     )
                    Plaintiff,       )      Case No. 3:06-cv-00102 (TMB)
                                     )
vs.                                  )
                                     )      NOTICE OF SUBMISSION
FOREST OIL COMPANY, UNION OIL        )      OF CORRECTED PROPOSED
COMPANY OF CALIFORNIA, d/b/a         )      ORDER
UNOCAL ALASKA, and CHEVRON           )
CORPORATION,                         )
                    Defendants.      )
_____    )

Defendant Pacific Energy Alaska Operating LLC filed an Errata on January 17, 2008, for the Substitution of Counsel and Proposed Order and inadvertently omitted the corrected proposed order.

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1

2      Dated this _____ day of _____, 2008.

3

4

5                                              _____

6                                              The Honorable Timothy M. Burgess

7

8

9      Certificate of Service

10     I certify that on 17th day of January, 2008, a true
       and correct copy of the foregoing document was served
11     electronically on the following:

12
              dquinn@richmondquinn.com
13            mwilhelm@richmondquinn.com
              feldman@frozenlaw.com
14            taylor@frozenlaw.com
              jamiesonb@lanepowell.com
15            mBond@chevron.com

16            /s/  Kris Hamann
       _____

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PROPOSED ORDER
166378v1  88-88