Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>    Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br>PROPOSED ORDER GRANTING SUBSTITUTION OF COUNSEL |

Attorney Robert K. Stewart, Jr. and the law firm of Davis Wright Tremaine LLP, 701 W 8th Avenue, Suite 800, Anchorage, Alaska 99501, are hereby substituted for Jeffrey M. Feldman and R. Scott Taylor of the law firm of Feldman Orlansky & Sanders as counsel of record for Defendant Pacific Energy Alaska Operating LLC in the above captioned case.

Dated this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess

Certificate of Service

I certify that on 17th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com

_____/s/ Kris Hamann_____

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PROPOSED ORDER
166378v1 88-88

2