Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION,<br><br>　　　　Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br>NOTICE |

Defendant Pacific Energy Alaska Operating LLC filed a Notice of Submission of Corrected Proposed Order on January 17, 2008, found at Docket 36, which included an incorrect signature page. Attached is the correct signature page.

Dated this 18th day of January, 2008.

          Davis Wright Tremaine LLP
          Attorneys for Pacific Energy Alaska
          Operating LLC

By: \_\_\_\_/s/Robert K Stewart, Jr._____
      701 W 8th Avenue, Suite 800
      Anchorage, Alaska 99501
      Phone: (907) 257-5300
      Fax: (907) 257-5399
      bobstewart@dwt.com
      ABA: 8506082

Certificate of Service

I certify that on 18th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com

_____/s/ Kris Hamann_____

NOTICE
168023v1 88-88