Dated this 17th day of January, 2008.

        Davis Wright Tremaine LLP
        Attorneys for Pacific Energy Alaska
        Operating LLC

By: \_\_\_\_/s/Robert K Stewart, Jr.\_\_\_\_
        701 W 8th Avenue, Suite 800
        Anchorage, Alaska 99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        bobstewart@dwt.com
        ABA: 8506082

Certificate of Service

I certify that on 17th day of January, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com

    /s/ Kris Hamann

NOTICE OF SUBMISSION
OF CORRECTED PROPOSED
ORDER
166378v1 88-88