Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF ALASKA

 3    _____

      MARATHON OIL COMPANY,            )
 4                                     )
            Plaintiff,                 )
 5                                     )
      vs.                              )
 6                                     )
      FOREST OIL COMPANY, UNION OIL    )
 7    COMPANY OF CALIFORNIA, d/b/a     )
      UNOCAL ALASKA, and CHEVRON       )
 8    CORPORATION,                     )
                                       )
 9          Defendants.                )
      _____ )
10    Case No. 3:06-cv-00102 TMB

11

12

13

14

15    _____

16    30(b)(6) DEPOSITION OF UNION OIL COMPANY OF CALIFORNIA
             DESIGNEE:  DONALD ALAN PAGE

17    _____

18
                     Pages 1 - 195, inclusive
19
                   Thursday, August 9, 2007
20                       10:00 a.m.

21
                  Taken by Counsel for Plaintiff
22                            at
                       Richmond & Quinn
23                 360 K Street, Suite 200
                      Anchorage, Alaska
24

25
```

MARATHON OIL v. FOREST OIL                                    UNION OIL COMPANY OF CA
                                                                              8/9/2007

Page 22

1    are the various WIPAs that are currently at Trading Bay.

2         Q    What are the WIPAs that are served by the

3    Steelhead Platform?

4         A    The WIPAs that are served at the Steelhead

5    Platform is, of course, the -- the owners who built the

6    Steelhead, which were Grayling Gas Sands owners, and then,

7    I believe -- the Grayling Gas Sands are the owners who

8    built the actual Steelhead Platform, which was Marathon

9    and Union Oil Company, but then there is a leg that's also

10   owned by the oil owners.  I'm going to throw out all the

11   WIPAs out here because I'm not too sure the Steelhead

12   produces out of all the oil producing zones; but you would

13   have the G, West Forelands, Jurassic, Hemlock, and the

14   undefined.

15        Q    And with respect to which oil WIPAs are served

16   by the platform, you are not certain which ones?

17        A    I'm pretty sure it's all of them.  Most of the

18   time I know there -- I know they had an undefined zone out

19   at Steelhead.  M28 might have been producing out of that

20   at one time, and that's why we're allocating at 50/50.

21   But usually at the platforms they produce out of all

22   zones.  But I'm not too sure out of Steelhead, so --

23        Q    But with respect to cost allocation, all the oil

24   WIPAs at this point are owned by Unocal and Forest, is

25   that correct?

Page 32

```
 1        Q    Okay.  And if you look at the second whereas,
 2   can you read that second whereas out loud?
 3        A    The one where it starts, "The parties"?
 4        Q    No, "Whereas" --
 5        A    Oh, oh, there.
 6        Q    -- "Section 16.3."
 7        A    I'm sorry.  I saw that whereas, so it kind of
 8   messed me up here.  "Whereas, Section 16.3 of the said
 9   operating agreement provides that upon use of a well,
10   platform or production facility (including a pipeline) for
11   other than that upon which ownership thereof is based, a
12   fair and equitable apportionment of risk and liabilities,
13   investment, and operating and other costs shall be
14   made."
15        Q    Okay.  So it's your understanding that Section
16   16.3 of the Unit Operating Agreement would -- would relate
17   to and govern the allocation of costs for the Steelhead
18   Platform?
19        A    Yes, sir, that's -- yes, sir.
20        Q    Just, again, I think this is probably
21   background.  We know here at the table, but just so we get
22   it on the deposition record here, at this point there is
23   gas interests served by the Steelhead Platform, correct?
24        A    At this point in 1969?
25        Q    Let's say at this point presently.
```

Page 34

1    but there is a number of different accounts or accounting

2    centers, correct?

3          A    Yes, sir.

4          Q    And one thing that's done is those accounts or

5    accounting costs are allocated between the oil owners and

6    the gas owners, correct?  Costs -- operating costs for the

7    Steelhead Platform are allocated between the oil owners

8    and the gas owners?

9          A    Yes and no.  Yes and no.

10               MR. JAMIESON:  If you ask him how are they

11   allocated, he can tell you.

12   BY MR. WILHELM:

13         Q    Explain why you are saying yes and no, and maybe

14   you can go on and explain how they are allocated.

15         A    There is approximately post common equity 16 or

16   17 cost centers associated with the Steelhead Platform,

17   along with, oh, nine to ten labor prorate cost centers,

18   also.  And there are cost centers that are associated with

19   oil owners, and there are cost centers that are solely

20   associated with gas owners.  Then there are cost centers

21   that are associated with both that serve common

22   facilities.  And I believe this lawsuit is all about the

23   third item, the cost centers that serve both -- both

24   operations.

25         So if we are able to -- if we are able to say that a

Page 35

1    widget or what have you is associated with gas, we charge

2    it to the gas cost center.  If we can say it's associated

3    with oil, we charge it to the oil cost center.  If the

4    widget supports both oil and gas, then we have to allocate

5    it to the owners.

6        Q    So to the extent something can be allocated

7    specifically to the gas operations, that would be

8    allocated to the gas operations?

9        A    Yes, sir.  That procedure was -- to my

10   knowledge, it was implemented by Marathon when they were

11   the operator of Steelhead.

12       Q    Marathon was operator through about 1994, is

13   that correct?

14       A    Yes, sir.

15       Q    At which point Unocal took over?

16       A    Yes, sir.  They were also the operator of

17   Trading Bay Production Facility that has a similar issue

18   between gas and oil ownership allocations.

19       Q    And the Trading Bay facility, the oil and gas

20   from the Steelhead Platform go through the Trading Bay

21   facility?

22       A    Yes.

23       Q    Okay.  Now with respect to procedures that

24   Marathon had in place when it was operating the platform

25   and allocating costs, is it your understanding that Unocal

MARATHON OIL v. FOREST OIL

 1    kept that procedure in place when it became operator of

 2    the Steelhead Platform?

 3         A    Yes, sir, of the Steelhead Platform along with

 4    Trading Bay Production Facility.

 5         Q    Okay.  And in general terms, that procedure was

 6    to have a number of different cost centers for the

 7    Steelhead Platform?

 8         A    Uh-huh.

 9         Q    Some of those operating centers related solely

10    to oil?

11         A    Yes, sir.

12         Q    Some of those cost centers related only to gas?

13         A    Yes, sir.

14         Q    And some of those cost centers were for joint

15    costs?

16         A    Or shared.

17         Q    Shared.  Okay.  Give me an example of a cost

18    center that would relate solely to the gas operations.

19         A    Solely to the gas operations, the two big

20    compressors out on the Steelhead Platform, C12 and C13,

21    primarily they were built and operated solely for the

22    benefit of the gas owners.  Sometimes when we lose ESP,

23    the oil owners might get a benefit from that when they go

24    into a gas lift operation, but those compressors primarily

25    support the Grayling Gas Sands.  So they were built,

MARATHON OIL v. FOREST OIL

1    funded, solely for the gas owners.

2        Q    So costs related to those are allocated solely

3    to the GGS owners?

4        A    Fundamentally yes, sir.  That's what you hope.

5    You might catch an error every once in a while, but that's

6    what the audit process is supposed to catch.

7        Q    That is the intent?

8        A    That is the intent.

9        Q    For example, if there was a repair to those

10   compressors or maintenance on those compressors, that

11   would be charged to the GGS owners?

12       A    Yes, sir.  That is our -- that is --

13       Q    That's the intent?

14       A    That's the intent.

15       Q    Give me an example of a cost center that's

16   allocated 100 percent to the oil owners.

17       A    Oh, lube for the ESPs or the electric

18   submersible pumps.  They are solely only used by the oil

19   owners.

20       Q    And the --

21       A    And I'm thinking of costs.  I'm not thinking of

22   assets here, by the way because I'm trying think of

23   maintenance or operating costs which is what I believe

24   this lawsuit is about.

25       Q    And let me represent I understand this lawsuit

MARATHON OIL v. FOREST OIL

Page 38

```
 1   likewise is about operating costs.

 2        A    Yes, sir.

 3        Q    So to the extent we can focus on costs --

 4        A    Yes, sir.

 5        Q    But, for example, when ESP is purchased, that

 6   would be allocated -- that was allocated to the oil

 7   owners?

 8        A    Yes, sir.

 9        Q    Okay.  And then there is -- and how many cost

10   centers are there on the Steelhead Platform that would be

11   shared cost centers?

12        A    Well, you have the labor prorates.  Now, the

13   labor prorates are -- there is probably eight to ten of

14   them.  Those are what I would call a zero sum cost center.

15   And with the labor prorates, the primary costs that we are

16   talking about on the Steelhead, the most expensive costs

17   are the people.  I refer to labor, followed by

18   transportation.  And that will take out probably 70, 80

19   percent of all the expenses I believe we are referring to

20   in this lawsuit.  But those costs -- those costs are then

21   allocated to both the oil and gas owners based on

22   operations inputs about how the -- what the employees are

23   actually working on.  So you have those.

24        Then there is what we call the genset, genset cost

25   center, and that was the cost center for the generation
```

MARATHON OIL v. FOREST OIL

Page 39

```
 1   set, electrical generation set on the Steelhead Platform.
 2   And that was allocated at -- it was really a -- the genset
 3   supports both the gas owners and the oil owners, and our
 4   facility engineer, he would come up with the allocation
 5   basis about how we are supposed to break that down on a
 6   year to year -- on a basis throughout the year.
 7         Then there is the cost center referring to this
 8   lawsuit, which I think this lawsuit is all about which I
 9   believe it is 1007096000.  It's either 096 or 097.  It's
10   been a while since I've checked out my cost center file.
11   That's the one this lawsuit is about.  And so you have --
12   you have costs that you can earmark throughout the
13   platform, and then you have this last piece of the pie
14   that is a shared cost that you are -- you are attempting
15   to allocate that one fair and equitable between the gas
16   owners and the oil owners.
17         And by the way, from our perspective of Union Oil
18   Company of California, we pretty much own 50 percent of
19   the oil assets and 50 percent of the gas assets, so when
20   it comes to cost on this, we were fairly indifferent on
21   this entire process.
22         Q    Okay.  So there is a number of cost centers that
23   relate to labor prorates, correct?
24         A    Yes, sir.
25         Q    Let me just -- one of the things I was looking
```

MARATHON OIL v. FOREST OIL                                    UNION OIL COMPANY OF CA
                                                                             8/9/2007

Page 40

1    at as I was getting ready for this deposition was costs

2    related to the platform foreman.

3            A    Yes, sir.

4            Q    Is that a separate cost center, or is that a

5    cost -- or his costs going into this general shared costs

6    cost center?

7            A    In our terminology of Oracle, it's a separate

8    cost center, but its allocations -- once again, the

9    production foreman cost center of this labor prorate, it's

10   a zero sum cost center.  So the costs come in, then they

11   are allocated based on what operations is telling us to

12   allocate.  So some of his costs would go to the oil

13   owners; some of his costs would go to the gas owners

14   directly.  Some of them would go to the cost center that I

15   believe this lawsuit is all about, the -- what we call the

16   miscellaneous facility and crane maintenance cost center.

17   And some of it might go to that genset cost center.  And

18   for all I know without having my allocation book here in

19   front of me, there might be one or two other cost centers.

20           And the same thing would be held true for a lead

21   operator, utility men, electrician, roustabout.  All of

22   them have similar type allocation procedures.  Each one of

23   those labor prorates is set up for the classification of

24   employee out there.

25           Q    Okay.  Let's focus on the production foreman.

MARATHON OIL v. FOREST OIL                                        UNION OIL COMPANY OF CA
                                                                                    8/9/2007

Page 41

```
 1        A    Yes, sir.

 2        Q    So cost -- labor cost rate of the production

 3   foreman go into a cost center?

 4        A    Yes, sir.

 5        Q    There is then an allocation, then, of those

 6   costs between a number of other cost centers, maybe --

 7   maybe genset, maybe something else that's oil only, maybe

 8   something else that's gas only.  And whatever is left

 9   over, then, would go into this crane and facility cost

10   center?

11        A    Well, it's probably a little unfair of a

12   statement saying whatever is left over.  Really the

13   production foremen are the people who have -- I believe

14   the guy out there who did the last one has 30 plus years

15   with the company, and a lot of these guys have worked 20

16   plus years on the Steelhead.  And some of these guys were

17   actually former Marathon employees out there.

18        But in any event, what they would do is they would

19   come to us and say I'm a production foreman or I'm the

20   production foreman.  And quite often the field

21   superintendent, who the production foreman works for, they

22   would get together and say I'm spending this amount of my

23   percentage of time on this set of assets, which would be

24   gas, this amount on oil, this amount of my percentage of

25   time on the shared cost center and this amount of my time
```

Page 42

1    on the genset.  And once again, there might be one or two

2    cost centers that I'm missing here without having my labor

3    prorate allocations here with me today.

4         Q    But just so I understand this, at least with

5    respect to the production foreman, those costs aren't

6    necessarily going to be allocated directly to GGS,

7    Grayling Gas Sands or oil, but it sort of -- then it's

8    kind of allocated into different cost centers based on the

9    type of work he's doing?

10        A    That's probably a fair statement, if I

11   understand what you are asking.  So the cost --

12        Q    Maybe you could put it in your own words so --

13        A    The costs kind of go into a pot to start with,

14   if you just kind of reviewed that.  So the costs

15   originally start off into a pot, and then based on the

16   expert -- the experts are actually out in the facilities.

17   I don't work on the Steelhead Platform, but based on the

18   guys who work out there, they'll determine how -- what

19   assets they are actually working on and give us those

20   percentage breakdowns.  Then we will allocate it to each

21   one of those cost centers:  Gas, oil, this cost center

22   that we are referring to in the lawsuit, and maybe a

23   genset or one or two cost centers.

24        At that point, they get there, they get to those cost

25   centers, and then -- those what we call the joint account

MARATHON OIL v. FOREST OIL

Page 43

```
 1    cost centers, and then they are billed -- our working
 2    interest is billed to us where we get paid and then we
 3    bill out on the joint interest billing system to our
 4    partners, which would be Marathon and Forest Oil.
 5         Q    Okay.  So there is something that's called a
 6    joint interest cost center?
 7         A    Yes, sir.
 8         Q    Okay.  Would a cost center for the platform
 9    foreman be a joint interest cost center or is there some
10    other terminology for that?
11         A    It's called a labor prorate.
12         Q    Okay.  With respect to -- let's just talk about
13    the joint interest cost center that's the subject of this
14    lawsuit.  I'm not getting into specific numbers.
15         A    Okay.
16         Q    It's generally known as a facility and crane
17    cost center?
18         A    Yeah.
19         Q    How would you refer to it?
20         A    I always called it the miscellaneous facility
21    and crane maintenance cost center.
22                   MR. JAMIESON:  Is that your shorthand for
23    it?
24    BY MR. WILHELM:
25         Q    So if we refer to it either as miscellaneous or
```

MARATHON OIL v. FOREST OIL

1    allocation has absolutely no idea.

2         So this is where [sic] I think this whole dispute is

3    all about, how do you allocate those costs.  For a generic

4    person coming out there who is going to support both

5    assets, how do you allocate that.

6         Q    And in your opinion, it's probably unrealistic

7    and unfeasible to do it on a trip-by-trip or

8    person-by-person basis.

9         A    It would literally be impossible.

10        Q    So the idea is to come up with a fair and

11   equitable --

12        A    Yes.

13        Q    -- formula, in your view?

14        A    Yes, it is.  On the cost, like say when we start

15   bringing the drilling crews out or a facility engineering

16   group -- for instance, if we had a drilling crew coming

17   out to swap out an ESP like we had an ESP failure, 100

18   percent oil project; we will charge that helicopter or

19   boat trip to the oil owners.  But if you had just the

20   normal crew change-out because these guys are working

21   seven and seven, they support both.  So that

22   transportation cost will generally hit this miscellaneous

23   allocation cost center.

24        Q    Same thing, the catering costs for the platform

25   will hit this miscellaneous cost certify?

MARATHON OIL v. FOREST OIL

Page 52

```
 1        A    Perfect example, because, you know, the food out

 2    there, how do you divvy up that between the gas owners and

 3    the oil owners.  Technically the food and the catering --

 4    Eurest is the company that does our catering out there --

 5    how do you divvy up that bill?  They are supporting both.

 6        Q    Okay.

 7        A    That's -- I believe it's E-U-R-E-S-T.

 8             MR. WILHELM:  Let me hand you this as the

 9    next exhibit.

10             (Exhibit No. 5 marked.)

11    BY MR. WILHELM:

12        Q    Okay.  I'm handing you what I understand to be a

13    runout of costs that were allocated to the miscellaneous

14    cost center.  I'm guessing it's for the year 2003.  And

15    when you -- and on the left side it says source cost

16    center.  You see that column on the left?

17        A    Yes, sir.  That's the 1007096 cost center.

18        Q    And that's the miscellaneous cost center we were

19    talking about?

20        A    Yes, sir.  This appears to be a JADE run that

21    our joint -- our joint interest audit group would have

22    provided probably to Marathon, I believe, during the audit

23    process.  I might have seen this in the past, but this

24    isn't my preferred method to display this type of data, so

25    I probably have never seen this before.
```

MARATHON OIL v. FOREST OIL

Page 60

```
 1    would charge you a markup on top of what Carrs or --

 2    because they are just going to go to Carrs and Safeway and

 3    buy the stuff themselves.  So usually, I believe, they try

 4    to avoid that.  But it could happen.  It could happen.

 5         Q    From your experience in dealing with Steelhead

 6    accounting issues, what other types of costs would fall

 7    into this miscellaneous category?

 8         A    Once again, I think the bulk of the costs that

 9    were going into the miscellaneous category are the people.

10    It's people costs.  It's the people working on this.  And

11    you know, this is -- this little file of a breakdown which

12    kind of shows you salaries and wages and --

13                    MR. JAMIESON:  Referring to Exhibit 4?

14                    THE WITNESS:  4.  Sorry about that.  And

15    transportation represent the -- are your 800-pound gorilla

16    of the costs out there.  So for the most part, you have

17    people, the people based on the platform that support both

18    oil and gas, and you have transportation which, once

19    again, supports both oil and gas.  Then you are going to

20    have a whole bunch of different miscellaneous --

21    miscellaneous items as they order that support both oil

22    and gas.

23         And hopefully through the audit process, which I

24    know -- I'm -- I'm fairly confident with -- in my

25    recollection I didn't -- I didn't host the joint venture
```

Page 94

1       A    Yes, sir.

2       Q    And that's a cost center?

3       A    Yes, sir.  Now, once again, these are all

4    allocation cost centers.  These cost centers will not hit

5    the joint interest billings charge that Forest Oil and

6    Marathon will receive.  This is kind of the stopover

7    before they allocate to those other cost centers that are

8    chargeable to the partners.  But in any event, that

9    generator system is the genset allocation cost center that

10   I talked about earlier today.

11      Q    Now, the generator system -- I mean the costs

12   from this cost center are basically from this point

13   allocated to the gas side or the oil side?

14      A    Yes, sir.  And primarily the genset was -- we

15   reconfigured the genset allocation cost center at the same

16   exact time we were taking a look at this because of the

17   advent of ESPs.  The ESPs use a whole lot more electric

18   power generation than they were before when the oil wells

19   were on gas lift only.

20      Q    Okay.  And we have Steelhead facility and crane.

21   That's the one we're talking about here?

22      A    That's the one we are talking about.

23      Q    And there is no costs prior to 2002.  That's

24   because you are using a different cost center?

25      A    Yes, sir.  There was a different cost center

MARATHON OIL v. FOREST OIL                                    UNION OIL COMPANY OF CA
                                                                        8/9/2007

Page 117

1       Q    But we have talked about the formula that's
2  used.
3       A    Yes, yes.
4       Q    And we have talked about the basis and the
5  formula -- we haven't actually talked about the basis and
6  formula for allocating the nine percent oil, 91 percent to
7  gas.  Let's go there a little bit.
8       A    Okay.
9       Q    And the facility that -- was the allocation
10 methodology that was in place in 2001, what was that?
11      A    I believe it was a gross throughput percentage
12 based on the Steelhead Platform prior to 1/1 of '02.
13      Q    I've heard that called a total fluids
14 methodology.
15      A    Yes.  Yes, sir.  That would be your BOE
16 equivalent of gas, oil, and water.
17      Q    So gas would be allocated -- the BOE equivalent
18 of the gas that was produced --
19      A    Divide the MCF equivalent or 1,000,000 cubic
20 feet a day, divide that by six, and that created [sic]
21 into a BOE equivalent, and then add the oil and add the
22 water, and that's your number.
23           MR. JAMIESON:  Is that for a BOE or is
24 that for gross throughput?
25           THE WITNESS:  That would be -- well, you

MARATHON OIL v. FOREST OIL

1    was aware of the -- of the fair and equitable method of

2    how to allocate costs in the TBU Operating Agreement.   He

3    was also aware of what was written in the operating

4    agreement regarding the throughput basis.   However --

5    however, we were in the middle of starting to convert the

6    Steelhead platform to an all ESP platform.   And when this

7    would happen -- when this would happen, the ESPs would

8    start producing a whole lot more water than they had in

9    the past.   And if you use that method -- and the ESPs were

10   also going to be much more efficient and effective, but it

11   didn't make -- he didn't believe it was all that fair and

12   equitable that somebody who was investing tens of millions

13   of dollars in the platform to be more efficient and

14   effective would then basically be allocated more expenses.

15       Also on top of that was the fact that the water

16   wasn't really being processed at the platform.   It was

17   being processed at the on-shore facility which the oil

18   owners were paying for all of it.   So he asked me to take

19   a look into it because we were now having a -- call it a

20   paradigm shift.   We were having a shift in the facilities

21   out there and we were converting all of the oil wells from

22   gas lift on to ESPs.

23       Q   These factors you just talked about, are these

24   things that were actually discussed between you and

25   Mr. Morell at the time?

MARATHON OIL v. FOREST OIL

UNION OIL COMPANY OF CA
8/9/2007

Page 121

```
1         A    Myself and Mr. Morell, and there was also
2    Mr. Dave Cole, who was our oil team supervisor, and Mr.
3    Dave Whitacre, who was our gas team supervisor.  And
4    Mr. Cole and Mr. Whitacre, one represents gas and one
5    represents oil.  And you can see one wants to have the
6    best budget compared to the other, so it's kind of the
7    give and take and the push and shove, so to speak.
8         So I was asked to take a look at the allocation
9    procedure in January of 2000, and I did.  Should I keep on
10   going from there?  Because it goes on and the partners get
11   involved at this point.
12        Q    Okay.  And particularly I do want you to talk
13   about the -- prior to the decision being finalized the
14   contacts you had with each partner.
15        A    No problem.  The first partner that -- the first
16   partner that I was ever involved with who asked how the
17   Steelhead was allocated was Forest Oil, and I believe
18   the -- the -- the young lady's name was Ms. Traci Hester
19   (ph).  She was my first accounting contact over at Forest
20   Energy.  And she just asked the question is, how is the
21   Steelhead allocated.  Okay?
22        Q    Okay.
23        A    And at that point with Traci, as I explained to
24   Traci -- after I explained how the Steelhead was allocated
25   and how it worked, I also told her that I had been
```

MARATHON OIL v. FOREST OIL                        UNION OIL COMPANY OF CA
                                                                8/9/2007

Page 122

1   assigned this task because the ESPs were being converted.

2   And that was pretty much the end of Traci because I

3   believe she was either -- I don't know the whole story.  I

4   guess the rumor was she was fired.  I don't know the whole

5   story -- not too many months after the fact.

6                    MR. JAMIESON:  You are not indicating a

7   cause and effect between of your conversation --

8                    THE WITNESS:  I don't know.  Fired or let

9   go or there was a personal reason.  I have absolutely no

10  idea.  At that same time was the first time I ever met --

11  I went out to lunch on my arrival.  I can't remember the

12  month.  If I had to, I could probably go figure it out.

13  But I had lunch with Mr. Ron Michael, and Ron was my

14  counterpart over at Marathon Oil up at the Anchorage

15  office.

16      Forest Energy -- Forest Energy, although they owned

17  the assets for a handful of years, a couple of years, they

18  understood what they owned, but they didn't understand the

19  nitty-gritty of the accounting allocation procedures.

20  Mr. Ron Michael was a very savvy accountant and had been

21  around a number of years and understood the whole

22  allocation methodology of the Steelhead primarily because

23  he worked for Marathon when Marathon was the operator of

24  the Steelhead.  So he understood what I was talking with

25  and what our issues were.  So this would have been in the

MARATHON OIL v. FOREST OIL

UNION OIL COMPANY OF CA
8/9/2007

Page 123

1   early part of 2000 when I first went to it.

2        We actually had lunch at Simon & Seafort's and went

3   over this issue and told him what the problem was and how

4   Unocal -- Unocal was -- Unocal and Forest Oil, or the oil

5   WIPAs were converting to an ESP platform -- ESP facility,

6   and that the cost -- pretty much what you had was the

7   production of -- gas production was declining, oil

8   production was declining, but now water production was

9   going through the roof.

10        And it just didn't seem all that fair and equitable,

11   and plus you're converting to ESPs, which were going to be

12   much more efficient and effective, and the water was going

13   to be processed at it the on-shore facility.  It didn't

14   seem all that fair and equitable to have the oil owners

15   pay for a platform which was designed, built on the behalf

16   of the GGS owners with a side business of oil.  So --

17        Q   When you say it didn't seem all that fair and

18   equitable, that was your opinion?

19        A   It was the -- it was our operations manager's

20   opinion, and he was the general manager of the facility.

21   And once again, Mr. Morell was a bright, articulate,

22   extremely knowledgeable individual of the Trading Bay

23   Unit.  And I believe he was one of the individuals that

24   had been around when they wrote the third supplement, plus

25   the transfer of properties between Marathon and Unocal

MARATHON OIL v. FOREST OIL

UNION OIL COMPANY OF CA
8/9/2007

Page 124

1    during the '92 property exchange.  So Martin understood

2    what was going to happen, and he understood what was going

3    on there at the facility.

4        But in any event, I had the conversation with Ron and

5    I told Ron what my dilemma was.  I followed up with Ron.

6    I had at least three or four conversations with Ron

7    throughout 2000.  I can't remember when Ron eventually

8    takes a package and leaves Marathon.  I don't know if it's

9    the tail end of 2000 or sometime in 2001.

10        In any event, I had a number of conversations with

11    Ron throughout 2000 about this dilemma that we are having.

12    At this point I believe we had either converted one ESP

13    out of a total -- I want to say there is either five or

14    six.  I want to say there is five.  I don't know if we had

15    both M28 and M32 converted by this point when I'm having

16    these discussions or just one of them was converted.  But

17    eventually we get all five of them converted to ESPs by

18    the tail end of '01 or early '02.

19        In any event, had these conversations with Ron and

20    saying how are we supposed to do this?  At that same time,

21    Ron was going to go get a hold of Traci Hester, who has

22    now been separated from Forest Oil.  I dealt with -- I

23    mean, Forest Energy.  I dealt with about two or three or

24    four -- actually there is a total of seven individuals

25    from Forest Oil and Forest Energy regarding this whole

MARATHON OIL v. FOREST OIL                                    UNION OIL COMPANY OF CA
                                                                              8/9/2007

Page 129

```
 1   Company of California being somewhat indifferent with our
 2   50/50 ownership, we were just looking for something that
 3   would be fair and equitable.
 4       I don't know what happened in those conversations
 5   after that.  From my understanding after talking to Brock
 6   a handful of days before he passed away, what they came
 7   down to was -- what it came down to was Forest Oil wanted
 8   to allocate a bunch of costs to the gas WIPAs and Marathon
 9   wanted to allocate a bunch of costs to the oil WIPAs.  And
10   we are kind of caught in the middle.  So the two of them
11   couldn't come to a decision as to how are we supposed to
12   do this.
13       So that's what came down the very end of the day.  So
14   we are walking in towards the tail end of 2002.  We have
15   been working on this project for some time.
16       Q    Tail end of 2001?
17       A    2001, I mean.  I'm sorry.  We're coming into the
18   tail end.  And all the ESPs are scheduled to be the --
19   Steelhead is scheduled to be completely transferred from
20   gas lift platform to an ESP and we need to make a
21   decision.  And so I -- I called Beth.  I called Beth twice
22   in November, and I talked to her both times.  And I tell
23   her -- Beth Prentence of Marathon.  I tell her that we're
24   going to go ahead and change this to a BOE equivalent.
25       And to the best of my recollection, the quote is --
```

MARATHON OIL v. FOREST OIL

1   and I believe John Barnes told me later on at the end of

2   the day.  She doesn't remember the conversation, but she's

3   not saying it didn't take place, but the quote is, that's

4   okay.  If there is a problem with it, we will catch it in

5   the audit process.  So that's what she told me.  And

6   technically in here it doesn't really tell me on a

7   situation like this how am I supposed to handle this when

8   I can't get the two partners to agree on how this

9   allocation basis -- what am I supposed to do.

10       I also called Ken Griffin up and I told Ken what we

11  are going to do.  Can we make the change, basically pull

12  the water out of the calculation and we go to BOE

13  equivalent on 1/1/02.

14       Operations -- at the same time I also ran this by at

15  the very end -- you asked the question to start with what

16  led to the decision.  Martin Morell was sitting right next

17  to me in the office right next to me on the sixth floor at

18  the Unocal building.  And I met with Martin a couple days

19  before I sent the change down to central data admin and

20  explained to Martin in great detail.  I believe Martin

21  also called up -- if I remember right on this one -- he

22  called up Mr. Dwight Johnson on the phone in Kenai,

23  Alaska -- and Dwight was down there -- to explain what we

24  were planning on changing, and we all agreed.

25       Q    Dwight Johnson is --

MARATHON OIL v. FOREST OIL

```
1    discussed the issue, did you and -- as part of that
2    conversation did you and Ron discuss other possible
3    methodologies?
4         A    Yes.
5         Q    What do you recall of those conversations?
6         A    The first one during all the conversations with
7    Ron -- and had very similar conversations with --
8    ultimately goes to -- with Ken Griffin after I get -- land
9    on Forest Oil -- it all goes down to can we really focus
10   in on trying to make this cost center as small as
11   possible.  And what I mean by that is can we educate the
12   people out there that if it belongs to oil, charge it to
13   oil; if it belongs to gas, charge it to gas; trying to
14   make the cost center as small as possible to start with.
15   That was the first thing I remember that Ron came up with.
16        After that -- after that it was your standard joint
17   venture allocations that we threw out there.  BOE, which
18   was in this case follow the cash; whoever is making the
19   most money is going to take the bulk of the allocation.
20   That was -- well count was thrown out there, number of
21   wells was thrown out there at the time.  I believe we
22   tried to figure out some fractions of trying to pull some
23   of the water off, but then that didn't make a whole lot of
24   sense, like trying to divide the water by two in the
25   calculation because in reality you have got this platform
```

MARATHON OIL v. FOREST OIL                                    UNION OIL COMPANY OF CA
                                                                              8/9/2007

Page 133

```
 1    producing all this water, but it's not like any of the
 2    guys in the Steelhead are really doing too much with it.
 3    It's the guys over at Trading Bay who is ultimately in
 4    charge of the oil WIPAs.
 5         So we discussed a number of different allocation
 6    methodologies about what we could do to take care of this
 7    little dilemma that we had.
 8         Q    Ultimately of all the methodologies you looked
 9    at, you went to BOE, correct?
10         A    Yes, sir.
11         Q    And BOE, of all the methodologies you looked at,
12    was the one that was most favorable to oil?
13         A    You know, I want to say we had another one that
14    was coming up.  There was another one coming up with the
15    90/10 split, but yes, eventually that ends up being the
16    one that probably comes back to most favorable to oil.  At
17    that same time when we were talking to the people out at
18    the facilities, the guys out there really didn't seem to
19    be spending a whole lot of time on the oil side.  When you
20    installed the ESPs, the only thing the guy was out there
21    doing was adjusting a little, tiny valve every once in a
22    while for pressures that the reservoir engineers were
23    telling him to do; whereas, on the gas side, there was a
24    whole lot more moving parts.
25         So when we came down to the percentage, that's when
```

Motion for Summary Judgment
Case No. 3:06-cv-00102-TMB
Exhibit B, Page 27 of 37

MARATHON OIL v. FOREST OIL                                    UNION OIL COMPANY OF CA
                                                                              8/9/2007

Page 134

```
 1   we were kind of saying, hey, how about we just take that
 2   methodology and go BOE equivalent and follow the cash.
 3   The other idea behind it was that a lot of the expenses
 4   associated with the platform were already being coded
 5   directly to the oil side, so it wasn't like, you know --
 6   and here you had a platform which was designed, built for
 7   and owned originally by the Grayling Gas Sands owners, and
 8   this oil business was just a side business.  So the 90/10
 9   split made a lot of sense when considering we were going
10   to an ESP-only facility.
11        Q    If you take the platform as it's sitting there
12   in 2002 regardless of -- is the fact that it was built for
13   gas first important in terms of why costs should be
14   allocated to one side or the other, that the costs are
15   going to be the -- the costs are there, correct?
16        A    The costs are there, but we were already
17   allocating a lot of costs to the oil side to start with,
18   and it just -- it just appeared from the standpoint -- it
19   just -- you know, it just seemed like BOE was a standard
20   methodology throughout the industry to allocate from, and
21   it just seemed like it was a lot more accurate than any of
22   the other methodologies we had when considering all the
23   various intangibles associated with the Steelhead.
24        Q    When you say it's accurate, what is it -- it's
25   accurate in doing what?
```

MARATHON OIL v. FOREST OIL                          UNION OIL COMPANY OF CA
                                                                    8/9/2007

Page 135

1       A    Accurate in its attempt to allocate the

2   miscellaneous expenses.

3       Q    Accurate in its -- with respect to the catering

4   costs and the transportation costs?

5       A    Uh-huh.

6       Q    And the personnel costs?

7       A    Uh-huh.

8       Q    You said those were basically the big --

9       A    Uh-huh.

10      Q    -- bulk of the costs, right?

11      A    Yes, sir.

12      Q    With respect to the -- how those were being used

13  by the oil side and those were being used by the gas side,

14  that your idea was this was an accurate reflection of how

15  those services were being used?

16      A    That was our -- that was our best attempt to

17  come up with a -- our best ability to come up with a fair

18  and equitable way of allocating costs for the

19  miscellaneous slice of the pie on the Steelhead Platform.

20  That was our best way we could think of at the time.  You

21  know, well count --

22      Q    Why didn't you use labor prorates?

23      A    That was one of the alternatives that we thought

24  of at the time, but we thought -- you know, labor prorates

25  is not usually a standard allocation methodology used to

Page 155

1    declining.  Was that fair to say that the wells -- what

2    was happening is the wells were producing a greater

3    percentage of water even without the ESPs being installed?

4         A    I think you may want to look at this -- this

5    graph right here because -- I might have these mixed up,

6    but I believe this line up here is the gas production

7    declining, your decline curve at the bottom of the oil,

8    and this is water right here (indicating).  And so to kind

9    of answer your question, I think the water production was

10   kind of going through the roof right up here on this one.

11   So this is a better -- if we had this in color and I had

12   all the lines correctly broken out.

13        Q    I've got a color one somewhere, but I can't find

14   it.

15        A    I didn't create these.

16        Q    Okay.  But I want -- it seems that the water as

17   a percentage of oil was going up, even without the ESPs.

18        A    No, no, sir.  I think -- I think right here is

19   -- I believe, if I have this one line correct right here,

20   this is the indication of the first ESPs being installed,

21   and there is your water production shooting up

22   dramatically.  And then there is the next time.  At the

23   end of 2001, early 2002 is when the next ESPs -- the final

24   conversions occur and the water even goes up by more.  So

25   what you have there is gas production declining, oil

MARATHON OIL v. FOREST OIL

Page 156

```
 1    production declining, water going up, and we made the

 2    change.  I believe that's the -- if I had a color one, I

 3    could tell you for certain.

 4         Q    Okay.  One of the things you talked about before

 5    was when we were talking about this whole switchover --

 6    let me go back to my notes.  You were talking to

 7    Mr. Martin Morell about this, and he -- and you talked

 8    about, you know, what was in the operating agreement

 9    regarding throughput.  And I think you talked about the

10    second and third supplemental agreements.  Do you recall

11    that?

12         A    I believe it was the third.

13         Q    The third one?

14         A    Yeah.

15         Q    What was -- tell me a little bit about that

16    discussion.  What exactly was discussed there?

17         A    In that section of the agreement it mentions

18    that -- you know, it mentions -- it mentions -- it has a

19    section in there -- the third -- the third supplemental

20    agreement, to the best of my understanding, was written

21    for the transfer of slots.  I might be wrong on that, but

22    I think if you went and read it, you might come to that

23    conclusion.

24         But in any event, there is a section in there that

25    mentions how you allocate operating expenses.  And our
```

MARATHON OIL v. FOREST OIL

UNION OIL COMPANY OF CA
8/9/2007

```
 1   dilemma -- our dilemma with that section all along is
 2   that -- and this is what ultimately became Mr. Leonard
 3   Gurule's dilemma on this is that that paragraph would
 4   indicate you should not allocate expenses directly to the
 5   gas owners and to the oil owners and then leave this piece
 6   of the pie for the miscellaneous.  What you should do is
 7   do the whole platform based on gross fluids.  That's what
 8   that paragraph would indicate if you followed the
 9   methodology of what was in there.
10       The allocation procedures that we had inherited from
11   Marathon Oil Company for both the Steelhead and the
12   on-shore processing facilities did not follow that
13   paragraph at all.  And what I mean by that, it didn't
14   take -- like, for instance, when I gave you the
15   explanation before and said this cost was associated with
16   the compressor associated with Grayling Gas Sands, it
17   would be charged directly to the Grayling Gas Sands.  It
18   did not just take the whole platform and allocate it based
19   on gross fluids.
20       So that's what the discussion was about was what was
21   the point of that paragraph if that paragraph was, in
22   reality, only -- when Marathon was even the operator was
23   only being followed for the allocation of costs between
24   the various oil WIPAs.  And it appeared on the separation
25   between the gas WIPAs and the oil WIPAs that everybody
```

MARATHON OIL v. FOREST OIL

1    perspective.  But the Steelhead, on the other hand, was

2    not taking the entire platform and allocating the entire

3    platform on gross fluids.  It had -- part of the costs

4    were being allocated directly to gas.  Part of it was

5    going directly to oil.  And then you had this last piece

6    left over that was being kind of a combination of the two.

7          And Trading Bay Production Facility was in the

8    same -- the same boat, so to speak.  And so the Steelhead

9    and Trading Bay were not following the section.  They were

10   following the fair and equitable section of this

11   agreement.

12          Q    But they were following the throughput with

13   respect to the miscellaneous --

14          A    Miscellaneous costs up until you had the, so to

15   speak, paradigm shift when the ESPs were installed.  And

16   you -- you're installing these ESPs.  They are going to

17   make the platform more efficient.  They are going to

18   produce more water that will be processed on the on-shore

19   site.  It just doesn't seem to make a lot of sense to be

20   very fair and equitable to charge the oil owners more

21   money because they have come up with a more efficient and

22   effective process.  That just didn't seem right.  And that

23   was the -- that was the debate.

24          Q    Sort of like it didn't seem fair under this

25   agreement when a possibility that was open to Unocal was

MARATHON OIL v. FOREST OIL

UNION OIL COMPANY OF CA
8/9/2007

Page 175

```
 1        A    There is no right or wrong approach to this.
 2    And all along on this during this entire ordeal, we have
 3    asked both parties to tell us what do you think would be
 4    best and can you work this out amongst yourselves and come
 5    back to us and tell us what we are supposed to do because
 6    of our indifference with our ownership between 50/50
 7    ownership of gas and oil.  So that's what that means.
 8        Q    So from your perspective it would be right to
 9    use -- it would be throughput or total fluids?
10        A    I'd have to default back to the fair and
11    equitable method.  That's what I meant by this.  But, you
12    know --
13        Q    When you are talking about either methodology
14    there, you are talking about either total fluids or BOEs?
15        A    Yes, sir.
16        Q    So in your opinion, Unocal as the operator would
17    have been correct in selecting either approach?
18        A    No.  We made the change after a long discussion
19    and, you know, once again that graph that you showed
20    earlier with the ESPs that came in line and the water
21    production literally shooting up like a rocket, it just
22    didn't seem all that fair and equitable for a set of
23    investors to invest tens of millions of dollars to make
24    something more efficient and effective to reap more of the
25    expenses on the Steelhead, and the Grayling Gas Sands
```

MARATHON OIL v. FOREST OIL

Page 176

```
 1    owners had done absolutely nothing and they will now have

 2    less expenses.  That just didn't make a lot of sense.

 3         Q    But at least what you wrote here in September

 4    2004 is with respect to reviewing the correctness of

 5    either methodology there appears to be no right or wrong

 6    approach, correct?

 7                   MR. JAMIESON:  You are taking it out of

 8    context and you're not reading the entire letter, either.

 9    Object to form.

10                   THE WITNESS:  Yes, yeah, yes.  And really

11    what we are referring to in that section is what we had

12    done was not wrong.  What we had done was not wrong at

13    all.  So -- and I think throughout this letter, if I can

14    remember right, this goes back to an audit exception

15    that's quoting a purchase and sales agreement that we were

16    not a party to, along with a fuel gas agreement that had

17    absolutely nothing to do with operating costs.

18         Q    But your goal as the operator was to try and

19    reach a fair and equitable allocation?

20         A    Fair and equitable allocation.  And once again,

21    it's literally -- this is the perfect example.  We are

22    caught between a rock and a hard place.

23         Q    Being caught between a rock and a hard place,

24    you still have to be fair and equitable, right?

25         A    Fair and equitable, but both parties, both
```

Page 177

1    parties were arguing the opposite side.

2        Q    Unocal is the umpire calling the balls and the

3    strikes?

4        A    Yeah.  You know, and the irony behind all this

5    is the last conversation we just had is that Mr. Leonard

6    Gurule, in his -- his agreement to settle that, he was not

7    happy about it, and obviously Marathon wasn't happy about

8    it, either.  So in this case neither party was happy about

9    the end result about what happened.  So --

10        Q    Then going on to the fourth paragraph of this

11    letter, you go on to say, "Certainly, this being a

12    gas-oriented platform, a significant portion of the charge

13    distribution should reflect that reality."

14        A    Yes, sir, and I've stated that multiple times

15    during this --

16        Q    So certainly in your mind a basis for changing

17    the allocation from total fluids to BOE, one justification

18    was that this was a gas-oriented platform?

19        A    Absolutely.

20        Q    Okay.  Then you go on to say, "On the other

21    hand, oil may require a disproportionate amount of effort

22    and staffing and operating activity," correct?

23        A    Yes, sir.

24        Q    So when you talk about disproportionate, that

25    means disproportionate in amount -- in proportion to the

MARATHON OIL v. FOREST OIL

1                    REPORTER'S CERTIFICATE

2            I, MARY A. VAVRIK, RMR, Notary Public in and for

3    the State of Alaska, do hereby certify:

4            That the witness in the foregoing proceedings was

5    duly sworn; that the proceedings were then taken before me

6    at the time and place herein set forth; that the testimony

7    and proceedings were reported stenographically by me and

8    later transcribed under my direction by computer

9    transcription; that the foregoing is a true record of the

10   testimony and proceedings taken at that time; and that I

11   am not a party to nor have I any interest in the outcome

12   of the action herein contained.

13           IN WITNESS WHEREOF, I have hereunto subscribed my

14   hand and affixed my seal this _____ day of _____

15   2007.

16

17                 _____

                   MARY A. VAVRIK,
18                 Registered Merit Reporter
                   Notary Public for Alaska
19

20   My Commission Expires:  November 5, 2008

21

22

23

24

25