# UNIT AGREEMENT WITH AMENDMENT
# FOR DEVELOPMENT AND OPERATION OF THE
# TRADING BAY UNIT AREA
# STATE OF ALASKA

UNIT AGREEMENT

FOR THE DEVELOPMENT AND OPERATION OF THE

TRADING BAY UNIT AREA

STATE OF ALASKA

THIS AGREEMENT, entered into as of the 6th day of February, 1967, by and between the parties subscribing, ratifying, or consenting hereto, and herein referred to as the "parties hereto".

WITNESSETH:

WHEREAS, the parties hereto are the owners of working, royalty or other oil and gas interests in the unit area subject to this agreement; and,

WHEREAS, the Commissioner of the Department of Natural Resources, State of Alaska, hereinafter referred to as the "Commissioner", is authorized by Alaska Statute 38.05 and appropriate State Regulations to consent to or approve this agreement on behalf of the State of Alaska, insofar as it covers and includes lands and mineral interests of the State of Alaska; and

WHEREAS, the parties hereto hold sufficient interest in the Trading Bay Unit Area covering the land hereinafter described to give reasonably effective control of operations therein; and

WHEREAS, it is the purpose of the parties hereto to conserve natural resources, prevent waste, and secure other benefits obtainable through development and operation of the area subject to this agreement under the terms, conditions and limitations herein set forth; and,

WHEREAS, State Lands, as that term is used in this agree-

copies of any unit operating agreement executed pursuant to this Section shall be filed with the Director within six (6) months after the effective date of this Unit Agreement or such later date as may be agreed to by the parties hereto and the Commissioner. In the event copies of the Unit Operating Agreement are not filed as hereinabove provided, this agreement shall terminate.

8. RIGHTS AND OBLIGATIONS OF UNIT OPERATOR. Except as otherwise specifically provided herein, the exclusive right, privilege, and duty of exercising any and all rights of the parties hereto which are necessary or convenient for prospecting for, producing, storing, allocating, and distributing the unitized substances are hereby delegated to and shall be exercised by the Unit Operator as herein provided. Acceptable evidence of title to said rights shall be deposited with said Unit Operator and, together with this agreement, shall constitute and define the rights, privileges and obligations of Unit Operator. Nothing herein, however, shall be construed to transfer title to any land or to any lease or operating agreement, it being understood that under this agreement the Unit Operator, in its capacity as Unit Operator, shall exercise the rights of possession and use vested in the parties hereto only for the purposes herein specified.

9. DISCOVERY. Inasmuch as wells capable of producing unitized substances in paying quantities (to-wit: quantities sufficient to repay the cost of drilling and producing operations, with a reasonable profit) from the Tertiary system have already

-10-