JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FOREST OIL CORPORATION, PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>Defendants. | Case No. 3:06-cv-00102-TMB<br><br>(Proposed)<br>**ORDER GRANTING MOTION<br>FOR SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED that defendant Forest Oil Corporation's Motion for

Summary Judgment is GRANTED. All counts in Marathon's Complaint are dismissed.

DATED this ____ day of _____, 2008.

               BY THE COURT

               _____
               Timothy M. Burgess
               U.S. District Court Judge