JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:           feldman@frozenlaw.com
Email:           taylor@frozenlaw.com

*Attorneys for Defendant Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>  Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**MOTION TO CORRECT CASE CAPTION** |

Defendant Forest Oil Corporation**,** by and through its counsel, hereby moves this

Court to correct the caption of this case to name "Forest Oil Corporation" as the actual

Motion To Correct Case Caption
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                                             Page 1 of 2

name of the defendant that was mistakenly named in Plaintiff's Complaint as "Forest Oil Company." A proposed Order is filed with this motion.

    Dated this 23rd day of January, 2008.

                                 s/ R. Scott Taylor

                                 Jeffrey M. Feldman (ABA 7605029)
                                 R. Scott Taylor (ABA 8507110)
                                 FELDMAN ORLANSKY & SANDERS
                                 500 L Street, Suite 400
                                 Anchorage, Alaska 99501
                                 Telephone:   (907) 272-3538
                                 Facsimile:   (907) 274-0819
                                 Email:         feldman@frozenlaw.com
                                 Email:         taylor@frozenlaw.com

                                 *Attorneys for Defendant*
                                 *Forest Oil Corporation*

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 23rd, 2008, a copy of the foregoing Motion To Correct Case Caption and [proposed] Order Granting Motion To Correct Case Caption were served electronically on: Daniel T. Quinn, Marc G. Wilhelm, Brewster H. Jamieson, Marc D. Bond, and Robert K. Stewart, Jr.

                                 s/ R. Scott Taylor

Motion To Correct Case Caption
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                  Page 2 of 2