JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:     (907) 272-3538
Facsimile:      (907) 274-0819
Email:            feldman@frozenlaw.com
Email:            taylor@frozenlaw.com

*Attorneys for Defendant Forest Oil Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>Defendants. | Case No. 3:06-cv-00102-TMB<br><br>[*PROPOSED*]<br>**ORDER GRANTING MOTION TO CORRECT CASE CAPTION** |

IT IS ORDERED that defendant Forest Oil Company's Motion To Correct Case Caption is GRANTED. The caption to this case shall correctly identify Forest Oil Corporation as a named defendant, not Forest Oil Company.

ENTERED this _____ day of _____, 2008.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge