1  Robert K. Stewart, Jr.
   Davis Wright Tremaine LLP
2  701 W. 8th Avenue, Suite 800
   Anchorage, Alaska 99501
3  Phone: (907) 257-5300
   Fax: (907) 257-5399
4
5  Attorneys for Defendant
6      Pacific Energy Alaska Operating LLC
7
8              IN THE UNITED STATES DISTRICT COURT
9                 FOR THE DISTRICT OF ALASKA
10
11 MARATHON OIL COMPANY,                    )
                                            )
12          Plaintiff,                      )     Case No. 3:06-cv-00102 (TMB)
                                            )
13 vs.                                      )
                                            )
14                                          )
   FOREST OIL CORPORATION, PACIFIC         )
15 ENERGY ALASKA OPERATING LLC, and        )     PACIFIC ENERGY'S
16 UNION OIL COMPANY OF CALIFORNIA,        )     STATEMENT OF
   d/b/a UNOCAL ALASKA,                    )     NON-OPPOSITION TO
17                                          )     FOREST'S MOTION FOR
                                            )     SUMMARY JUDGMENT
18          Defendants.                     )     _____
   _____)
19

20         Pacific Energy Alaska Operating LLC ("PEAO"), f/k/a Forest Alaska Operating

21 LLC, has only recently retained separate counsel, Davis Wright Tremaine LLP, for purposes

22 of participation in this litigation.  Davis Wright Tremaine LLP is still in the process of

23 becoming familiar with the factual and legal issues involved in this case, including those

24 reflected in the pleadings and discovery which has been conducted to date.
25

1    Notwithstanding the foregoing and in the interest of expediting final resolution of

2    this matter, PEAO is in a position to state that it does not oppose Forest Oil Corporation's

3    Motion for Summary Judgment.

4    Dated this 6th day of February, 2008.

5

6                                           Davis Wright Tremaine LLP
                                           Attorneys for Defendant
7                                           Pacific Energy Alaska Operating LLC

8

9    By:  /s/ Robert K Stewart, Jr.
                                                701 W 8th Avenue, Suite 800
10                                              Anchorage, Alaska 99501
                                                Phone: (907) 257-5300
11                                              Fax: (907) 257-5399
                                                bobstewart@dwt.com
12                                              ABA: 8506082

13

14

15   Certificate of Service

     I certify that on 6th day of February, 2008, a true
16   and correct copy of the foregoing document was served
     electronically on the following:

17

18           dquinn@richmondquinn.com
             mwilhelm@richmondquinn.com
19           feldman@frozenlaw.com
             taylor@frozenlaw.com
             jamiesonb@lanepowell.com
20           mBond@chevron.com

21

         /s/  Robert K. Stewart, Jr.
22

23

24

25

STATEMENT OF NON-OPPOSITION
169879v1 88-88

2

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399