IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARATHON OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-cv-00102 TMB |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| FOREST OIL COMPANY, UNION OIL | ) | GRANTING SUBSTITUTION |
| COMPANY OF CALIFORNIA, d/b/a | ) | OF COUNSEL |
| UNOCAL ALASKA, and CHEVRON | ) | |
| CORPORATION, | ) | |
| Defendants. | ) | |
| | ) | |

Attorney Robert K. Stewart, Jr. and the law firm of Davis Wright Tremaine LLP, 701 W 8th Avenue, Suite 800, Anchorage, Alaska 99501, are hereby substituted for Jeffrey M. Feldman and the law firm of Lane Powell LLC as counsel of record for Defendant Pacific Energy Alaska Operating LLC in the above captioned case.

Dated this 8th day of February, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE