IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARATHON OIL COMPANY, | ) | |
| | ) | |
|         Plaintiff, | ) | Case No. 3:06-cv-00102 TMB |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED** ORDER |
| FOREST OIL COMPANY, UNION OIL | ) | GRANTING SUBSTITUTION |
| COMPANY OF CALIFORNIA, d/b/a | ) | OF COUNSEL |
| UNOCAL ALASKA, and CHEVRON | ) | |
| CORPORATION, | ) | |
|         Defendants. | ) | |
| | ) | |

Attorney Robert K. Stewart, Jr. and the law firm of Davis Wright Tremaine LLP,

701 W 8th Avenue, Suite 800, Anchorage, Alaska 99501, are hereby substituted for

Jeffrey M. Feldman and R. Scott Taylor of the law firm of Feldman Orlansky & Sanders

as counsel of record for Defendant Pacific Energy Alaska Operating LLC in the above

captioned case.

Dated this 8th day of February, 2008.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT