Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; *et al.*,<br><br>                      Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska ("UNOCAL"), by and through counsel, and moves for an extension of time until February 19, 2008, to file its response to Forest Oil Corporation's Motion for Summary Judgment (Docket No. 39).

This office contacted counsel for Forest Oil Corporation, R. Scott Taylor, who said he had no objection to this motion.

DATED this 8th day of February, 2008.

  LANE POWELL LLC
  Attorneys for Defendant Union Oil Company of
  California d/b/a UNOCAL Alaska

  By  s/ Brewster H. Jamieson
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska  99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email: jamiesonb@lanepowell.com
    ASBA No. 8411122

I certify that on February 8th, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/163412.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631