Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MARATHON OIL COMPANY,

                                   Plaintiff,

v.

FOREST OIL CORPORATION; *et al.*,

                                   Defendants.

Case No. 3:06-cv-00102-TMB

**ORDER**

THIS COURT, having considered defendant Union Oil Company of California's (UOCC) Unopposed Motion for Extension of Time (Docket No. 46),

IT IS HEREBY ORDERED that UOCC's motion is GRANTED.  UOCC shall have until February 19, 2008, to file its response to Forest Oil Corporation's Motion for Summary Judgment (Docket No. 39).

DATED this ____ day of February, 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on February 8, 2008, a copy
of the  foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/163413.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631