Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,                                )<br>                                                                     )<br>            Plaintiff,                                       )<br>                                                                     )<br>   v.                                                            )<br>                                                                     )<br>FOREST OIL CORPORATION, PACIFIC  )<br>ENERGY ALASKA OPERATING LLC,      )<br>and  UNION OIL COMPANY OF            )<br>CALIFORNIA, d/b/a UNOCAL              )<br>ALASKA,                                                    )<br>                                                                     )<br>            Defendants.                              )<br>                                                                     ) | **MARATHON OIL CO.'S MOTION**<br>**FOR EXTENSION OF TIME**<br><br>Case No. 3:06-cv-00102 TMB |

COMES NOW MARATHON OIL COMPANY, by and through counsel, and hereby moves for an extension of time until February 19 in which to respond to Forest Oil Corporation's Motion for Summary Judgment.

Counsel for Marathon has requested that Forest Oil Corporation stipulate to extend time to respond to the summary judgment motion until March 31. This extension was requested to allow time for Marathon's expert witnesses to prepare

affidavits in support for Marathon's opposition. Marathon's counsel has consulted its experts; it is expected that these experts will need to complete their reports before they can submit affidavits. Due to conflicts in other cases, they can have reports and affidavits ready no sooner than the second half of March. Counsel for Forest Oil Corporation has agreed to consult with his client regarding this requested extension.

Marathon requests a one week extension until February 19 to allow Forest's counsel to respond regarded the requested extension. If the request is unopposed, Marathon will so inform the court; if the request is opposed, Marathon will move to extend time until March 31th. Allowing time for counsel confer and reach a stipulated agreement as to a briefing schedule will allow for the orderly administration of this claim.

The requested extension until February 19, 2008 will not work a hardship, given that Forest has already granted Unocal an extension to that date to respond to the motion.

This motion is supported by the affidavit of counsel filed herewith.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

DATED this __11th__ day of February, 2008, at Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Plaintiff
                              MARATHON OIL COMPANY

                       By:     __s/Marc G. Wilhelm__
                              RICHMOND & QUINN
                              360 K Street, Suite 200
                              Anchorage, AK  99501
                              Ph:  907-276-5727
                              Fax: 907-276-2953
                              dquinn@richmondquinn.com
                              ABA #8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this __11th__ day of February, 2008 to:

Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Ave., Ste. 800
Anchorage, AK 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

    s/Marc G. Wilhelm
    RICHMOND & QUINN

644\046\extend time (mot)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 4