Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>FOREST OIL CORPORATION: PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>            Defendants. | **AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:06-cv-00102 TMB |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

       Marc Wilhelm, being first duty sworn, deposes and states as follows:

       1)  I am counsel for Marathon Oil Company in this matter.  I have personal knowledge of the facts herein cited.

2) In a conversation with Scott Taylor last week, I discussed with him that Marathon Oil Company would be requesting time to extend time to respond to Forest Oil Corporation's Motion for Summary Judgment, to allow for time for Marathon's experts to prepare affidavits to oppose the motion. I asked that Forest's counsel inform me if he believed there would be opposition to this request, so that Marathon could bring the matter to the court's attention.

3) I subsequently consulted Marathon's experts regarding the time needed to complete their expert reports and prepare affidavits. It is expected that these experts will need to complete their reports before they can submit affidavits. Due to conflicts in other cases, they stated they can have reports and affidavits ready no sooner than the second half of March.

4) I spoke with Mr. Taylor again on February 11 regarding the briefing schedule on the motion for summary judgment. I requested that Forest Oil Corporation stipulate to extend time to respond to the summary judgment motion until March 31, and that Marathon would submit its expert reports on the same date, and explained the need for the extension.

5) Counsel for Forest Oil Corporation agreed to

consult with his client regarding this requested extension; he also indicated that he could not agree to an extension until February 19 without consulting with his client.

   6) Marathon requests a one week extension until February 19 to allow Forest's counsel to respond regarded the requested extension until March 31, to determine if the parties can stipulate to a briefing schedule. If the request is unopposed, Marathon will so inform the court; if the request is opposed, Marathon will move to extend time until March 31th. Allowing time for counsel confer and reach a stipulated agreement as to a briefing schedule will allow for the orderly administration of this claim.

   7) The requested extension until February 19 will not work a hardship, given that Forest has already granted Unocal an extension to that date to respond to the motion.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*M. Wilhelm*

Marc G. Wilhelm
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK  99501
Ph:  907-276-5727
Fax:  907-276-2953
mwilhelm@richmondquinn.com
ABA #8406054

SUBSCRIBED and SWORN TO before me this  11th  day of February, 2008.



*Charlene Evans*
Notary Public in and for Alaska
My Commission Expires: 4/15/09

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AFFIDAVIT OF MARC WILHELM IN SUPPORT OF
MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this ___11th___ day of February, 2008 to:

Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Ave., Ste. 800
Anchorage, AK  99501

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
Lane Powell
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

    s/ Marc G. Wilhelm
      RICHMOND & QUINN

644\046\pld\extend time (aff)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AFFIDAVIT OF MARC WILHELM IN SUPPORT OF
MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 5