Jeffrey M. Feldman
Alaska Bar No. 7605029
R. Scott Taylor
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
Email:         taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>               Plaintiff,<br><br>      v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, and UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>               Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**NON-OPPOSITION TO MARATHON OIL CO.'S <u>MOTION FOR EXTENSION OF TIME</u>** |

Forest Oil Corporation, by and through its attorneys, Feldman Orlansky & Sanders, hereby provides notice of its non-opposition to Marathon Oil Company's Motion For Extension Of Time until February 19, 2008 to respond to Forest Oil Corporation's Motion For Summary Judgment.

Dated this 12th day of February, 2008.

                FELDMAN ORLANSKY & SANDERS

                By:   s/ R. Scott Taylor

                    Jeffrey M. Feldman
                    Alaska Bar No. 7605029
                    R. Scott Taylor
                    Alaska Bar No. 8507110

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2007, a copy of the **Non-Opposition to Marathon Oil Co.'s Motion for Extension of Time** as served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond.
Robert K. Stewart, Jr.

s/ R. Scott Taylor