JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:        feldman@frozenlaw.com
Email:        taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>FOREST OIL CORPORATION, PACIFIC ENERGY ALASKA OPERATING LLC, and UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>        Defendants. | Case No. 3:06-cv-00102-TMB<br><br>*(PROPOSED)*<br>**ORDER GRANTING**<br>**EXTENSION OF TIME** |

IT IS ORDERED that plaintiff, Marathon Oil Company, shall have until February 19, 2008 in which to file its response to Forest Oil Corporation's Motion For Summary Judgment.

ENTERED this day of _____ of February, 2008.

_____
Timothy M. Burgess
U.S. District Court Judge

*Marathon Oil Co. vs. Forest Oil Corp., et al.*   Case No. 3:06-cv-00102-TMB
Order Granting Extension of Time              Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2008, a copy of **(proposed) Order Granting Extension of Time** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart, Jr.


s/  R. Scott Taylor