Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FOREST OIL CORPORATION, PACIFIC ENERGY ALASKA OPERATING LLC, and UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>　　　　　Defendants. | <br><br><br><br><br><br><br><br>**MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME AND TO EXTEND PRETRIAL DEADLINES**<br><br>Case No. 3:06-cv-00102 TMB |

COMES NOW, MARATHON OIL COMPANY, by and through counsel, Richmond & Quinn, and hereby moves for an extension of time until March 31 in which to respond to Forest Oil Corporation's Motion for Summary Judgment. Marathon also moves to extend the deadline for expert reports until March 31 and the close of expert discovery until April 30.

As this court may be aware from previous pleadings, counsel for Marathon has requested that Forest Oil Corporation stipulate to extend time to respond to the summary judgment motion until March 31. This extension was requested to allow time for Marathon's expert witnesses to prepare affidavits in support for Marathon's opposition. Marathon's counsel has consulted its experts; it is expected that these experts will need to complete their reports before they can submit affidavits. Due to conflicts in other cases, they can have reports and affidavits ready no sooner than the second half of March. Counsel for Marathon has now completed its consultation with Forest Oil Corporation regarding the extension. While Forest agreed to extend time to February 19, it declined to agree to extend the deadline to March 31 as requested.

Marathon's request also included a request to extend the deadline for expert reports to the same date, i.e., March 31, and moves the court to extend the deadline for expert reports until that date. Unocal and Marathon have named expert witnesses; Forest has no expert witness.

After completing a number of depositions in 2007, the parties discussed the possibility of a mediation to

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

resolve this matter. While these discussions were being undertaken, the parties by mutual agreement extended time for pretrial deadlines so that they could explore the possibility of mediation and settlement, before incurring additional costs. Neither Unocal nor Marathon has exchanged expert reports.

On February 1 of this month, Marathon conferred with counsel for Forest, who made it clear that Forest's position had hardened in light of the summary judgment motion. This lead Marathon to realize that the mediation would not be fruitful until there was a response to the summary judgment motion and expert reports were exchanged. Thereafter, Marathon immediately began working with its experts to complete the deferred expert reports. As previously reported, Marathon's expert reports will be completed no later than the end of March. Marathon also recommends that expert discovery be extended until 30 days after the exchange of expert reports to allow time for expert depositions.

Unocal does not oppose the extension of time for the exchange of expert reports or to respond to the summary judgment motion.

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3

This motion is supported by the affidavit of counsel filed herewith.

DATED this 19th day of February, 2008, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Plaintiff
        MARATHON OIL COMPANY

     By:  s/Marc G. Wilhelm
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK  99501
        Ph:  907-276-5727
        Fax:  907-276-2953
        dquinn@richmondquinn.com
        ABA #8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 19th day of February, 2008 to:

Robert K. Stewart, Jr.
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

    s/Marc G. Wilhelm
    RICHMOND & QUINN

644\046\PLD\EXTEND TIME 2 (MOT)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 5