Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MARATHON OIL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FOREST OIL CORPORATION: PACIFIC | ) | **AFFIDAVIT OF MARC WILHELM** |
| ENERGY ALASKA OPERATING LLC, | ) | **IN SUPPORT OF MARATHON OIL** |
| UNION OIL COMPANY OF | ) | **CO.'S MOTION FOR EXTENSION** |
| CALIFORNIA, d/b/a UNOCAL | ) | **OF TIME** |
| ALASKA, | ) | |
| | ) | |
| Defendants. | ) | Case No. 3:06-cv-00102 TMB |
| | ) | |

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) | ss. |
| THIRD JUDICIAL DISTRICT | ) | |

Marc Wilhelm, being first duty sworn, deposes and
states as follows:

1)   I am counsel for Marathon Oil Company in this
matter.  I have personal knowledge of the facts herein cited.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

2)    In a conversation with Scott Taylor on February 1, I discussed with him that Marathon Oil Company would be requesting time to extend time to respond to Forest Oil Corporation's Motion for Summary Judgment, to allow for time for Marathon's experts to prepare affidavits to oppose the motion.    I asked that Forest's counsel inform me if he believed there would be opposition to this request, so that Marathon could bring the matter to the court's attention.

3)    I subsequently consulted Marathon's experts regarding the time needed to complete their expert reports and prepare affidavits.    It is expected that these experts will need to complete their reports before they can submit affidavits.    Due to conflicts in other cases, they stated they can have reports and affidavits ready no sooner than the second half of March.

4)    I spoke with Mr. Taylor again on February 11 regarding the briefing schedule on the motion for summary judgment.    I requested that Forest Oil Corporation stipulate to extend time to respond to the summary judgment motion until March 31, and that Marathon would submit its expert reports on the same date, and explained the need for the extension.

**AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

5)    Counsel for Forest Oil Corporation agreed to consult with his client regarding this requested extension. Forest subsequently agreed to the extension until February 19, but not the March 31 extension.

6)    After completing a number of depositions in 2007, the parties discussed the possibility of a mediation to resolve this matter. While these discussions were being undertaken, the parties by mutual agreement extended time for pretrial deadlines, including expert reports, so that they could explore the possibility of mediation and settlement, before incurring additional costs. By previous agreement, the agreed to date for expert reports was February 4. Neither Unocal nor Marathon has exchanged expert reports.

7)    On February 1 of this month, Marathon conferred with counsel for Forest, who made it clear that Forest's position had hardened in light of the summary judgment motion. This lead Marathon to realize that the mediation would not be fruitful until there was a response to the summary judgment motion and expert reports were exchanged. Thereafter, Marathon immediately began working with its experts to complete the deferred expert reports.

**AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

8)    Unocal does not oppose the extension of time for the exchange of expert reports or to respond to the summary judgment motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Marc G. Wilhelm
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph:  907-276-5727
Fax:  907-276-2953
mwilhelm@richmondquinn.com
ABA #8406054

SUBSCRIBED and SWORN TO before me this 19th day of February, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 4/15/09

State of Alaska
NOTARY PUBLIC
Karol Young
My Commission Expires May 16, 2008

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 19th day of February, 2008 to:

Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

s/ Marc G. Wilhelm
RICHMOND & QUINN

644\046\PLD\EXTEND TIME 2 (AFF)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 5