Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| MARATHON OIL COMPANY, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:06-cv-00102-TMB |
| FOREST OIL CORPORATION; *et al.*, | |
| Defendants. | **ORDER** |

THIS COURT, having considered defendant Union Oil Company of California's (UOCC) Unopposed Motion for Extension of Time (Docket No. 54),

IT IS HEREBY ORDERED that UOCC's motion is GRANTED. UOCC shall have until February 26, 2008, to file its response to Forest Oil Corporation's Motion for Summary Judgment (Docket No. 39).

DATED this ____ day of February, 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on February 26, 2008, a copy
of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/163413.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631