Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNION OIL COMPANY OF CALIFORNIA'S JOINDER IN FOREST OIL CORPORATION'S MOTION FOR SUMMARY JUDGMENT [DOCKET NO. 39]** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska ("UOCC"), by and through counsel, and hereby joins in the motion for summary judgment filed by co-defendant Forest Oil Corporation ("Forest") (Docket No. 39).  For the reasons expressed in Forest's motion, and for the additional reasons set out in UOCC's own contemporaneously-filed motion for summary judgment, the Court is respectfully requested to grant the respective summary judgment motions and dismiss all counts against the defendants.

/
/
/

DATED this 26th day of February, 2008.

        LANE POWELL LLC
        Attorneys for Defendant Union Oil Company of
        California d/b/a UNOCAL Alaska

By  s/ Brewster H. Jamieson
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska  99503-2648
    Tel:  907-277-9511
    Fax:  907-276-2631
    Email:  jamiesonb@lanepowell.com
    ASBA No. 8411122

I certify that on February 26, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/163620.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Unocal Oil Company of California's Joinder in**
**Forest Oil Corporation's Motion for Summary Judgment**
*Marathon Oil v. Forest Oil, et al.* **(Case No. 3:06-cv-00102-TMB))**      **Page 2 of 2**