Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOREST OIL CORPORATION, PACIFIC ) <br> ENERGY ALASKA OPERATING LLC, ) <br> and UNION OIL COMPANY OF ) <br> CALIFORNIA, d/b/a UNOCAL ) <br> ALASKA, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) | <br><br><br><br><br><br><br><u>MARATHON OIL CO.'S MOTION</u> <br> <u>FOR EXTENSION OF TIME TO</u> <br> <u>RESPOND TO UNION OIL</u> <br> <u>COMPANY'S MOTION FOR</u> <br> <u>SUMMARY JUDGMENT</u> <br><br><br> Case No. 3:06-cv-00102 TMB |

COMES NOW MARATHON OIL COMPANY, by and through counsel, Richmond & Quinn, and hereby moves for an extension of time until March 31 in which to respond to Union Oil Company of California's Motion for Summary Judgment. This extension will allow Marathon to file a consolidated

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

opposition to the current motion and the motion for summary judgment previously filed by Forest Oil Corp.

As this court may be aware from previous pleadings, counsel for Marathon has moved this court to extend the time to respond to Forest Oil Corporation' Motion for Summary Judgment until March 31, 2008. This extension was requested to allow time for Marathon's expert witnesses to prepare affidavits in support for Marathon's opposition.

Subsequently, on February 26, 2008, Union Oil Company of California (Unocal) filed a parallel motion for summary judgment that raises issues nearly identical to those raised in the Forest motion. Marathon believes that judicial economy will be served if it files a consolidated response to both motions. In addition, Marathon requests an extension of time to respond to the Unocal motion for the same reasons it previously requested to extend time to respond to the Forest Oil motion. Currently, Marathon's response to Unocal's motion is due March 17. The current motion is asking for a two-week extension of time in which to respond.[1]

---

[1] Counsel for Marathon will be out of the office during Spring Break, on vacation with his family, starting March 6, and returning March 17. Marathon also requests an extension to allow him to participate in this long-planned family vacation.

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME - UNOCAL MOTION
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

Marathon has conferred conferred with counsel for Unocal. Unocal's position is that it does not oppose the extension to respond to the summary judgment motion, but would only stipulate to an extension if Forest Oil also concurred to the extension. Forest Oil has declined to stipulate to the extension.

This motion is supported by the affidavit of counsel filed herewith.

DATED this 4th day of March, 2008, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Plaintiff
        MARATHON OIL COMPANY

By:    s/Marc G. Wilhelm
      RICHMOND & QUINN
      360 K Street, Suite 200
      Anchorage, AK  99501
      Ph:  907-276-5727
      Fax:  907-276-2953
      dquinn@richmondquinn.com
      ABA #8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME - UNOCAL MOTION
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 4th day of March, 2008 to:

Robert K. Stewart, Jr.
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd.,
Ste. 301
Anchorage, Alaska 99503

    s/Marc G. Wilhelm
      RICHMOND & QUINN

644\046\PLD\EXTEND TIME 3 (MOT)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME - UNOCAL MOTION
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 4