Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FOREST OIL CORPORATION: PACIFIC )<br>ENERGY ALASKA OPERATING LLC, )<br>UNION OIL COMPANY OF )<br>CALIFORNIA, d/b/a UNOCAL )<br>ALASKA, )<br>)<br>Defendants. )<br>) | **AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**<br><br>Case No. 3:06-cv-00102 TMB |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

     Marc Wilhelm, being first duty sworn, deposes and states as follows:

     1)   I am counsel for Marathon Oil Company in this matter.  I have personal knowledge of the facts herein cited.

     2)   Counsel believes that judicial economy will be served if a consolidated response is filed to the present

motion for summary judgment filed by Unocal, and the previous motion for summary judgment filed by Forest Oil. The two motions raise nearly identical issues.

3) Marathon also requests an extension of time to respond to the Unocal motion for the same reasons it previously requested to extend time to respond to the Forest Oil motion, as set forth in an affidavit of counsel at that time.

4) In addition, I will be out of state during Spring Break, on vacation with my family, starting March 6, and returning March 17. This vacation has been planned for many months. I will be unable to attend to summary judgment motion while on vacation.

5) Currently, Marathon's response to Unocal's motion is due March 17. The current motion is asking for a two-week extension of time in which to respond.

6) Unocal does not oppose the extension of time to respond to the summary judgment motion, but conditioned its non-opposition of Forest's concurrence in the extension. Counsel for Forest stated that his client declined to concur in the extension.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Marc G. Wilhelm
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Ph:  907-276-5727
Fax:  907-276-2953
mwilhelm@richmondquinn.com
ABA #8406054

SUBSCRIBED and SWORN TO before me this 4th day of March, 2008.

_____
Notary Public in and for Alaska
My Commission Expires:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 4th day of March, 2008 to:

Robert K. Stewart, Jr.
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

    s/ Marc G. Wilhelm
_____
    RICHMOND & QUINN

644\046\PLD\EXTEND TIME 3 (AFF)
**AFFIDAVIT OF MARC WILHELM IN SUPPORT OF MARATHON OIL CO.'S MOTION FOR EXTENSION OF TIME**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3