Robert K. Stewart, Jr.
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Defendant
    Pacific Energy Alaska Operating LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>FOREST OIL CORPORATION, PACIFIC ENERGY ALASKA OPERATING LLC, and UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>    Defendants. | Case No. 3:06-cv-00102 (TMB)<br><br>PACIFIC ENERGY'S STATEMENT OF NON-OPPOSITION TO UNOCAL'S MOTION FOR <u>SUMMARY JUDGMENT</u> |

Pacific Energy Alaska Operating LLC ("PEAO"), f/k/a Forest Alaska Operating LLC, hereby gives notice that it does not join in, but neither does it oppose, Union Oil Company of California's Motion for Summary Judgment.

1   Dated this 12th day of March, 2008.

                                   Davis Wright Tremaine LLP
                                   Attorneys for Defendant
                                   Pacific Energy Alaska Operating LLC

By: /s/ Robert K Stewart, Jr.
     701 W 8th Avenue, Suite 800
     Anchorage, Alaska 99501
     Phone: (907) 257-5300
     Fax: (907) 257-5399
     bobstewart@dwt.com
     ABA: 8506082

Certificate of Service

I certify that on 12th day of March, 2008, a true and correct copy of the foregoing document was served electronically on the following:

    dquinn@richmondquinn.com
    mwilhelm@richmondquinn.com
    feldman@frozenlaw.com
    taylor@frozenlaw.com
    jamiesonb@lanepowell.com
    mBond@chevron.com

_/s/ Robert K. Stewart, Jr._

STATEMENT OF NON-OPPOSITION
169879v1 88-88