JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>        Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**FOREST OIL CORPORATION'S NON-OPPOSITION TO UNOCAL'S MOTION FOR SUMMARY JUDGMENT [Dkt 57]** |

Defendant Forest Oil Corporation**,** by and through its counsel, hereby gives notice that it does not oppose Union Oil Company of California's Motion for Summary Judgment [Dkt 57].

Forest Oil Corporation's Non-Opposition to
Unocal's Motion for Summary Judgment
*Marathon Oil Company vs. Forest Oil Corporation, et al.*

Case No. 3:06-cv-00102-TMB
Page 1 of 2

Case 3:06-cv-00102-JKS   Document 65   Filed 03/17/2008   Page 2 of 2

Dated this 17th day of March, 2008.

s/ R. Scott Taylor

Jeffrey M. Feldman (ABA 7605029)
R. Scott Taylor (ABA 8507110)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          feldman@frozenlaw.com
Email:          taylor@frozenlaw.com

Attorneys for Defendant
Forest Oil Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, a copy of the foregoing **Forest Oil Corporation's Non-Opposition to Unocal's Motion for Summary Judgment** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart, Jr.

s/ R. Scott Taylor

Forest Oil Corporation's Non-Opposition to
Unocal's Motion for Summary Judgment                    Case No. 3:06-cv-00102-TMB
*Marathon Oil Company vs. Forest Oil Corporation, et al.*                    Page 2 of 2