Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
E-mail:  dquinn@richmondquinn.com
         mwilhelm@richmondquinn.com

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>FOREST OIL CORPORATION: PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>        Defendants. | **MARATHON'S REPLY BRIEF ON ITS MOTION TO EXTEND TIME AND TO EXTEND PRETRIAL DEADLINES**<br><br>Case No. 3:06-cv-00102 TMB |

As discussed in Marathon's opening brief, the parties, including Forest, by mutual agreement, extended pretrial deadlines while the possibility of mediation and settlement were explored. Forest Oil was in full agreement with these extensions, and never suggested that it would oppose any additional extensions while these explorations

continued, or that it desired an "expeditious" resolution of this matter. Forest's change in position only after it had already filed its motion for summary judgment thus smacks of game playing and an attempt to gain an improper procedural advantage.

Indeed, Forest's brief ignores the several prior discussions regarding the course of this matter, where there was full agreement between all counsel, including Forest's counsel, that it was appropriate to place pre- trial deadlines on hold while settlement was explored. Indeed, Forest's counsel stated one more than one occasion that he had been instructed, as a precondition to a mediation, Forest wanted to first file a motion for summary judgment explaining its position, but that he had not had the time to complete the motion.

It was only after Forest filed its motion for summary judgment that it changed its position, and now attempts to preclude Marathon from filing a proper opposition to its motion. Its new-found desire for an "expeditious" resolution is thus nothing more than tactical gamesmanship. Marathon respectfully requests that the court grant its motion

MARATHON'S REPLY BRIEF ON ITS
MOTION TO EXTEND TIME AND TO
EXTEND PRETRIAL DEADLINES

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

so that the court may properly consider this matter on the merits.

Marathon's experts are well on the way to completing their expert reports, and Marathon fully expect to have its reports exchanged, and its brief filed by March 31, as promised. There is no cognizable prejudice to Forest to granting Marathon's motion.

DATED this __17th__ day of March, 2008, at Anchorage, Alaska.

>RICHMOND & QUINN
>Attorneys for Plaintiff
>MARATHON OIL COMPANY
>
>By:   s/Daniel T. Quinn
>RICHMOND & QUINN
>360 K Street, Suite 200
>Anchorage, AK  99501
>Ph:  907-276-5727
>Fax: 907-276-2953
>dquinn@richmondquinn.com
>ABA #8211141

MARATHON'S REPLY BRIEF ON ITS
MOTION TO EXTEND TIME AND TO
EXTEND PRETRIAL DEADLINES

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this __17th__ day of March, 2008 to:

Robert K. Stewart, Jr.
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503


    s/ Daniel T. Quinn
    RICHMOND & QUINN

644\046\PLD\EXTEND TIME 3 (REPLY)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

MARATHON'S REPLY BRIEF ON ITS
MOTION TO EXTEND TIME AND TO
EXTEND PRETRIAL DEADLINES

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 4