Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARATHON OIL COMPANY,                )
                                     )
            Plaintiff,               )
                                     )
     v.                              )
                                     )
FOREST OIL CORPORATION: PACIFIC      )
ENERGY ALASKA OPERATING LLC,         )    **UNOPPOSED MOTION FOR**
UNION OIL COMPANY OF                 )    **EXTENSION OF TIME**
CALIFORNIA, d/b/a UNOCAL             )
ALASKA,                              )
                                     )  Case No. 3:06-cv-00102 TMB
            Defendants.              )
_____

     COMES  NOW  plaintiff,  Marathon  Oil  Company,  and

hereby moves for an extension of time of seven days for the

parties to file expert reports and in which to respond to the

other parties' Motions for Summary Judgment.  This extension

is needed because of a death in the family of Marc Wilhelm,

which has required him to travel out of town to be with his

family in Seattle.  Mr. Wilhelm will be out of town until

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Sunday or Monday, and thus will not be in the office to complete work on the briefs and expert reports.

All parties in this matter have been contacted, and have agreed to this extension of time, until April 7, for the parties to file their expert reports, and Marathon to file its reply brief to pending motions.

DATED this 27th day of March, 2008, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Plaintiff
MARATHON OIL COMPANY

By:  _____s/Daniel T. Quinn_____
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK  99501
Ph:  907-276-5727
Fax:  907-276-2953
dquinn@richmondquinn.com
ABA #8211141

UNOPPOSED MOTION FOR EXTENSION OF TIME
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 27th day of March, 2008 to:

Robert K. Stewart, Jr.                  Marc D. Bond
DAVIS WRIGHT TREMAINE LLP                UNION OIL CO. OF CALIFORNIA
701 W. 8th Ave., Ste. 800                909 W. 9th Avenue
Anchorage, Alaska 99501                  Anchorage, Alaska 99501-3339

Jeffrey M. Feldman                       Brewster H. Jamieson
R. Scott Taylor                          LANE POWELL
FELDMAN ORLANSKY & SANDERS               301 W. Northern Lights Blvd.,
500 L Street, Suite 400                  Ste. 301
Anchorage, Alaska 99501                  Anchorage, Alaska 99503


        s/Daniel T. Quinn
        RICHMOND & QUINN

644\046\PLD\UNOPPOSED MTN FOR TIME EXT.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276 5727
FAX (907) 276-2953