David Hall                                              3:06-CV-00102 TMB

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARATHON OIL COMPANY,

      Plaintiff,

-vs-

FOREST OIL COMPANY, UNION OIL
COMPANY OF CALIFORNIA, d/b/a
UNOCAL ALASKA, and CHEVRON
CORPORATION,

      Defendants.
_____/
Case No. 3:06-cv-00102 TMB

DEPOSITION OF DAVID HALL

VOLUME I

Pages 1 - 53, inclusive

May 24, 2007, 10:30 a.m.

Anchorage, Alaska

Alaska Stenotype Reporters

Exhibit 3
Page 1 of 6 Pages

81a578ca-bffa-4a4f-9e33-4ec63bb09c2f

David Hall                                           3:06-CV-00102 TMB

Page 35

1  head gas that was made. And there was a discrepancy and
2  we got that resolved with Chevron already and even have
3  a credit already issued.
4        Q.  Who at Chevron did you work with on that?
5        A.  A series of people. Chris Meyers (ph) was one
6  of them, Johnny Santiago (ph). I'm trying to think of
7  the key guy. I talked with another lady by the name of
8  Janet Juanita (ph), I believe is her name.
9        Q.  So in terms of Steelhead issues you have been
10 involved in, you kind of looked at this fuel gas
11 allocation issue and the casing head gas issues being --
12 that came to your attention as you were reviewing daily
13 production reports?
14       A.  Correct. And I would have never reviewed them
15 until I got into a production management position. And
16 ever since then, I started getting up to speed and
17 reviewing those reports.
18       Q.  Any other issues that have come to your
19 attention since you have been a production manager?
20       A.  No, not on the Steelhead.
21       Q.  When you were out on the platform with Ted
22 Kramer -- out on the Steelhead Platform for this visit,
23 was there a discussion of how labor intensive management
24 of the ESPs were?
25       A.  No.

David Hall                                     3:06-CV-00102 TMB

Page 36

1  Q. Or discussion of what percentage of water
2  versus oil the ESPs were producing?
3  A. We did briefly. I was asking, you know, what
4  kind of water cut the ESP wells were making.
5  Q. Do you recall what was said?
6  A. I do not remember what percentages they were at
7  that time.
8  Q. So when you have the ESPs, they've got to pump
9  up both the oil and the water from the bottom -- you
10 pump up both oil and water from the bottom of the well;
11 right?
12 A. Uh-huh. That's correct.
13    MR. JAMIESON: Is that a "yes"?
14    THE WITNESS: Yes. Correct.
15 BY MR. WILHELM:
16 Q. So in terms of, at least energy, the pumps are
17 working to -- have energy to pump up the water and
18 energy to pump up the oil. So you're pumping and it
19 sort of comes up as one unseparated fluid stream;
20 correct?
21 A. Correct.
22 Q. What sort of separation -- once the oil and
23 water stream came up on the Steelhead Platform, what
24 sort of separation occurred before it was sent to shore?
25 A. On the crude side, they run it through a

David Hall                                    3:06-CV-00102 TMB

Page 43

1    A.  Right.
2    Q.  And to your recollection, that wasn't
3 discussed?
4    A.  It was not discussed.  We were just trying to
5 get, to my understanding, a feel of what pieces of
6 equipment were used for each side.
7        MR. WILHELM:  I'm pretty close to being done.
8        I'm going to take five minutes off the record to go
9        through my notes, and hopefully we will get you out
10       of here by noon.
11       (Off the record.)
12 BY MR. WILHELM:
13   Q.  With respect to your experience on the Osprey
14 Platform, with respect to any particular well, what is
15 the general percentage there of water that's brought up
16 versus oil?
17   A.  Currently, we're running about -- between 50
18 and 55 percent water.
19   Q.  With respect to the expense needed to operate
20 the platform, if you were bringing up 85 percent -- the
21 same amount of fluids but 85 percent water, would that
22 change the cost of operating the platform?
23   A.  How it's currently configured, no.
24   Q.  The same thing, if you were bringing up 85
25 percent oil, the way the platform is currently

David Hall                                    3:06-CV-00102 TMB

Page 44

1  configured, the cost for operating the platform would be
2  the same?
3       A.  Correct.
4       Q.  Has the --
5       A.  Well, let me back up.  As far as the labor,
6  yes, there may be additional chemical costs and costs
7  associated with pigging possibly more frequently, things
8  of that nature, but minimum increase.
9       Q.  So if there's more oil, you might want to pig
10 more frequently?
11      A.  Correct.  You may have to inject more chemical
12 into the pipeline for corrosion control.
13      Q.  But that's minimal.  Other than that, can you
14 think of anything?
15      A.  No.
16      Q.  Generally, with respect to barrels of oil
17 produced, has the production been decreasing on Osprey
18 on any particular well?
19      A.  Yes.
20      Q.  And just as a general proposition out there on
21 that platform, you know, if production from a well would
22 fall from, say, 5,000 barrels of oil a day to 4,000
23 barrels of oil a day, how would that affect costs of
24 operating that well?
25      A.  If it fell from 4,000 barrels a day or from

David Hall                                      3:06-CV-00102 TMB

Page 45

1   five to --
2        Q.  Just say from five to four.
3        A.  It's going to certainly raise, what we call,
4   our lift and dehydration cost because there's less oil.
5        MR. JAMIESON:  On a per barrel basis.
6        THE WITNESS:  On a per barrel oil basis.  You
7   know, manpower-wise, nothing is going to change.
8   BY MR. WILHELM:
9        Q.  I guess you still need the same people out
10  there on the platform to monitor the well and the
11  primary difference is how profitable the well is?
12       A.  Correct.
13       MR. WILHELM:  I've got no further questions.
14                      EXAMINATION
15  BY MR. JAMIESON:
16       Q.  Mr. Hall, I have a few.  I'm, again, Brewster
17  Jamieson.  I represent Union Oil with respect to this
18  matter.
19       The question I had for you is:  I believe you
20  said that following your trip to the Osprey, you had
21  mentioned to Ted Kramer that you felt that you ought to
22  just tote up the horsepowers used by each and that might
23  be a reasonable basis for making allocations?
24       MR. TAYLOR:  On the trip to Steelhead.
25       MR. JAMIESON:  What did I say?

Alaska Stenotype Reporters                Exhibit 3
                                          Page 6 of 6 Pages