MARATHON OIL COMPANY vs. FOREST OIL COMPANY, et al  
CASE NO. 3:06-cv-00102 TMB

DEPOSITION OF GLENN PAYMENT  
MAY 23, 2007

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARATHON OIL COMPANY,          )
                               )
          Plaintiff,           )
                               )
vs.                            )
                               )
FOREST OIL COMPANY, UNION OIL  )
COMPANY OF CALIFORNIA, d/b/a   )
UNOCAL ALASKA and CHEVRON      )
CORPORATION,                   )
                               )
          Defendants.          ) Case No. 3:06-cv-00102 TMB
                               )

DEPOSITION OF GLENN PAYMENT  
May 23, 2007

APPEARANCES:

  FOR PLAINTIFF  
  MARATHON OIL COMPANY:          MR. MARC G. WILHELM  
                                 Richmond & Quinn  
                                 Attorneys at Law  
                                 360 K Street  
                                 Suite 200  
                                 Anchorage, Alaska 99501  
                                 (907) 276-5727

                                 MR. DANIEL T. QUINN  
                                 Richmond & Quinn  
                                 Attorneys at Law  
                                 360 K Street  
                                 Suite 200  
                                 Anchorage, Alaska 99501  
                                 (907) 276-5727

  FOR DEFENDANT  
  FOREST OIL COMPANY:            MR. R. SCOTT TAYLOR  
                                 Feldman Orlansky & Sanders  
                                 Attorneys at Law  
                                 500 L Street  
                                 Suite 400  
                                 Anchorage, Alaska 99501  
                                 (907) 272-3538

Exhibit 4  
Page 1 of 3 Pages

METRO COURT REPORTING  
907.276.3876    121 West Fireweed Lane, Suite 260, Anchorage, Alaska 99503    metro@gci.net

ac228d58-db93-4489-9a81-4a0f5279aeb4

MARATHON OIL COMPANY vs. FOREST OIL COMPANY, et al       DEPOSITION OF GLENN PAYMENT
CASE NO. 3:06-cv-00102 TMB                                MAY 23, 2007

Page 37

| | | |
|---|---|---|
| 1 | | the operation relative to the gas side. |
| 2 | A | Right. |
| 3 | Q | Well what was it that you were trying to -- what is it |
| 4 | | that you were trying to say there? I m not sure I |
| 5 | | understand that comment. |
| 6 | A | Oh boy. I guess what I was trying -- what I was trying |
| 7 | | to say was there s -- there was no additional work on |
| 8 | | the oil side, there was no additional work due to the |
| 9 | | -- with the addition of the ESP s. |
| 10 | Q | Okay. And basically if this was an oil only platform, |
| 11 | | you need people out there full-time to monitor the |
| 12 | | wells, right? |
| 13 | A | Yes. |
| 14 | Q | Same thing if this was a gas only platform, you d need |
| 15 | | people out there full-time to monitor the wells? |
| 16 | A | Yes. |
| 17 | Q | And in this case there s some dichotomies because you |
| 18 | | have the same people monitoring the oil side and the |
| 19 | | gas side, so you can double up. Is that fair to say |
| 20 | | you have the same people monitoring both the oil side |
| 21 | | and the gas side at the same time? |
| 22 | A | Yes. |
| 23 | Q | For example, if you re sitting there in the control |
| 24 | | room you re monitoring the controls that relate to the |
| 25 | | oil side simultaneously that you re monitoring the |

Exhibit 4

METRO COURT REPORTING          Page 2 of 3 Pages
907.276.3876   121 West Fireweed Lane, Suite 260, Anchorage, Alaska 99503   metro@gci.net

ac228d58-db93-4489-9a81-4a0f5279aeb4

MARATHON OIL COMPANY vs. FOREST OIL COMPANY, et al   DEPOSITION OF GLENN PAYMENT
CASE NO. 3:06-cv-00102 TMB   MAY 23, 2007

Page 38

1  controls that relate to the gas side?
2  A   Yes.
3  Q   Mr. Bindon also indicated that currently with the ESP s
4      installed, that somewhere in the range of 94 percent of
5      the fluids that come out of the oil wells are water and
6      the remainder is oil. Would you agree that in the last
7      -- at least when you stopped working there, that the
8      water that came out of the oil wells was about 90
9      percent or more?
10 A   Yes.
11 Q   Okay. If those wells were producing the same amount of
12     fluid but it was 90 percent oil and 10 percent water,
13     would the costs on the platform differ much?
14 A   No.
15 Q   And yet the op- -- same thing, what the operators would
16     be required to do on a day-to-day basis they d
17     basically be doing the same thing?
18 A   Yes.
19 Q   I was -- well, I m going to switch subjects on you for
20     a minute here. I was just going through some of the
21     invoice reports from the Steelhead last -- the 2002
22     through 2005 period and there were just some names of
23     some people who provided services on a routine basis
24     and I m just going to try and go over with you and
25     indicate -- see if we can pin down what the different

Exhibit 4

METRO COURT REPORTING   Page 3 of 3 Pages
907.276.3876   121 West Fireweed Lane, Suite 260, Anchorage, Alaska 99503   metro@gci.net

ac228d58-db93-4489-9a81-4a0f5279aeb4