MARATHON OIL COMPANY vs. FOREST OIL COMPANY, et alDEPOSITION OF PHILIP E. BINDON
CASE NO. 3:06-cv-00102 TMBMAY 23, 2007

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARATHON OIL COMPANY,)
)
Plaintiff,)
)
vs.)
)
FOREST OIL COMPANY, UNION OIL)
COMPANY OF CALIFORNIA, d/b/a)
UNOCAL ALASKA and CHEVRON)
CORPORATION,)
)
Defendants.)  Case No. 3:06-cv-00102 TMB
)

DEPOSITION OF PHILIP E. BINDON
May 23, 2007

APPEARANCES:

FOR PLAINTIFF
MARATHON OIL COMPANY:MR. MARC G. WILHELM
Richmond & Quinn
Attorneys at Law
360 K Street
Suite 200
Anchorage, Alaska 99501
(907) 276-5727

MR. DANIEL T. QUINN
Richmond & Quinn
Attorneys at Law
360 K Street
Suite 200
Anchorage, Alaska 99501
(907) 276-5727

FOR DEFENDANT
FOREST OIL COMPANY:MR. R. SCOTT TAYLOR
Feldman Orlansky & Sanders
Attorneys at Law
500 L Street
Suite 400
Anchorage, Alaska 99501
(907) 272-3538

Exhibit  8
Page  1  of  5  Pages

METRO COURT REPORTING
907.276.3876121 West Fireweed Lane, Suite 260,Anchorage, Alaska 99503metro@gci.net

1497e7cd-33fb-4954-8106-58c7bdc340b9

1  Q     But the question of how unallocated costs should be
2        allocated really wasn't something that you recall being
3        discussed?
4  A     No, right.
5  Q     In your experience, you know, what is involved in
6        monitoring an ESP pump?
7  A     I don't know what the -- I don't know what the human
8        monitoring is.
9  Q     Uh-hum.
10 A    I know that we have equipment that monitors and logs down
11       hole temperatures and pressures and that's recorded. I'm
12       sure there's some operator/electrician type interface
13       that checks that stuff.
14 Q     How often do the ESP pumps need to be maintained or
15       changed out?
16 A     I think we got -- it really varies, but I think we've got
17       some kind of an average between 12 and 18 months or
18       something like that.
19 Q     Are you involved -- the maintenance or change out on ESP,
20       is that something you're involved in?
21 A     To a limited extent on the Steelhead platform.
22 Q     If you were working on that, you'd allocate your time to
23       the oil side?
24 A     Yes.
25 Q     Now in your experience as an engineer working with the

*METRO COURT REPORTING*
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit ___P___
Page ___2__ of _5___ Pages

|    |   |    |
|----|---|----|
| 1  |   | Steelhead platform -- well let me back up.  With respect |
| 2  |   | to the oil wells with ESP's in the bottom, it sounds like |
| 3  |   | the great majority of liquids that are pumped is water, |
| 4  |   | is that -- I mean, you've got 10 times more water than |
| 5  |   | you have oil at this point, because the way the ESP's |
| 6  |   | operate? |
| 7  | A | That's not my understanding. |
| 8  | Q | That's not -- what is your understanding? |
| 9  | A | My understanding is that the ratio of water to oil is a |
| 10 |   | function of reservoir decline, not necessarily the lift |
| 11 |   | mechanism. |
| 12 | Q | The lift mechanism.  Okay.  And I'm just going to give |
| 13 |   | you, I'm not going to mark this as an exhibit, but giving |
| 14 |   | you some figures with respect to the oil and water |
| 15 |   | production on the Steelhead platform which suggests the |
| 16 |   | water production is substantially greater than the oil |
| 17 |   | production.  Just looking at those numbers, do they look |
| 18 |   | generally correct to you? |
| 19 |   | MR. JAMIESON:  Object to the form, lack of |
| 20 |   | foundation. |
| 21 | A | I don't look at -- I'm not really looking at daily or |
| 22 |   | average production rates and -- only a few months of this |
| 23 |   | or since I was working there. |
| 24 | Q | (By Mr. Wilhelm) Right.  During the period that you've |
| 25 |   | been working there, can you tell me whether, with respect |

**METRO COURT REPORTING**
745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit 8
Page 3 of 5 Pages

| | | |
|---|---|---|
| 1 | | required to operate it? |
| 2 | A | I don't have much of a feel on the man power side at all, |
| 3 | | I more deal with technical problems and capital |
| 4 | | solutions. Wells of all various production rates give us |
| 5 | | problems that I have to solve and in decline I end up |
| 6 | | having to have more issues to deal with technically but |
| 7 | | that's not to say that labor is one way or another. Does |
| 8 | | that -- |
| 9 | Q | That a lower production well is more -- you can't say |
| 10 | | whether a lower production well is more or less labor |
| 11 | | intensive than a higher production well? |
| 12 | A | Right. There -- I don't -- I can't draw that |
| 13 | | correlation. |
| 14 | Q | Same question with respect to oil wells, can you tell us |
| 15 | | whether a lower production well is more or less labor |
| 16 | | intensive than a high production well? |
| 17 | A | No, I can't. |
| 18 | Q | I've heard somewhere a phrase, you know, with respect to |
| 19 | | oil wells that produce a fair amount of water, a phrase |
| 20 | | called unloading the well when you're starting up |
| 21 | | production again. Is that a phrase that you've heard? |
| 22 | A | You just stated for an oil well? |
| 23 | Q | Yeah. An..... |
| 24 | A | I'm familiar with that term for a gas well. |
| 25 | Q | Okay. |

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit 8
Page 4 of 5 Pages

```
 1             oil, correct?
 2   A         That's correct.  I think it's maybe 94 percent or
 3             something.
 4   Q         Okay.  If it was -- if you're pumping out 94 percent oil
 5             and 10 -- 6 percent water, would the costs at the
 6             platform level change?
 7                  MR. JAMIESON:  Object to form, lack of
 8   foundation.  Answer if you're able.
 9   A         The -- specifically it would take a little bit less
10             electricity, electrical power, to lift a less dense fluid
11             and  therefore your power requirement, you'd probably see
12             a little bit less on the generators.  So you could do
13             another analysis to see if that impacted the fuel that
14             the generators had to burn, but it -- when your -- most
15             of your questions have been regarding to the -- that the
16             part that's not allocated directly to a WIPA on the labor
17             part, I can't speculate on that, if that would change
18             that -- those costs.
19   Q         (By Mr. Wilhelm)  Sitting here today, other than possibly
20             the costs of -- related to pumping, can you think of any
21             other changes in costs that would relate if the oil/water
22             was reversed,  oil/water mixture was reversed?
23   A         I.....
24                  MR. JAMIESON: Well, WIPA would be making so much
25   money they wouldn't care.
```

**METRO COURT REPORTING**

745 West Fourth Avenue, Suite 425
Anchorage, Alaska 99501
(907) 276-3876

Exhibit 8
Page 5 of 5 Pages