Ted Kramer                                         3:06-CV-00102 TMB

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


MARATHON OIL COMPANY,


        Plaintiff,

-vs-

FOREST OIL COMPANY, UNION OIL
COMPANY OF CALIFORNIA, d/b/a
UNOCAL ALASKA, and CHEVRON
CORPORATION,


        Defendants.

_____/
Case No. 3:06-cv-00102 TMB




DEPOSITION OF TED KRAMER

VOLUME I

Pages 1 - 47, inclusive

May 24, 2007, 1:35 p.m.

Anchorage, Alaska




Alaska Stenotype Reporters

Exhibit _11_____
Page____1_of_8___Pages
45f9adc4-889e-4418-93ae-906218d97f0a

Ted Kramer                                    3:06-CV-00102 TMB

Page 27

1          THE WITNESS:  Well, the only -- you know, since
2      I didn't have the background or knowledge of what
3      the methodology was, my belief at the time that I
4      went on this visit and even since, was that the
5      accounting methodology was set up by Marathon and
6      only carried through by Unocal.
7          I had no knowledge that the methodology was
8      ever changed.  So in my opinion, I felt that there
9      were probably as many or more benefits to the gas
10     owners from the way the platform was operating.
11     There are probably as many, if not more, than what
12     benefitted the oil owners.
13 BY MR. WILHELM:
14     Q.   And that's the overall operation of the entire
15 platform?
16     A.   That's correct.
17     Q.   From your review of the platform, was it a
18 platform that was designed for gas to produce both oil
19 and gas?
20     A.   It was.
21     Q.   And that, to some extent, there was an
22 interconnection of the process, the oil production and
23 the gas production processes so they complement each
24 other?
25     A.   It was quite apparent to me that at the time

Alaska Stenotype Reporters          Exhibit __11__

Page __2_ of _8__ Pages

45f9adc4-889e-4418-93ae-906218d97f0a

Ted Kramer                                    3:06-CV-00102 TMB

Page 28

1    the platform was installed, that this division and

2    ownership didn't exist because the two processes

3    actually complemented each other quite nicely.

4         Q.   So assuming there is no split in ownership, it

5    was an efficiently designed platform?

6         A.   It is.   It's probably the most efficiently

7    designed platform in the inlet other than the Osprey, in

8    my opinion.

9         Q.   Looking here at a memo that you wrote to Phil

10   Bindon prior to your visit to the platform -- let me

11   just mark this as the next exhibit.

12            Let's mark this one as Exhibit 6.

13            (Exhibit 6 marked.)

14            MR. JAMIESON:   For the record, it looks -- even

15            though we have sort of done this, but it's really

16            not clear on the record, let's make it clear on the

17            record.   It looks like we are going to use

18            sequential exhibits as we go forward in depositions

19            in this case, and so Exhibit 6 to this

20            deposition -- there are five other exhibits that we

21            are using as deposition exhibits and might use them

22            in any deposition going forward.   And we will just

23            continue on sequentially numbering the deposition

24            exhibits.

25            MR. WILHELM:   I agree.   I think it makes more

Alaska Stenotype Reporters       Exhibit _//_____

                                 Page____3_of_8____Pages

45f9adc4-889e-4418-93ae-906218d97f0a

Ted Kramer                                3:06-CV-00102 TMB

Page 30

1    answered by way of this visit?

2         A.   I'm sorry, could you repeat the question?

3         Q.   With respect to the first question, what are

4    the major systems on the Steelhead Platform, you were

5    able to determine that based on this visit?

6         A.   I was.

7         Q.   And I won't go over that, but basically what's

8    in your memorandum that's Exhibit 2?

9         A.   Yes.

10        Q.   Same thing on question two, what percentage

11   pertained to oil and what percentage of these major

12   systems pertained to gas --

13        A.   I would say that's true.  I didn't have that

14   answer.

15        Q.   And, again, that's what you determined is --

16   again, what you put in your memo; right?

17        A.   Yes.

18        Q.   What did you determine with respect to question

19   three, how labor intensive each system was?

20        A.   I believe that's also in the memo.  I believe

21   there's a statement in there saying that -- what I

22   learned was that the oil side was no more labor

23   intensive than the gas side, according to Glenn Payment.

24        Q.   That the oil side was no more labor intensive

25   than the gas side?

Ted Kramer                                          3:06-CV-00102 TMB

Page 31

1        A.   That's correct.  I believe that's under General

2    Comments.

3        Q.   So what are you looking at under General

4    Comments?

5        A.   It's probably the third or fourth sentence.

6    "Mr. Payment indicated that there is virtually no

7    additional labor required to operate the oil side of the

8    operation relative to the gas side."

9        Q.   Is what you were trying to state there is that

10   the oil side was no more labor intensive than the gas

11   side?

12       A.   Yeah, and, you know, that's true.  I mean, ESPs

13   are very -- they are not that labor intensive to

14   operate.  You just watch the meter and that's about it.

15       Q.   And to some extent having both oil and gas on

16   the same platform, you have a person in the control room

17   there monitoring both the oil side and the gas side at

18   the same time; correct?

19       A.   That is correct.

20       Q.   So there are certainly some economies of scale

21   there in fact having both processes, where one person

22   can monitor them; correct?

23       A.   Correct.

24       Q.   If this was an oil only platform, you would

25   still need that person out there monitoring the oil

Alaska Stenotype Reporters           Exhibit //

45f9adc4-889e-4418-93ae-906218d97f0a

Ted Kramer                                    3:06-CV-00102 TMB

Page 32

1    production --

2         A.   That is correct.

3         Q.   -- on a day-to-day basis?  And the same thing

4    really with a gas platform, you would still need that

5    person out there?

6         A.   Yes.

7         Q.   How about question number four there?

8         A.   I did not -- on this visit, I did not get this

9    question answered.  And I never did get that question

10   answered.

11        Q.   So sitting here today, you still don't know the

12   answer to that question?

13        A.   I don't.

14        Q.   How about question five?

15        A.   Same with five.  I still don't know the answer

16   to that question.

17        Q.   Tell me what your understanding was of the

18   history of installing ESPs on Steelhead and how that

19   might have changed the operations on the platform.

20        A.   I don't know very much about it.  I know that

21   the ESPs were installed in larger volumes of fluid.  I

22   know that the ESPs were tried -- they tried to contain

23   those ESPs to one leg room because I knew there was

24   certain slots that were owned by the oil owners and

25   certain slots of the Steelhead that were owned by the

Alaska Stenotype Reporters          Exhibit  //

Page    6  of  8    Pages

45f9adc4-889e-4418-93ae-906218d97f0a

Ted Kramer                                    3:06-CV-00102 TMB

Page 40

1    pumps.   Now, you hope that your water cut stays the

2    same, thereby you would also produce more oil.

3              There is the possibility that the water will

4    comb and you will actually just produce more water and

5    not produce any oil.  That's also a possibility.

6              Q.  With respect to the Steelhead Platform, do you

7    have any knowledge of whether these ESPs increased oil

8    production or not?

9              A.  I believe my knowledge is that it was somewhat

10   mixed varying from well to well.  Some wells, it was

11   successful, and other wells, it was not.

12             Q.  With respect to the overall production, if a

13   well is producing, say, 5,000 barrels of fluids a day --

14             A.  Yes.

15             Q.  -- in terms of the management on the platform

16   itself, the operations on the platform, those operations

17   are going to be similar if the fluids coming up are 90

18   percentage oil and 10 percent water versus 90 percent

19   water and 10 percent oil because you are pumping up the

20   same amount of fluids?

21             A.  It would be similar, yes, since the fluids are

22   not treated on the platform, they are sent on to the

23   on-shore facility.  So mostly on the platform, it would

24   just be a metering process and then off it would go to

25   the shore facility for processing, so they would be

Alaska Stenotype Reporters    Exhibit____11____

Page____7_of_8____ Pages

45f9adc4-889e-4418-93ae-906218d97f0a

Ted Kramer                                    3:06-CV-00102 TMB

Page 41

1    similar.

2         Q.    How do they actually make the determination of

3    what the percentage of water is and what the percentage

4    of oil is?  Does that occur on the platform or on shore?

5         A.    It occurs -- the first attempt at that does

6    take place on the platform.  They have a test vessel

7    that they put the wells through to try and determine the

8    percentage.

9              However, there is a second process that

10   overlays that, which is determined on shore.  A true-up,

11   if you will, based on how much oil actually is sold off

12   of that lease.  So it's somewhat of an allocation.

13        Q.    Similar question for you with respect to oil

14   well on the Steelhead platform.

15        A.    Yes.

16        Q.    If that oil well is producing, say, 4,000

17   barrels today versus 5,000 barrels today, would there be

18   a significant difference in operating expenses?

19        A.    There would not.

20        Q.    There's two wells on the Steelhead Platform

21   that are used for water injection -- what term would you

22   use:  Water injection or water flooding?

23        A.    Water flooding.

24        Q.    How does that water flooding process work on

25   the Steelhead, if you recall?

Alaska Stenotype Reporters

Exhibit _11_____
Page __8_ of _8___ Pages
45f9adc4-889e-4418-93ae-906218d97f0a