James, Gary

**From:** Page, Donald A
**Sent:** Wednesday, July 06, 2005 5:15 PM
**To:** James, Gary
**Subject:** FW: Labor Prorate

1007041000
1007042000
1007043000
1007044000
1007045000
1007092000
Dish Network is a straight division allocation

-----Original Message-----
**From:** Johnson, Dwight E
**Sent:** Friday, May 30, 2003 1:55 PM
**To:** Page, Donald A
**Cc:** Haines, Dale A
**Subject:** FW: Labor Prorate

Don,
   Here's a reassessment of the Steelhead personnel prorate. The positions of Instrument Techician and Electrician have been added to the prorate as entities separate from Mechanics. The new prorate was arrived at by virtue of a review by individuals in the note job classifications.

-----Original Message-----
**From:** Tanner, Steve L
**Sent:** Friday, May 30, 2003 10:33 AM
**To:** Johnson, Dwight E
**Subject:** RE: Labor Prorate

Dwight,
   Here is what we come up with.

Steelhead GGS-Oll
  Labor Prorat...

1

Exhibit 12
Page 1 of 5 Pages

| Steelhead Labor Pro-Rate Cost Centers = | Utilityman 1007045000 | Lead Oper | FO #1 1007041000 | FO #2 1007042000 | Mech #1 1007043000 | Mech #2 1007044000 | Prod For 1007092000 | Inst. Tech #1 | Elect. #1 | Crane Oper |
|---|---|---|---|---|---|---|---|---|---|---|
| xlhead STEELHEAD OIL WELLS CCTR = 1036970000 | 10% | 10% | 10% | 10% | 0% | 0% | | 5% | 0% | |
| xlhead STEELHEAD OIL LIFT SYS GAS CCTR = 1036971000 (C-22) | 10% | 5% | 5% | 5% | 20% | 20% | | 5% | 5% | |
| xlhead STEELHEAD OIL LIFT SYS ESP CCTR = 1036972000 | 5% | 15% | 15% | 15% | 10% | 10% | | 10% | 25% | |
| xlhead STEELHEAD OIL WATERFLOOD CCTR = 1036974000 | 10% | 5% | 10% | 10% | 15% | 15% | | 10% | 5% | |
| xlhead STEELHEAD OIL PIPELINES CCTR = 1036976000 | 5% | 5% | 5% | 5% | 0% | 0% | | 5% | 5% | |
| xlhead STEELHEAD GENERATOR SYS CCTR = 1007095000 (85% to Oil / 15% to GGS) | 10% | 5% | 10% | 10% | 15% | 15% | | 15% | 15% | |
| xlhead STEELHEAD FAC & CRANE MAINT CCTR = 1007096000 (9% to Oil / 91% to GGS) | 30% | 30% | 20% | 20% | 20% | 20% | 100% | 25% | 35% | 100% |
| xlhead STEELHEAD GGS WELLS CCTR = 1036150000 | 5% | 5% | 5% | 5% | 0% | 0% | | 5% | 0% | |
| xlhead STEELHEAD GGS PIPELINES CCTR = 1036150010 | 5% | 5% | 5% | 5% | 0% | 0% | | 5% | 0% | |
| xlhead STEELHEAD GGS SALES COMPR CCTR = 1036150020 | 10% | 15% | 15% | 15% | 20% | 20% | | 15% | 10% | |
| Should Equal 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Allocation by Partner | | | | | | | | | | |
| Unisa & Forest | 51% | 47% | 55% | 55% | 60% | 60% | 9% | 50% | 56% | 9% |
| Union & Marathon | 49% | 53% | 45% | 45% | 40% | 40% | 91% | 50% | 44% | 91% |
| | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Exhibit 12
Page 2 of 5 Pages

PROPERTY: STEELHEAD GGS
OPERATOR: UNOCAL CORP.
AUDIT PERIOD: 2003- 2004
AUDIT NUMBER: 2005-7008
SUBJECT: ALLOCATIONS COST CENTER ANALYSIS

| SOURCE COST CENTER | SOURCE NAME | AMOUNT CHARGED | DESTINATION COST CENTER | DESTINATION NAME | % | EFF_DATE | EXP DATE |
|---|---|---|---|---|---|---|---|
| 1007041000 | Steelhead Lead/Fo1 Field Operator 1 | 212,628.95 | 1036150000 | Steelhead GGS Wells | 0.05 | 1-Jun-03 | 31-Dec-04 |
| | | | | | 0.58 | 1-Sep-02 | 31-May-03 |
| | | | 1036150010 | Steelhead GGS Pipelines | 0.05 | 1-Jun-03 | 31-Dec-04 |
| | | | 1036150020 | Steelhead GGS Sales Compr | 0.15 | 1-Jun-03 | 31-Dec-04 |
| | | | 1007095000 | Steelhead Generator System | 0.04 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.1 | 1-Jun-03 | 31-Dec-04 |
| | | | 1007096000 | Steelhead Fac & Crane | 0.2 | 1-Jun-03 | 31-Dec-04 |
| | | | | Total | 0.55 | | |
| 1007042000 | Steelhead SOP/Fo2 Field Operator 2 | 617,480.36 | 1036150000 | Steelhead GGS Wells | 0.05 | 1-Jun-03 | 31-Dec-04 |
| | | | | | 0.38 | 1-Sep-02 | 31-May-03 |
| | | | 1036150010 | Steelhead GGS Pipelines | 0.05 | 1-Jun-03 | 31-Dec-04 |
| | | | 1036150020 | Steelhead GGS Sales Compr | 0.15 | 1-Jun-03 | 31-Dec-04 |
| | | | 1007095000 | Steelhead Generator System | 0.04 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.1 | 1-Jun-03 | 31-Dec-04 |
| | | | 1007096000 | Steelhead Fac & Crane | 0.2 | 1-Jun-03 | 31-Dec-04 |
| | | | | Total | 0.55 | | |
| 1007043000 | Steelhead ME1/EL1/IT1 Field Mechanic 1 | 391,745.80 | 1036150020 | Steelhead GGS Sales Compr | 0.2 | 1-Jun-03 | 31-Dec-03 |
| | | | | | 0.2 | 1-Jan-04 | 31-Dec-04 |
| | | | | | 0.3 | 1-Sep-02 | 31-May-03 |
| | | | 1007095000 | Steelhead Generator System | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.15 | 1-Jun-03 | 31-Dec-03 |
| | | | | | 0.2 | 1-Jan-04 | 31-Dec-04 |
| | | | 1007096000 | Steelhead Fac & Crane | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.2 | 1-Jun-03 | 31-Dec-03 |
| | | | | | 0.25 | 1-Jan-04 | 31-Dec-04 |
| | | | | Total | 0.55 | | |
| 1007044000 | Steelhead ME2/IT2 Field Mechanic 2 | 81,841.17 | 1036150020 | Steelhead GGS Sales Compr | 0.2 | 1-Jun-03 | 31-Dec-03 |
| | | | | | 0.2 | 1-Jan-04 | 31-Dec-04 |
| | | | | | 0.3 | 1-Sep-02 | 31-May-03 |
| | | | 1007095000 | Steelhead Generator System | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.15 | 1-Jun-03 | 31-Dec-03 |
| | | | | | 0.2 | 1-Jan-04 | 31-Dec-04 |
| | | | 1007096000 | Steelhead Fac & Crane | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.2 | 1-Jun-03 | 31-Dec-03 |
| | | | | | 0.25 | 1-Jan-04 | 31-Dec-04 |
| | | | | Total | 0.55 | | |
| 1007045000 | Steelhead UTL/CO | 188,677.67 | 1036150000 | Steelhead GGS Wells | 0.05 | 1-Jun-03 | 31-Dec-04 |

PROPERTY: STEELHEAD GGS
OPERATOR: UNOCAL CORP.
AUDIT PERIOD: 2003- 2004
AUDIT NUMBER: 2005-7008
SUBJECT: ALLOCATIONS COST CENTER ANALYSIS

| SOURCE COST CENTER | SOURCE NAME | AMOUNT CHARGED | DESTINATION COST CENTER | DESTINATION NAME | % | EFF_DATE | EXP DATE |
|---|---|---|---|---|---|---|---|
| | Utilityman | | | | 0.48 | 1-Sep-02 | 31-May-03 |
| | | | 1036150010 | Steelhead GGS Pipelines | 0.05 | 1-Jun-03 | 31-Dec-04 |
| | | | 1035150020 | Steelhead GGS Sales Compr | 0.1 | 1-Jun-03 | 31-Dec-04 |
| | | | | | 0.42 | 1-Sep-02 | 31-May-03 |
| | | | 1007095000 | Steelhead Generator System | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | | | 0.1 | 1-Jun-03 | 31-Dec-04 |
| | | | 1007096000 | Steelhead Fac & Crane | 0.3 | 1-Jun-03 | 31-Dec-04 |
| | | | | Total | 0.60 | | |
| 1007092000 | Steelhead Prod Foreman | 39,495.92 | 1036150000 | Steelhead GGS Wells | 0.32 | 1-Sep-02 | 31-May-03 |
| | | | 1007095000 | Steelhead Generator System | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | 1007096000 | Steelhead Fac & Crane | 0.1 | 1-Sep-02 | 31-May-03 |
| | | | | Total | 1.00 | 1-Jun-03 | |
| 1007096000 | Steelhead Fac & Crane | 4,676,299.62 | 1036150050 | Steelhead GGS Fac & Crane | 0.91 | 1-Jan-03 | |

**James, Gary**

| | |
|---|---|
| From: | Page, Donald A |
| Sent: | Wednesday, July 27, 2005 10:14 AM |
| To: | James, Gary |
| Subject: | RE: IR #16 |

The Production Foreman doesn't directly work on wells, he works on the misc. facilities / administration (cost center 1007096000). This cost center is allocated 91/92% to GGS (BOE). This cost center is also the center of our on-going dispute (GGS 2001-2002 exception #16).

| | |
|---|---|
| From: | James, Gary |
| Sent: | Wednesday, July 27, 2005 5:07 AM |
| To: | Page, Donald A |
| Cc: | James, Gary |
| Subject: | IR #16 |

Don,

I have answered the auditors questions for everything except the question pertaining to the why the Prod Foreman is allocated 91% while the other field personnel are more evenly split between Oil & GGS.
<< File: IR #16.pdf >>

I have also attached a worksheet of Prorate 1007092000 & 1007096000. See the highlighted time periods. Prorate 1007092000 allocates 100% to 1007096000 which then allocates 92% to GGS. Auditor question is - why is most of the Prod. Frmn time going to GGS when those working for him are not.
<< File: IR #16.xls >>

1

Exhibit 12
Page 5 of 5 Pages