James, Gary

2hh-m-ng.pdf

| | |
|---|---|
| **From:** | Page, Donald A |
| **Sent:** | Wednesday, July 06, 2005 4:27 PM |
| **To:** | James, Gary |
| **Subject:** | FW: Steelhead Labor Prorates |

-----Original Message-----
| | |
|---|---|
| **From:** | Ross, Gary D |
| **Sent:** | Monday, January 05, 2004 4:16 PM |
| **To:** | Page, Donald A |
| **Cc:** | Dwight Johnson |
| **Subject:** | FW: Steelhead Labor Prorates |

Don,

We made a slight change in the Mech/Elec/Inst classifications. New percentages are in blue.

Gary

-----Original Message-----
| | |
|---|---|
| **From:** | Page, Donald A |
| **Sent:** | Friday, January 02, 2004 11:46 AM |
| **To:** | Johnson, Dwight (Auto CC: Juanita/Secy); Ross, Gary D |
| **Subject:** | Steelhead Labor Prorates |

Could you please update the Steelhead's Labor Pro-Rate Allocations for 2004 by January 9, 2004:

[Steelhead GGS-Oil Labor Prorat... attachment]

Thanks, Don

1

Exhibit 13
Page 1 of 2 Pages

| Steelhead Labor Pro-Rate Cost Centers = | Utilityman 1007045000 | Lead / FO #1 1007041000 | FO #2 1007042000 | Mech / Elec / Inst. #1 1007043000 | Mech / Inst. #2 1007044000 | Prod For 1007092000 | Crane Oper 1007096000 |
|---|---|---|---|---|---|---|---|
| STEELHEAD OIL WELLS CCTR = 1036970000 | 10% | 10% | 10% | 0% | 0% | | |
| STEELHEAD OIL LIFT SYS GAS CCTR = 1036971000  (C-22) | 10% | 5% | 5% | 10% | 10% | | |
| STEELHEAD OIL LIFT SYS ESP CCTR = 1036972000 | 5% | 15% | 15% | 10% | 10% | | |
| STEELHEAD OIL WATERFLOOD CCTR = 1036974000 | 10% | 10% | 10% | 15% | 15% | | |
| STEELHEAD OIL PIPELINES CCTR = 1036976000 | 5% | 5% | 5% | 0% | 0% | | |
| STEELHEAD GENERATOR SYS CCTR = 1097095000 (85% to Oil / 15% to GGS) | 10% | 10% | 10% | 20% | 20% | | |
| STEELHEAD FAC & CRANE MAINT CCTR = 1007096000 (9% to Oil / 91% to GGS) | 30% | 20% | 20% | 25% | 25% | 100% | 100% |
| STEELHEAD GGS WELLS CCTR = 1036150000 | 5% | 5% | 5% | 0% | 0% | | |
| STEELHEAD GGS PIPELINES CCTR = 1036150010 | 5% | 5% | 5% | 0% | 0% | | |
| STEELHEAD GGS SALES COMPR CCTR = 1036150020 | 10% | 15% | 15% | 20% | 20% | | |
| Should Equal 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

| Allocation by Partner | | | | | | | |
|---|---|---|---|---|---|---|---|
| Oil  Union & Forest | | 51% | 55% | 54% | 54% | | |
|      Union & Marathon | | 49% | 45% | 46% | 46% | 9% | 9% |
| GGS | | | | | | 91% | 91% |
|  | | 100% | 100% | 100% | 100% | 100% | 100% |

Exhibit 13
Page 2 of 2 Pages