Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FOREST OIL CORPORATION: PACIFIC ) | |
| ENERGY ALASKA OPERATING LLC, ) | |
| UNION OIL COMPANY OF ) | |
| CALIFORNIA, d/b/a UNOCAL ALASKA, ) | |
| ) | |
| Defendants. ) | |
| ) Case No. 3:06-cv-00102 TMB | |

### MARATHON OIL COMPANY'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Marathon Oil Company, by and through counsel, Richmond and Quinn, cross-moves for partial summary judgment on the grounds that the undisputed evidence establishes the cost allocation methodologies used by Unocal since 2002 are not "fair and equitable," as required by agreement. Unocal's BOE and BOE/Well Count methodologies breach and violate the operating agreement, and are based on improper factors as a matter of law.

This motion is supported by the memorandum and exhibits previously filed with the court at Docket 70, on April 7, 2008, which memorandum and exhibits are incorporated by reference.

This Cross Motion is being refiled as a separate document pursuant to the Docket Annotation issued by the court on April 11, 2008.

DATED this 11th day of April, 2008, at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Plaintiff
        MARATHON OIL COMPANY

By:      s/Daniel T. Quinn
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK 99501
        Ph: 907-276-5727
        Fax: 907-276-2953
        dquinn@richmondquinn.com
        ABA #8211141

By:      s/ Marc G. Wilhelm
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK 99501
        Ph: 907-276-5727
        Fax: 907-276-2953
        mwilhelm@richmondquinn.com
        ABA #8406054

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**MARATHON OIL COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT**
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 11th day of April, 2008 to:

Robert K. Stewart, Jr.
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

    s/ Marc G. Wilhelm
    RICHMOND & QUINN

644\046\PLD\SUMMARY JUDGMENT (CROSS)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953