JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:        feldman@frozenlaw.com
Email:        taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>FOREST OIL CORPORATION; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>        Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MARATHON'S OPPOSITION TO FOREST OIL'S MOTION FOR SUMMARY JUDGMENT [Dkt 70]** |

Defendant Forest Oil Corporation**,** by and through its counsel, hereby moves for an extension of time until May 23, 2008, to file its reply to Marathon Oil Company's Opposition to Unocal's and Forest's Motions for Summary Judgment [Dkt. 70].  The

Unopposed Motion for Extension of Time
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                                Page 1 of 2

undersigned counsel has spoken with counsel for plaintiff Marathon Oil Company, who does not oppose this Motion for Extension of Time.

Dated this 15th day of April, 2008.

By:    s/ R. Scott Taylor
Jeffrey M. Feldman (ABA 7605029)
R. Scott Taylor (ABA 8507110)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:  feldman@frozenlaw.com
Email:  taylor@frozenlaw.com

Attorneys for Defendant,
Forest Oil Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008,
a copy of the foregoing **Unopposed Motion
for Extension of Time to File Reply to
Marathon's Opposition to Unocal and
Forest Oil's Motion for Summary Judgment**
was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart Jr.

s/ R. Scott Taylor

Unopposed Motion for Extension of Time
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB   Page 2 of 2