JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
Email:       taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>FOREST OIL CORPORATION; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>　　　　　　Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MARATHON'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT [Dkt 72]** |

　　　　Defendant Forest Oil Corporation**,** by and through its counsel, hereby moves for an extension of time until May 23, 2008, to file its opposition to Marathon Oil Company's Cross-Motion for Partial Summary Judgment [Dkt. 72]. The undersigned

Unopposed Motion for Extension of Time
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB                                                                  Page 1 of 2

counsel has spoken with counsel for plaintiff Marathon Oil Company, who does not oppose this Motion for Extension of Time.

Dated this 15th day of April, 2008.

By:    s/ R. Scott Taylor
Jeffrey M. Feldman (ABA 7605029)
R. Scott Taylor (ABA 8507110)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com
Email: taylor@frozenlaw.com

Attorneys for Defendant,
Forest Oil Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008,
a copy of the foregoing **Unopposed Motion
for Extension of Time to File Opposition
to Marathon's Cross-Motion for Partial
Summary Judgment** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart Jr.

s/ R. Scott Taylor

Unopposed Motion for Extension of Time
*Marathon Oil Company vs. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB     Page 2 of 2