JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        feldman@frozenlaw.com
Email:        taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>FOREST OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>          Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br><br><br><br>*(PROPOSED)*<br>**ORDER GRANTING<br>EXTENSION OF TIME** |

IT IS ORDERED that defendant Forest Oil Company may have until May 23, 2008, to file an opposition to Marathon Oil Company's Cross-Motion for Partial Summary Judgment [Dkt 72].

ENTERED this day of _____, 2008.


_____
Timothy M. Burgess
U.S. District Court Judge



CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2008,
a copy of **(proposed) Order Granting Extension
of Time** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart Jr.

s/  R. Scott Taylor