Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; *et al.*,<br><br>                              Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNOPPOSED MOTION**<br>**FOR EXTENSION OF TIME** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska ("UNOCAL"), by and through counsel, and moves for an extension of time until May 23, 2008, to file its response to the following filings by Marathon Oil Company:

1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and

2. Cross-Motion for Partial Summary Judgment (Docket 72).

This office contacted counsel for plaintiff, who had no objection to this extension.

DATED this 16th day of April, 2008.

                              LANE POWELL LLC
                              Attorneys for Defendant Union Oil Company of
                              California d/b/a UNOCAL Alaska

                              By  s/ Brewster H. Jamieson
                              301 West Northern Lights Boulevard, Suite 301
                              Anchorage, Alaska  99503-2648
                              Tel:  907-277-9511
                              Fax:  907-276-2631
                              Email:  jamiesonb@lanepowell.com
                              ASBA No. 8411122

I certify that on April 19th, 2008, a copy
of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/163412.1