Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| MARATHON OIL COMPANY, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:06-cv-00102-TMB |
| FOREST OIL CORPORATION; *et al.*, | |
| Defendants. | **[PROPOSED]** **ORDER GRANTING EXTENSION OF TIME** |

THIS COURT, having considered defendant Union Oil Company of California's (UNOCAL) Unopposed Motion for Extension of Time (Docket 75),

IT IS HEREBY ORDERED that UNOCAL's motion is GRANTED.  UNOCAL shall have until May 23, 2008, to file its response to the following filings by Marathon Oil Company:

1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and
2. Cross-Motion for Partial Summary Judgment (Docket 72).

DATED this ____ day of April, 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on April 16, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/163413.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631