Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                          Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; *et al.*,<br><br>                          Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**JOINT MOTION**<br>**FOR EXTENSION OF TIME** |

COME NOW defendants Union Oil Company of California d/b/a UNOCAL Alaska, Forest Oil Corporation, and Pacific Energy Alaska Operating LLC, by and through their respective counsel, and move for an extension of time until June 6, 2008, to file their responses to the following filings by Marathon Oil Company:

1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and

2. Cross-Motion for Partial Summary Judgment (Docket 72).

DATED this 23rd day of May, 2008.

> LANE POWELL LLC
> Attorneys for Defendant Union Oil Company of
> California d/b/a UNOCAL Alaska
>
> By  s/ Brewster H. Jamieson
>   301 West Northern Lights Boulevard, Suite 301
>   Anchorage, Alaska  99503-2648
>   Tel:  907-277-9511
>   Fax:  907-276-2631
>   Email:  jamiesonb@lanepowell.com
>   ASBA No. 8411122

I certify that on May 23, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

  /s/ Brewster H. Jamieson
017351.0041/163412.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301  Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631