Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:  jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; *et al.*,<br><br>       Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**[PROPOSED]**<br>**ORDER GRANTING EXTENSION OF TIME** |

   THIS COURT, having considered defendants Joint Motion for Extension of Time (Docket 77),

   IT IS HEREBY ORDERED that UNOCAL's motion is GRANTED.  Union Oil Company of California d/b/a UNOCAL Alaska, Forest Oil Corporation, and Pacific Energy Alaska Operating LLC shall have until June 6, 2008, to file its response to the following filings by Marathon Oil Company:

   1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and

   2. Cross-Motion for Partial Summary Judgment (Docket 72).

   DATED this ____ day of May/June, 2008.

                         _____
                         The Honorable Timothy M. Burgess
                         United States District Court Judge

I certify that on May 23, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
_____
017351.0041/163413.1