Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOREST OIL CORPORATION: PACIFIC ) <br> ENERGY ALASKA OPERATING LLC, ) <br> UNION OIL COMPANY OF ) <br> CALIFORNIA, d/b/a UNOCAL ) <br> ALASKA, ) <br> ) <br> Defendants. ) | **NON-OPPOSITION OF MARATHON OIL COMPANY TO JOINT MOTION FOR EXTENSION OF TIME** |

Case No. 3:06-cv-00102 TMB

COMES NOW, defendant MARATHON OIL COMPANY, by and through counsel, to state that it has no objection to the defendants' Joint Motion for Extension of Time to June 6, 2008, to file their responses to the following Marathon Oil filings:

   1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and

      2.   Cross-Motion for Partial Summary Judgment (Docket 72).

DATED this _29th_ day of May, 2008, at Anchorage, Alaska.

            RICHMOND & QUINN
            Attorneys for Plaintiff
            MARATHON OIL COMPANY

By:    s/Daniel T. Quinn
        RICHMOND & QUINN
        360 K Street, Suite 200
        Anchorage, AK  99501
        Ph:  907-276-5727
        Fax: 907-276-2953
        dquinn@richmondquinn.com
        ABA #8211141

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this __29th__ day of May, 2008, to:

| | |
|---|---|
| Robert K. Stewart, Jr.<br>DAVIS WRIGHT TREMAINE LLP<br>701 W. 8th Ave., Ste. 800<br>Anchorage, Alaska 99501 | Marc D. Bond<br>UNION OIL CO. OF CALIFORNIA<br>909 W. 9th Avenue<br>Anchorage, Alaska 99501-3339 |
| Jeffrey M. Feldman<br>R. Scott Taylor<br>FELDMAN ORLANSKY & SANDERS<br>500 L Street, Suite 400<br>Anchorage, Alaska 99501 | Brewster H. Jamieson<br>LANE POWELL<br>301 W. Northern Lights Blvd.,<br>Ste. 301<br>Anchorage, Alaska 99503 |

    ___s/Daniel T. Quinn_____
       RICHMOND & QUINN

644\046\pld\non-opposition to joint mtn for ext. of time

NON-OPPOSITION OF MARATHON
OIL COMPANY TO JOINT MOTION FOR EXTENSION OF TIME

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 3