IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MARATHON OIL COMPANY,

        Plaintiff,

v.

FOREST OIL CORPORATION; et al.,      Case No. 3:06-cv-00102-TMB

        Defendants.


## ORDER GRANTING EXTENSION OF TIME

        THIS COURT, having considered defendants Joint Motion for Extension of Time (Docket 77),

        IT IS HEREBY ORDERED that the Joint Motion for Extension of Time to file Response/Reply is GRANTED. Union Oil Company of California d/b/a UNOCAL Alaska, Forest Oil Corporation, and Pacific Energy Alaska Operating LLC shall have until June 6, 2008, to file its response to the following filings by Marathon Oil Company:

        1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and

        2. Cross-Motion for Partial Summary Judgment (Docket 72).


DATED this 3rd day of June, 2008.

                              /s/ Timothy M. Burgess
                              Timothy M. Burgess
                              United States District Court Judge