JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>FOREST OIL CORPORATION; UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>    Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME** |

Defendant Forest Oil Corporation**,** by and through its counsel, hereby moves for an additional extension of time until June 9, 2008, to file its responses to the following filings by Marathon Oil Company:

1. Opposition to Marathon's Cross-Motion for Partial Summary Judgment [Dkt. 72]; and

2. Reply to Marathon's Opposition to Forest Oil's Motion for Summary Judgment [Dkt. 70].

Counsel for Marathon Oil Company does not oppose this additional extension.

Dated this 6th day of June, 2008.

>By:     s/ R. Scott Taylor
>R. Scott Taylor
>Alaska Bar No. 8507110
>FELDMAN ORLANSKY & SANDERS
>500 L Street, Suite 400
>Anchorage, Alaska 99501
>Telephone:   (907) 272-3538
>Facsimile:    (907) 274-0819
>Email:         taylor@frozenlaw.com

Attorneys for Defendant,
Forest Oil Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008,
a copy of the foregoing **Unopposed Third Motion for Extension of Time** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart Jr.

s/ R. Scott Taylor