JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         feldman@frozenlaw.com
Email:         taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>FOREST OIL CORPORATION, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>                    Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br><br><br>***(PROPOSED)***<br>**ORDER GRANTING THIRD EXTENSION OF TIME** |

IT IS ORDERED that defendant Forest Oil Company may have until June 9, 2008, to file its (1) opposition to Marathon Oil Company's Cross-Motion for Partial Summary Judgment [Dkt 72]; and (2) reply to Marathon's Opposition to Forest Oil's Motion for Summary Judgment [Dkt. 70].

ENTERED this day of _____, 2008.

_____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2008,
a copy of **(proposed) Order Granting Extension
of Time** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart Jr.

s/ R. Scott Taylor