Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; *et al.*,<br><br>             Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**UNION OIL'S UNOPPOSED JOINDER IN FOREST OIL CORPORATION'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME [DOCKET 81]** |

Defendant Union Oil Company of California d/b/a UNOCAL Alaska ("UOCC"), by and through counsel, hereby joins in the motion for extension of time filed by co-defendant Forest Oil Corporation (Docket 81). UOCC also requests an extension of time to June 9, 2008, to file its responses to the following filings by Marathon Oil Company:

1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and

2. Cross-Motion for Partial Summary Judgment (Docket 72).

Counsel for plaintiff indicated he had no objection to our filing this as unopposed.

DATED this 6th day of June, 2008.

                          LANE POWELL LLC
                          Attorneys for Defendant Union Oil Company of
                          California d/b/a UNOCAL Alaska

                          By  s/ Brewster H. Jamieson
                              301 West Northern Lights Boulevard, Suite 301
                              Anchorage, Alaska 99503-2648
                              Tel: 907-277-9511
                              Fax: 907-276-2631
                              Email: jamiesonb@lanepowell.com
                              ASBA No. 8411122

I certify that on June 6, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/164759.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631