Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:         jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; *et al.*,<br><br>                    Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**[PROPOSED]**<br>**ORDER GRANTING EXTENSION OF TIME** |

THIS COURT, having considered defendant Union Oil's unopposed joinder to Forest Oil's unopposed motion for extension of time (Dockets 81 and 82), and Union Oil's request for the same extension of time;

IT IS HEREBY ORDERED that Union Oil's request is GRANTED.  Union Oil Company of California d/b/a UNOCAL Alaska, shall have until June 9, 2008, to file its response to the following filings by Marathon Oil Company:

1. Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 70); and
2. Cross-Motion for Partial Summary Judgment (Docket 72).

DATED this ____ day of June, 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

I certify that on June 6, 2008, a copy of the
foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

  /s/ Brewster H. Jamieson
017351.0041/163413.1