IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MARATHON OIL COMPANY,

                          Plaintiff,

v.

FOREST OIL CORPORATION; *et al.*,

                          Defendants.

Case No. 3:06-cv-00102-TMB

**ORDER GRANTING EXTENSION OF TIME**

       THIS COURT, having considered defendant Union Oil's unopposed joinder to Forest Oil's unopposed motion for extension of time (Dockets 81 and 82), and Union Oil's request for the same extension of time;

       IT IS HEREBY ORDERED that Union Oil's request is GRANTED. Union Oil Company of California d/b/a UNOCAL Alaska, shall have until June 9, 2008, to file the following filings by Marathon Oil Company:

       1.    Reply to Opposition to Unocal and Forest's Motion for Summary Judgment (Docket 39); and

       2.    Response to Cross-Motion for Partial Summary Judgment (Docket 72).

       DATED this 9th day of June, 2008.

                                                  /s/ Timothy M. Burgess
                                                  Honorable Timothy M. Burgess
                                                  United States District Court Judge