Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3  _____
    MARATHON OIL COMPANY,              )
 4                                     )
          Plaintiff,                   )
 5                                     )
    vs.                                )
 6                                     )
    FOREST OIL COMPANY, UNION OIL      )
 7  COMPANY OF CALIFORNIA, d/b/a       )
    UNOCAL ALASKA, and CHEVRON         )
 8  CORPORATION,                       )
                                       )
 9        Defendants.                  )
    _____)
10  Case No. 3:06-cv-00102 TMB
11
12
13
14
    _____
15
      30(b)(6) DEPOSITION OF UNION OIL COMPANY OF CALIFORNIA
16              DESIGNEE:  DONALD ALAN PAGE
17  _____
18
              Pages 1 - 195, inclusive
19
           Thursday, August 9, 2007
20              10:00 a.m.
21
         Taken by Counsel for Plaintiff
22                    at
             Richmond & Quinn
23        360 K Street, Suite 200
            Anchorage, Alaska
24
25
```

```
 1  the platform is gas, then gas would get 91 percent of the
 2  costs in this cost center?
 3      A   Of the miscellaneous costs on the Steelhead
 4  Platform, yes, sir.
 5      Q   Who was involved in the decision to make that
 6  change in 2002?
 7      A   First person who brought it to my attention
 8  would have been Mr. Martin Morell.
 9      Q   Why don't you walk me through the history on how
10  that change came about.
11              MR. JAMIESON:  You got a half an hour?
12              THE WITNESS:  You are going to need longer
13  than that, probably.  Okay.  Tell me when to stop at any
14  time.
15              MR. JAMIESON:  Stop.
16              THE WITNESS:  Back in January of 2000, I
17  was -- I was summoned to our operations manager, our
18  general manager's office to discuss myself transitioning
19  and taking over the accounting group.  I was assigned five
20  items to take a look at Trading Bay Unit.  One of the
21  items I was supposed to take a look at was how do you
22  allocate miscellaneous costs in Steelhead.  And the
23  individual I was talking about was Mr. Martin Morell.  I
24  was called in.
25          And what had happened at this point is that Martin
```

1  was aware of the -- of the fair and equitable method of
2  how to allocate costs in the TBU Operating Agreement.  He
3  was also aware of what was written in the operating
4  agreement regarding the throughput basis.  However --
5  however, we were in the middle of starting to convert the
6  Steelhead platform to an all ESP platform.  And when this
7  would happen -- when this would happen, the ESPs would
8  start producing a whole lot more water than they had in
9  the past.  And if you use that method -- and the ESPs were
10 also going to be much more efficient and effective, but it
11 didn't make -- he didn't believe it was all that fair and
12 equitable that somebody who was investing tens of millions
13 of dollars in the platform to be more efficient and
14 effective would then basically be allocated more expenses.
15        Also on top of that was the fact that the water
16 wasn't really being processed at the platform.  It was
17 being processed at the on-shore facility which the oil
18 owners were paying for all of it.  So he asked me to take
19 a look into it because we were now having a -- call it a
20 paradigm shift.  We were having a shift in the facilities
21 out there and we were converting all of the oil wells from
22 gas lift on to ESPs.
23     Q   These factors you just talked about, are these
24 things that were actually discussed between you and
25 Mr. Morell at the time?

```
 1   assigned this task because the ESPs were being converted.
 2   And that was pretty much the end of Traci because I
 3   believe she was either -- I don't know the whole story.  I
 4   guess the rumor was she was fired.  I don't know the whole
 5   story -- not too many months after the fact.
 6                MR. JAMIESON:  You are not indicating a
 7   cause and effect between of your conversation --
 8                THE WITNESS:  I don't know.  Fired or let
 9   go or there was a personal reason.  I have absolutely no
10   idea.  At that same time was the first time I ever met --
11   I went out to lunch on my arrival.  I can't remember the
12   month.  If I had to, I could probably go figure it out.
13   But I had lunch with Mr. Ron Michael, and Ron was my
14   counterpart over at Marathon Oil up at the Anchorage
15   office.
16       Forest Energy -- Forest Energy, although they owned
17   the assets for a handful of years, a couple of years, they
18   understood what they owned, but they didn't understand the
19   nitty-gritty of the accounting allocation procedures.
20   Mr. Ron Michael was a very savvy accountant and had been
21   around a number of years and understood the whole
22   allocation methodology of the Steelhead primarily because
23   he worked for Marathon when Marathon was the operator of
24   the Steelhead.  So he understood what I was talking with
25   and what our issues were.  So this would have been in the
```

1  early part of 2000 when I first went to it.
2       We actually had lunch at Simon & Seafort's and went
3  over this issue and told him what the problem was and how
4  Unocal -- Unocal was -- Unocal and Forest Oil, or the oil
5  WIPAs were converting to an ESP platform -- ESP facility,
6  and that the cost -- pretty much what you had was the
7  production of -- gas production was declining, oil
8  production was declining, but now water production was
9  going through the roof.
10      And it just didn't seem all that fair and equitable,
11 and plus you're converting to ESPs, which were going to be
12 much more efficient and effective, and the water was going
13 to be processed at it the on-shore facility.  It didn't
14 seem all that fair and equitable to have the oil owners
15 pay for a platform which was designed, built on the behalf
16 of the GGS owners with a side business of oil.  So --
17      Q  When you say it didn't seem all that fair and
18 equitable, that was your opinion?
19      A  It was the -- it was our operations manager's
20 opinion, and he was the general manager of the facility.
21 And once again, Mr. Morell was a bright, articulate,
22 extremely knowledgeable individual of the Trading Bay
23 Unit.  And I believe he was one of the individuals that
24 had been around when they wrote the third supplement, plus
25 the transfer of properties between Marathon and Unocal

1  during the '92 property exchange. So Martin understood
2  what was going to happen, and he understood what was going
3  on there at the facility.
4       But in any event, I had the conversation with Ron and
5  I told Ron what my dilemma was. I followed up with Ron.
6  I had at least three or four conversations with Ron
7  throughout 2000. I can't remember when Ron eventually
8  takes a package and leaves Marathon. I don't know if it's
9  the tail end of 2000 or sometime in 2001.
10      In any event, I had a number of conversations with
11 Ron throughout 2000 about this dilemma that we are having.
12 At this point I believe we had either converted one ESP
13 out of a total -- I want to say there is either five or
14 six. I want to say there is five. I don't know if we had
15 both M28 and M32 converted by this point when I'm having
16 these discussions or just one of them was converted. But
17 eventually we get all five of them converted to ESPs by
18 the tail end of '01 or early '02.
19      In any event, had these conversations with Ron and
20 saying how are we supposed to do this? At that same time,
21 Ron was going to go get a hold of Traci Hester, who has
22 now been separated from Forest Oil. I dealt with -- I
23 mean, Forest Energy. I dealt with about two or three or
24 four -- actually there is a total of seven individuals
25 from Forest Oil and Forest Energy regarding this whole

1　issue during this period of time because Forest Energy
2　went through a number of their accounts and then they
3　ultimately sold to Forest Oil.  But dealt with two
4　individuals, I believe, in Miami, Florida explaining the
5　Steelhead allocation procedures, along with one in
6　Metairie, Louisiana.  I can't remember their names.
7　　　Q　M-E-T-A-R-I-E [sic].
8　　　A　And I was -- so really from the Forest -- the
9　Forest Energy, Forest Oil perspective, I was looking for a
10　body to explain what our predicament was.  At Marathon I
11　had Ron Michael (ph).  Ron Michael at that point, then, I
12　believe -- at this point or maybe sometime in the mid part
13　of 2000 got Mr. Brock Riddle involved with us and kind of
14　told him our predicament about what we had out there with
15　the Steelhead and ESP conversion process.
16　　　After that point, I know I had a conversation with
17　Ron before he separated, and once again, I could -- I
18　could probably find out what that date was exactly because
19　I know I received an e-mail out there because when Ron
20　left -- he took the package at Marathon -- Ms. Beth
21　Prentence showed up and she replaced Ron.  And we went and
22　had lunch, once again, for Ron's closeout -- had it at
23　Simon's -- and we talked about this issue one more time.
24　　　Now, Beth, once again, was a Marathon auditor.  And
25　when they had the well blowout out there, I think Beth had

```
 1   come out to -- Beth had been sent up here to basically, I
 2   think, either audit or review the Steelhead process.  So
 3   she was actually fairly well versed on the Steelhead
 4   Platform.
 5        In any event, we go through 2000.  Everybody comes
 6   aware of this.  I think the ultimate musical chairs that
 7   was kind of going on at Forest when I had gone from Traci
 8   to some people at Miami to these Metairie, Louisiana guys
 9   ultimately ended up being Mr. Ken Griffin of Forest
10   Energy, ends up being kind of the person who this thing
11   kind of lands on as we have this issue.
12        Q   Ken Griffin, was that with Forest Energy or
13   Forest?
14        A   Both.  He starts out with Forest Energy and he
15   becomes a Forest Oil employee.
16        Q   You dealt with him.
17        A   He became the point of contact.  But
18   eventually -- and I get up to early 2001 -- and I get
19   somewhat removed from this whole process.  Again, you will
20   understand why, but I'll explain.  So we understand we
21   have this predicament at this point when we're walking out
22   of 2000, but we haven't converted all the ESPs.  I believe
23   we were having problems with the pumps.  The pumps were
24   failing, and they were these big horsepowered ESPs, and
25   they weren't working the way they thought they were going
```

1  to work. So we were hoping to have -- if I can remember
2  right -- all of them converted by this point, but it
3  didn't work out.
4      So what happens after that -- and I don't know what
5  month it is, if it's January '01 or February '01 or March
6  or April, a joint venture accountant down in Sugarland,
7  Texas goes to make the changes to the gross fluids into
8  our joint interest billing system and she plugs in the
9  wrong number. I believe what she did is she didn't
10 convert gas to the proper NCF equivalent or the BOE
11 equivalent, and what happened is -- and I can't remember
12 which party at this point -- either Forest Oil -- by this
13 point Forest Oil has taken over the assets -- either
14 Forest Oil ended up taking almost 100 percent of the costs
15 or Marathon, vice versa, rather than kind of having these
16 split of these allocations based on gross fluids. So one
17 partner is being severely overbilled, and one partner is
18 basically not getting billed at all.
19     So when this happened, literally within, I believe it
20 was the same exact day, within a couple of hours between
21 each other, Mr. Lyndon Ibele, I believe was -- I believe
22 it was Lyndon. Lyndon called up Dave Whitacre, who was
23 our gas team supervisor, to ask what the heck was going on
24 with the JIBs, why am I being charged too much or why am I
25 being charged too little on this for the Steelhead. And

1  then Mr. Ken Griffin called me direct and asked the same
2  exact question, but in the opposite direction.
3      And at this point -- at this point -- so now I got
4  Lyndon calling Dave Whitacre and I got Ken Griffin calling
5  me saying what's happened. And we explained -- at this
6  point we raised the issue again because now we are in 2001
7  and on our drilling schedule we had the plans to go and
8  convert the rest of the ESPs -- the rest of the gas lift
9  wells on the Steelhead to ESPs and told them what we had
10 talked about before and said, here, let's go and work it.
11     Lyndon walks out of the project at this time. And
12 this is where I believe Mr. Brock Riddle comes back into
13 play here. And Brock kind of comes back in play. We tell
14 him what our dilemma is, and basically at this point right
15 here is, you know, we -- you know -- you know, our dilemma
16 is we got this facility; it's not going to be fair and
17 equitable if we convert everything to ESPs and have all
18 this more water and what should we do, how are we supposed
19 to allocate this.
20     At this point Ken and Brock start saying that, you
21 know, well, we both understand the purchase sales
22 agreement between our two parties when we bought -- when
23 we bought and sold these assets in 1996; let us take care
24 of it. That's what I was told. So you know, it's kind of
25 like, okay, no problem at all, you know. With Union Oil

1  Company of California being somewhat indifferent with our
2  50/50 ownership, we were just looking for something that
3  would be fair and equitable.
4      I don't know what happened in those conversations
5  after that.  From my understanding after talking to Brock
6  a handful of days before he passed away, what they came
7  down to was -- what it came down to was Forest Oil wanted
8  to allocate a bunch of costs to the gas WIPAs and Marathon
9  wanted to allocate a bunch of costs to the oil WIPAs.  And
10 we are kind of caught in the middle.  So the two of them
11 couldn't come to a decision as to how are we supposed to
12 do this.
13     So that's what came down the very end of the day.  So
14 we are walking in towards the tail end of 2002.  We have
15 been working on this project for some time.
16     Q  Tail end of 2001?
17     A  2001, I mean.  I'm sorry.  We're coming into the
18 tail end.  And all the ESPs are scheduled to be the --
19 Steelhead is scheduled to be completely transferred from
20 gas lift platform to an ESP and we need to make a
21 decision.  And so I -- I called Beth.  I called Beth twice
22 in November, and I talked to her both times.  And I tell
23 her -- Beth Prentence of Marathon.  I tell her that we're
24 going to go ahead and change this to a BOE equivalent.
25     And to the best of my recollection, the quote is --

1  and I believe John Barnes told me later on at the end of
2  the day.  She doesn't remember the conversation, but she's
3  not saying it didn't take place, but the quote is, that's
4  okay.  If there is a problem with it, we will catch it in
5  the audit process.  So that's what she told me.  And
6  technically in here it doesn't really tell me on a
7  situation like this how am I supposed to handle this when
8  I can't get the two partners to agree on how this
9  allocation basis -- what am I supposed to do.
10       I also called Ken Griffin up and I told Ken what we
11  are going to do.  Can we make the change, basically pull
12  the water out of the calculation and we go to BOE
13  equivalent on 1/1/02.
14       Operations -- at the same time I also ran this by at
15  the very end -- you asked the question to start with what
16  led to the decision.  Martin Morell was sitting right next
17  to me in the office right next to me on the sixth floor at
18  the Unocal building.  And I met with Martin a couple days
19  before I sent the change down to central data admin and
20  explained to Martin in great detail.  I believe Martin
21  also called up -- if I remember right on this one -- he
22  called up Mr. Dwight Johnson on the phone in Kenai,
23  Alaska -- and Dwight was down there -- to explain what we
24  were planning on changing, and we all agreed.
25       Q    Dwight Johnson is --

```
1      A    The field superintendent of Trading Bay Unit.
2      Q    Okay.  Unocal field superintendent?
3      A    Yes, sir, of the Trading Bay Unit, Trading Bay
4   field.  Do you want me to keep going?
5      Q    So this -- up to the point where the change gets
6   phoned in, you betcha.
7      A    Okay.  So we make the change and we go from
8   there.  And everything is pretty quiet until April, May of
9   2003, and we receive the audit information request from
10  Marathon Oil Company that there is a problem.  And that's
11  the exception that you --
12     Q    And then at that point Marathon filed an
13  exception, correct?
14     A    Yes, and a lot of other things happened after
15  that point.
16     Q    And after that there were multiple negotiations
17  that led to no resolution?
18     A    I wouldn't consider that.  I think the story
19  that happens in 2004 is actually probably a legitimate --
20  a very important one, but -- but --
21     Q    Well, we will talk about 2004 in a minute.
22     A    Sure enough.
23     Q    But let's talk about this time period.
24     A    Okay.
25     Q    When you had lunch with Ron Michael where you
```

1   discussed the issue, did you and -- as part of that
2   conversation did you and Ron discuss other possible
3   methodologies?
4         A    Yes.
5         Q    What do you recall of those conversations?
6         A    The first one during all the conversations with
7   Ron -- and had very similar conversations with --
8   ultimately goes to -- with Ken Griffin after I get -- land
9   on Forest Oil -- it all goes down to can we really focus
10  in on trying to make this cost center as small as
11  possible.  And what I mean by that is can we educate the
12  people out there that if it belongs to oil, charge it to
13  oil; if it belongs to gas, charge it to gas; trying to
14  make the cost center as small as possible to start with.
15  That was the first thing I remember that Ron came up with.
16        After that -- after that it was your standard joint
17  venture allocations that we threw out there.  BOE, which
18  was in this case follow the cash; whoever is making the
19  most money is going to take the bulk of the allocation.
20  That was -- well count was thrown out there, number of
21  wells was thrown out there at the time.  I believe we
22  tried to figure out some fractions of trying to pull some
23  of the water off, but then that didn't make a whole lot of
24  sense, like trying to divide the water by two in the
25  calculation because in reality you have got this platform

1   producing all this water, but it's not like any of the
2   guys in the Steelhead are really doing too much with it.
3   It's the guys over at Trading Bay who is ultimately in
4   charge of the oil WIPAs.
5        So we discussed a number of different allocation
6   methodologies about what we could do to take care of this
7   little dilemma that we had.
8        Q    Ultimately of all the methodologies you looked
9   at, you went to BOE, correct?
10       A    Yes, sir.
11       Q    And BOE, of all the methodologies you looked at,
12  was the one that was most favorable to oil?
13       A    You know, I want to say we had another one that
14  was coming up.  There was another one coming up with the
15  90/10 split, but yes, eventually that ends up being the
16  one that probably comes back to most favorable to oil.  At
17  that same time when we were talking to the people out at
18  the facilities, the guys out there really didn't seem to
19  be spending a whole lot of time on the oil side.  When you
20  installed the ESPs, the only thing the guy was out there
21  doing was adjusting a little, tiny valve every once in a
22  while for pressures that the reservoir engineers were
23  telling him to do; whereas, on the gas side, there was a
24  whole lot more moving parts.
25       So when we came down to the percentage, that's when