Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; PACIFIC<br>ENERGY ALASKA OPERATING LLC,<br>UNION OIL COMPANY OF CALIFORNIA<br>d/b/a UNOCAL ALASKA; and CHEVRON<br>CORPORATION,<br><br>                Defendants. | Case No. 3:06-cv-00102-TMB<br><br><br>**UNION OIL COMPANY'S OPPOSITION<br>TO MARATHON'S CROSS-MOTION<br><u>FOR PARTIAL SUMMARY JUDGMENT</u>** |

COMES NOW defendant Union Oil Company of California d/b/a UNOCAL Alaska ("UOCC"), by and through counsel, and hereby opposes plaintiff Marathon Oil Company's ("Marathon") cross-motion for partial summary judgment (Docket 72).

Marathon's cross-motion should be denied because UOCC and Forest Oil Corporation's ("Forest") own respective motions for summary judgment should be granted, and all claims against the defendants dismissed.  Marathon's cross-motion addresses the very same issue that UOCC and Forest's motions address; that is, whether the cost allocation methodology used by UOCC is "fair and equitable" under the Operating Agreements that govern the relationship of the parties vis-à-vis the Steelhead Platform.  For the reasons stated in the summary judgment motions filed by UOCC and Forest, the "Barrels of Oil Equivalent" ("BOE") methodology now used by UOCC is "fair and equitable" as a matter of law.  As such, Marathon's cross-motion is without merit and should be dismissed.  However, because this issue has already been fully briefed by UOCC and Forest, there is

no reason to reiterate those arguments here.  Instead, for its opposition to the cross-motion UOCC hereby incorporates by reference the arguments in UOCC and Forest's motions for summary judgment as well as the respective replies to those motions.

## CONCLUSION

For the reasons expressed in the respective summary judgment motions filed by Forest and UOCC, and the replies thereto, which are incorporated herein, the Court is respectfully requested to deny Marathon's cross-motion in its entirety.

DATED this 9th day of June, 2008.

LANE POWELL LLC
Attorneys for Defendant Union Oil Company of
California d/b/a UNOCAL Alaska


By   s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel:    907-277-9511
   Fax:   907-276-2631
   Email   jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on June 9, 2008, a copy of the
foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

  /s/ Brewster H. Jamieson
017351.0041/164735.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631