Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant Unocal

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA; and CHEVRON CORPORATION,<br><br>                    Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**ERRATA RE EXHIBIT A TO**<br>**DECLARATION OF HOWARD BLUNK** |

Defendant Union Oil Company of California d/b/a UNOCAL Alaska ("UOCC"), by and through counsel, notifies the Court and parties that it is filing herewith the correct Exhibit A (Docket 88-2) to the Declaration of Howard Blunk (Docket 88). Due to a clerical error, the report filed at Docket 88-2 involved a different matter.

DATED this 13th day of June, 2008.

LANE POWELL LLC
Attorneys for Defendant UNOCAL

By  s/ Brewster H. Jamieson
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska  99503-2648
   Tel: 907-277-9511
   Fax: 907-276-2631
   Email: jamiesonb@lanepowell.com
   ASBA No. 8411122

I certify that on June13, 2008, a copy of the foregoing was served by ECF on:

Daniel T. Quinn  dquinn@richmondquinn.com
R. Scott Taylor  taylor@frozenlaw.com
Robert K. Stewart  bobstewart@dwt.com

 /s/ Brewster H. Jamieson
017351.0041/164809.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631