Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>         Plaintiff,<br><br>  v.<br><br>FOREST OIL CORPORATION, PACIFIC ENERGY ALASKA OPERATING LLC, and  UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>         Defendants. | **MARATHON OIL CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FOREST OIL CORP.'S AND UNION OIL CO.'S RESPONSES TO MARATHON OIL CO.'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Case No. 3:06-cv-00102 TMB |

COMES NOW defendant MARATHON OIL COMPANY, by and through counsel, Richmond & Quinn, and hereby moves this court for an extension of time until July 18, 2008, in which to reply to Forest's and Union Oil's opposition to Marathon Oil Company's Cross-Motion for Partial Summary Judgment (Docket 72).

Marathon has conferred with counsel for Forest Oil and for Unocal, and they have agreed to this time extension.

DATED this 17th day of June, 2008, at Anchorage, Alaska.

                RICHMOND & QUINN
                Attorneys for Plaintiff
                MARATHON OIL COMPANY

By:    s/Marc G. Wilhelm
     RICHMOND & QUINN
     360 K Street, Suite 200
     Anchorage, AK  99501
     Ph:  907-276-5727
     Fax:  907-276-2953
     dquinn@richmondquinn.com
     ABA #8406054

**MARATHON OIL CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FOREST OIL CORP.'S AND UNION OIL CO.'S RESPONSES TO MARATHON OIL CO.'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 17th day of June, 2008 to:

| | |
|---|---|
| Robert K. Stewart, Jr.<br>DAVIS WRIGHT TREMAINE LLP<br>701 W. 8th Ave., Ste. 800<br>Anchorage, Alaska 99501 | Marc D. Bond<br>UNION OIL CO. OF CALIFORNIA<br>909 W. 9th Avenue<br>Anchorage, Alaska 99501-3339 |
| Jeffrey M. Feldman<br>R. Scott Taylor<br>FELDMAN ORLANSKY & SANDERS<br>500 L Street, Suite 400<br>Anchorage, Alaska 99501 | Brewster H. Jamieson<br>LANE POWELL<br>301 W. Northern Lights Blvd.,<br>Ste. 301<br>Anchorage, Alaska 99503 |

    s/Marc G. Wilhelm_____
       RICHMOND & QUINN

644\046\PLD\mtn for time extension (marathon reply)

**MARATHON OIL CO.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FOREST OIL CORP.'S AND UNION OIL CO.'S RESPONSES TO MARATHON OIL CO.'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**