Daniel T. Quinn (8211141)
Marc G. Wilhelm (8406054)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953

Attorneys for Plaintiff Marathon Oil Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| FOREST OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA, and CHEVRON CORPORATION, | ) |
| Defendants. | ) |
| | ) Case No. 3:06-cv-00102 TMB |

**PROPOSED ORDER**

Plaintiff's Motion to Strike Affidavit of Mitchell Fischbach is granted.  IT IS HEREBY ORDERED that the Affidavit of Mitchell Fischbach is stricken.  Moreover, Mr. Fischbach shall not be entitled to testify as an expert witness at trial.

Dated: _____          _____
                                  Timothy M. Burgess
                                  U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 18th day of July, 2008 to:

Robert K. Stewart, Jr.
DAVIS WRIGHT TREMAINE LLP
701 W. 8th Ave., Ste. 800
Anchorage, Alaska 99501

Marc D. Bond
UNION OIL CO. OF CALIFORNIA
909 W. 9th Avenue
Anchorage, Alaska 99501-3339

Jeffrey M. Feldman
R. Scott Taylor
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501

Brewster H. Jamieson
LANE POWELL
301 W. Northern Lights Blvd., Ste. 301
Anchorage, Alaska 99503

    s/ Marc G. Wilhelm
    RICHMOND & QUINN

644\046\PLD\STRIKE AFFIDAVIT (PROPOSED ORDER)

PROPOSED ORDER
MARATHON v. FOREST OIL, ET AL., CASE NO. 3:06-cv-00102 TMB
PAGE 2