JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:   feldman@frozenlaw.com
Email:   taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>                Plaintiff,<br><br>                v.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>                Defendants. | Case No. 3:06-cv-00102-TMB<br><br>**REQUEST FOR ORAL ARGUMENT ON MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

Defendant Forest Oil Corporation**,** by and through its counsel, hereby requests oral argument on Forest Oil's Motion for Summary Judgment [Dkt. 39], Unocal's Motion for

Summary Judgment [Dkt. 57], and Marathon's Cross-Motion for Partial Summary Judgment [Dkt. 72].

Dated this 23rd day of July, 2008.

                                                                       s/   R. Scott Taylor

                                                       R. Scott Taylor (ABA 8507110)
Jeffrey M. Feldman (ABA 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:        feldman@frozenlaw.com
Email:        taylor@frozenlaw.com

Attorneys for Defendant
Forest Oil Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008,
a copy of the foregoing **Request for
Oral Argument** was served electronically

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart, Jr.

s/   R. Scott Taylor