JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        feldman@frozenlaw.com
Email:        taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>FOREST OIL CORPORATION, PACIFIC ENERGY ALASKA OPERATING LLC, UNION OIL COMPANY OF CALIFORNIA, d/b/a UNOCAL ALASKA,<br><br>            Defendants.<br>_____ | Case No. 3:06-cv-00102-TMB<br><br>(proposed)<br>**ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED that oral argument on Forest Oil's Motion for Summary

Judgment [Dkt. 39], Union Oil's Motion for Summary Judgment [Dkt. 57], and Marathon's

Cross Motion for Partial Summary Judgment [Dkt. 72] is set for _____,

at \_\_\_\_\_ \_\_.m., in Courtroom _____, Federal Building U.S. Courthouse, before Judge

Timothy M. Burgess.

     DATED this \_\_\_\_ day of _____, 2008.

                         BY THE COURT

                         _____
                         Timothy M. Burgess
                         U.S. District Court Judge