JEFFREY M. FELDMAN
Alaska Bar No. 7605029
R. SCOTT TAYLOR
Alaska Bar No. 8507110
FELDMAN ORLANSKY & SANDERS
500 L Street, Fourth Floor
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:    feldman@frozenlaw.com
Email:    taylor@frozenlaw.com

Attorneys for Defendant Forest Oil Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

MARATHON OIL COMPANY,

        Plaintiff,

vs.

FOREST OIL CORPORATION,
PACIFIC ENERGY ALASKA
OPERATING LLC, UNION
OIL COMPANY OF CALIFORNIA, d/b/a
UNOCAL ALASKA,

        Defendants.

Case No. 3:06-cv-00102-TMB

(proposed)
**ORDER DENYING MOTION
TO STRIKE AFFIDAVIT OF
MITCHELL FISCHBACH**

(proposed) Order Denying Motion to Strike Affidavit of Mitchell Fishbacher
*Marathon Oil Company v. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB

Page 1 of 2

(proposed)
## ORDER DENYING MOTION TO STRIKE AFFIDAVIT
## OF MICHELL FISCHBACH

IT IS ORDERED that plaintiff's Motion To Strike Affidavit Of Mitchell Fischbach

[Dkt. 93] is DENIED.

ENTERED this _____ day of _____, 2008.

BY THE COURT

_____
Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2008, a copy of the **(proposed) Order Denying Motion to Strike Affidavit of Mitchell Fischbach** was served electronically on:

Daniel T. Quinn
Marc G. Wilhelm
Brewster H. Jamieson
Marc D. Bond
Robert K. Stewart, Jr.

s/ R. Scott Taylor

(proposed) Order Denying Motion to Strike Affidavit of Mitchell Fishbacher
*Marathon Oil Company v. Forest Oil Corporation, et al.*
Case No. 3:06-cv-00102-TMB