**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

__ MARATHON OIL CO. __   v.   __ FOREST OIL CORP., et al. __

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                              CASE NO.  __3:06-cv-00102-TMB__

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: August 12, 2008

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable James K. Singleton, Jr. for all further proceedings. Please use the following case number on all future filings: 3:06-cv-00102-JKS.

[]{IQ1.WPD*Rev.12/96}