UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MARATHON OIL COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FOREST OIL CORPORATION; PACIFIC ENERGY ALASKA OPERATING LLC; and UNION OIL COMPANY OF CALIFORNIA d/b/a UNOCAL ALASKA,<br><br>　　　　　　Defendants. | No. 3:06-cv-00102-JKS<br><br>ORDER<br>[Certification of Readiness for Trial] |

　　　　It appears that the pretrial calendar for this case has been completed and that it should be ready for trial. The Court is ready to schedule a final pretrial conference and trial and will do so when the parties have complied with the following.

　　　　(1)　Counsel for Plaintiff shall consult with other counsel and jointly certify that:

　　　　　　(a)　discovery is complete;

　　　　　　(b)　there are no outstanding procedural or legal issues which are appropriate for resolution by motion; and

　　　　　　(c)　settlement has been seriously explored and is deemed to be remote. The court will arrange a settlement conference with another judge upon request, and use of this procedure will be required unless counsel certify that the case cannot be settled.

　　　　(2)　Counsel shall suggest at least two alternate trial dates, at least one of which shall be approximately six months from the date of this order.

　　　　If counsel are not able to so certify, counsel for Plaintiff shall report to the Court within fifteen (15) days from the date hereof what remains to be accomplished and when outstanding matters will be attended to.

  The Court notes that the parties' Scheduling and Planning Conference Report (Docket No. 12) indicates that a jury has been demanded and that the Court's Scheduling and Planning Order (Docket No. 13) based upon that report estimated that trial of this case will require ten (10) days for trial by jury. It does not appear from a review of the record that any party made a timely demand for trial by jury as required by Federal Rule of Civil Procedure 38 and Local Rule 38.1. As part of the report to the Court, the parties should cite by reference to docket number where a demand for trial by jury was filed with the Court if any such demand was made. In the absence of a timely demand for trial by jury, this matter will be tried to the Court without jury.

  Dated: September 10, 2008.

                    <u>  s/ James K. Singleton, Jr.  </u>
                      JAMES K. SINGLETON, JR.
                      United States District Judge